AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/ DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL, PTE. LTD., NICHOLAS PLATIAS, and DO KWON, <br><br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

See attached Schedule A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> John T. Jasnoch
> Scott+Scott Attorneys at Law LLP
> 600 W. Broadway, Suite 3300
> San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

*Patterson v. TerraForm Labs, PTE. Ltd., et al.*

## SCHEDULE A TO SUMMONS

TERRAFORM LABS, PTE. LTD.
80 Raffles Place, #32-01
UOB Plaza, Singapore 048624

JUMP CRYPTO
600 West Chicago Avenue
Chicago, IL 60654

JUMP TRADING LLC
600 West Chicago Avenue
Chicago, IL 60654

REPUBLIC CAPITAL
335 Madison Avenue
New York, 10017

REPUBLIC MAXIMAL LLC
335 Madison Avenue
New York, 10017

TRIBE CAPITAL
2700 19th Street
San Francisco, CA 94110

DEFINANCE CAPITAL/ DEFINANCE TECHNOLOGIES OY
Lönnrotinkatu 36 K 22
00180 Helsinki, Finland

GSR/GSR MARKETS LIMITED
Central Plaza
18 Harbour Road, Suite 5508, 55th Floor
Wanchai, Hong Kong

THREE ARROWS CAPITAL, PTE. LTD.
7 Suntec Tower One
21-04 Temasek Boulevard
Singapore 038987

NICHOLAS PLATIAS
c/o TERRAFORM LABS, PTE. LTD.
80 Raffles Place, #32-01
UOB Plaza, Singapore 048624

DO KWON
c/o TERRAFORM LABS, PTE. LTD.
80 Raffles Place, #32-01
UOB Plaza, Singapore 048624