UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nick Patterson, <br><br> Plaintiff(s), <br><br> v. <br><br> TerraForm Labs PTE. Ltd., <br><br> Defendant(s). | Case No. 3:22-cv-3600 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, s/ Sean T. Masson, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Nick Patterson in the above-entitled action. My local co-counsel in this case is John T. Jasnoch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 281605.

| | |
|---|---|
| Scott+Scott Attorneys at Law LLP <br> The Helmsley Building, 230 Park Avenue, 17th Floor <br> New York, NY 10169 <br> MY ADDRESS OF RECORD | Scott+Scott Attorneys at Law LLP <br> 600 W. Broadway, Suite 3300 <br> San Diego, CA 92101 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212-223-6444 <br> MY TELEPHONE # OF RECORD | 619-233-4565 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| smasson@scott-scott.com <br> MY EMAIL ADDRESS OF RECORD | jjasnoch@scott-scott.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4767950 (NY).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/17/2022

s/ Sean T. Masson
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  s/ Sean T. Masson  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 

UNITED STATES DISTRICT/MAGISTRATE JUDGE

## **CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 11-3(a)(4)**

I, Sean T. Masson, pursuant to Civil Local Rule 11-3(a)(4), hereby certify that I have been admitted *pro hac vice* by this Court in the preceding 12 months in the following case:

*Morgan, et al. v. Constellation Network, Inc., et al.*, No. 3:21-cv-08869.

Executed this 17th day of June, 2022, in New York, New York.

                                                                            *s/ Sean T. Masson*
                                                                            SEAN T. MASSON



Appellate Division of the Supreme Court
of the State of New York
Second Judicial Department

———

I, Maria T. Fasulo, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Sean Thomas Masson

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **December 16, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on January 10, 2022.

*Maria T. Fasulo*

Acting Clerk of the Court

CertID-00048054