UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON,<br><br>   Plaintiff,<br><br> v.<br><br>TERRAFORM LABS PTE LTD., et al.,<br><br>   Defendants. | Case No. 22-cv-03600-JD<br><br>**CLASS ACTIONS SUBJECT TO PRIVATE SECURITIES LITIGATION REFORM ACT (PSLRA) AND ADR DEADLINES** |

  IT IS HEREBY ORDERED that this action is assigned to the Honorable James Donato. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, a copy of the "Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions", a copy of the "Sample Confidentiality Order", and all other documents specified in Civil Local Rule 4-2.  Counsel must comply with the case schedule listed below unless the Court otherwise orders.

  IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at http://www.cand.uscourts.gov/adr.  A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 6/17/2022 | Complaint Filed | |
| 6/17/2022 | Plaintiff to file requisite certificate | Civil L.R. 3-7(b) |
| 7/8/2022 | Last day for plaintiff to file copy of notice | Civil L.R. 23-1(a) |
| **60 days after publication of notice** | Last day to file motion to serve as lead plaintiff | Civil L.R. 23-1(b) |
| 8/25/2022 | *Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| 9/8/2022 | **Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report | FRCivP 26(a) (1) Civil _L.R . 16-9 |
| 9/15/2022 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:00 AM in Courtroom 11, 19th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Civil L.R . 16-10 |

**\*** If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

\*\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.