UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON,<br>　　　　Plaintiff,<br>　　v.<br>TERRAFORM LABS PTE LTD., et al.,<br>　　　　Defendants. | Case No. 3:22-cv-03600-JD<br><br>**ORDER OF RECUSAL** |

The Court recuses itself from all further proceedings in this matter, and directs the Clerk to reassign the case to another district judge.

All pending dates of motions, pretrial conferences and trial are vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: June 23, 2022

JAMES DONATO
United States District Judge