1 | KOBRE & KIM LLP
2 | Daniel A. Zaheer (Bar ID 237118)
  | 150 California Street, 19th Floor
3 | San Francisco, CA 94111
  | Telephone: (415) 582-4800
4 | Facsimile: (415) 582-4811

5 | Attorney for Defendant
  | Jump Trading LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similar Situated<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600-BLF<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. Beth Labson Freeman |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Daniel A. Zaheer of the law firm Kobre & Kim LLP, at 150 California Street, 19th Floor, San Francisco, CA 94111, telephone number (415) 582-4800, facsimile number (415) 582-4811, and email address daniel.zaheer@kobrekim.com, hereby enters his appearance in this matter as counsel for Defendant Jump Trading LLC ("Jump Trading"), and may receive notices and orders from the Court at the address and numbers provided herein. The undersigned certifies that he is admitted to practice before this Court.

Dated:  July 12, 2022                                         Respectfully submitted,

                                                                                KOBRE & KIM LLP

                                                                                By: /s/ Daniel A. Zaheer
                                                                                Daniel A. Zaheer (Bar No. 237118)
                                                                                daniel.zaheer@kobrekim.com
                                                                                150 California Street, 19th Floor
                                                                                San Francisco, CA 94111
                                                                                Telephone: (415) 582-4800
                                                                                Facsimile: (415) 582-4811

                                                                                *Attorney for Defendant Jump Trading LLC*