KOBRE & KIM LLP
Daniel A. Zaheer (Bar ID 237118)
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: (415) 582-4800
Facsimile: (415) 582-4811

Attorneys for Defendant
Jump Trading LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similar Situated<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Beth Labson Freeman |

Defendant Jump Trading LLC ("Jump Trading") and plaintiff Nick Patterson by and through their counsel in the above-captioned action, hereby stipulate:

WHEREAS, this Action is governed by the Private Securities Litigation Reform Act (15 U.S.C. § 77z-1 *et seq.*), which provides that following notice to the proposed class, the court must rule on the consolidation of any substantially similar actions and appoint a Lead Plaintiff for prosecution of any consolidated action;

WHEREAS, pursuant to 15 U.S.C. § 77z-1(a)(3)(A)(i)(II), motions for appointment as Lead Plaintiff in this action are due on August 19, 2022 ("Lead Plaintiff Motions");

WHEREAS, Jump Trading's response to the current complaint is due July 14, 2022, before the Lead Plaintiff Motions will be heard;

WHEREAS, an Initial Case Management Conference is set for September 29, 2022, at 11 a.m. (the "Initial CMC");

WHEREAS, it is anticipated that the Court-appointed Lead Plaintiff(s) will file an amended consolidated complaint, superseding the existing complaint;

WHEREAS, the parties to this stipulation have conferred and agreed that requiring a response to the current complaint would necessitate duplicative effort, unnecessary motion practice, and result in a waste of judicial resources;

NOW THEREFORE, counsel for Plaintiff and Jump Trading stipulate and agree that:

1.  Jump Trading has no obligation to respond to the existing complaint in this action and the deadline by which Jump Trading must answer, move, or otherwise respond to an operative complaint is extended until such time as the parties stipulate or the Court orders;

2.  Following this Court's order on the anticipated Lead Plaintiff Motions, Jump Trading will meet and confer with the Court-appointed Lead Plaintiff(s) regarding the timing for Lead Plaintiff(s) to file an amended complaint and the timing of Jump Trading's response thereto;

3.  Nothing about or related to this stipulation may be used as evidence in support of or against any argument or defense that any party may later make or raise, including arguments in connection with the parties' claims or defenses.

IT IS SO STIPULATED.

Dated: July 12, 2022

Respectfully submitted,

| KOBRE & KIM LLP | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
|---|---|
| /s/ Daniel A. Zaheer | /s/ John T. Jasnoch |
| Daniel A. Zaheer (Bar ID 237118)<br>150 California Street, 19th Floor<br>San Francisco, California 94111<br>Tel.: (415) 582-4751<br>Fax: (415) 582-4811<br>daniel.zaheer@kobrekim.com | John T. Jasnoch (Bar ID 281605)<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: 619 233 4565<br>Fax: 619 236 0508<br>jjasnoch@scott-scott.com |
| Steven W. Perlstein (appearance *pro hac vice* forthcoming)<br>Amanda N. Tuminelli (appearance *pro hac vice* forthcoming)<br>800 3rd Street<br>New York, NY 10022<br>steven.perlstein@kobrekim.com<br>amanda.tuminelli@kobrekim.com | Sean T. Mason<br>The Helmsley Building<br>230 Park Ave, 17th Floor<br>New York, NY 10169<br>smasson@scott-scott.com<br><br>*Attorneys for Plaintiff Nick Patterson* |
| Erika L. Berman (appearance *pro hac vice* forthcoming)<br>1919 M Street NW<br>Washington, DC 20036<br>erika.berman@kobrekim.com | |
| *Attorneys for Defendant Jump Trading LLC* | |

## [PROPOSED] ORDER

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: _____, 2022

_____
HON. BETH LABSON FREEMAN
United States District Judge