KOBRE & KIM LLP
Daniel A. Zaheer (Bar ID 237118)
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: (415) 582-4800
Facsimile: (415) 582-4811

Attorney for Defendant
Jump Trading LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similar Situated<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600-BLF<br><br>**CERTIFICATE OF INTERESTED ENTITIES**<br><br>Hon. Beth Labson Freeman |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Jump Trading Holdings LLC and Jump Financial, LLC.  The following individuals control Jump Financial, LLC: Bill DiSomma and Paul Gurinas.

Dated:  July 12, 2022                                            Respectfully submitted,

                                                                                KOBRE & KIM LLP

                                                                                By: /s/ Daniel A. Zaheer
                                                                                    Daniel A. Zaheer (Bar No. 237118)
                                                                                    daniel.zaheer@kobrekim.com
                                                                                    150 California Street, 19th Floor
                                                                                    San Francisco, CA 94111
                                                                                    Telephone: (415) 582-4800
                                                                                    Facsimile: (415) 582-4811

                                                                                *Attorney for Defendant Jump Trading LLC*