Colby B. Springer (SBN 214868)
cspringer@polsinelli.com
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T:  415-248-2118
F:  415-248-2101

BRYAN M. WESTHOFF (*pro hac vice application pending*)
bwesthoff@polsinelli.com
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
T:  312-873-2973
F:  312-819-1910

Attorneys for Defendants
REPUBLIC CAPITAL and
REPUBLIC MAXIMAL LLC

**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similar Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO INITIAL COMPLAINT** |

1  Defendants Republic Capital and Republic Maximal LLC (together, "Republic") and
2  plaintiff Nick Patterson hereby stipulate:
3  WHEREAS, this Action is governed by the Private Securities Litigation Reform Act (15
4  U.S.C. § 77z-1 *et seq.*), which provides that following notice to the proposed class, the court must
5  rule on the consolidation of any substantially similar actions and appoint a lead plaintiff ("Lead
6  Plaintiff") for prosecution of any consolidated action;
7  WHEREAS, pursuant to 15 U.S.C. § 77z-1(a)(3)(A)(i)(II), motions for appointment as Lead
8  Plaintiff in this action are due on August 19, 2022 ("Lead Plaintiff Motions");
9  WHEREAS, Republic's response to the current complaint is due July 15, 2022, before the
10 Lead Plaintiff Motions will be heard;
11 WHEREAS, an Initial Case Management Conference is set for September 29, 2022, at
12 11:00 a.m. (the "Initial CMC");
13 WHEREAS, it is anticipated that the Court-appointed Lead Plaintiff(s) will file an amended
14 consolidated complaint, superseding the existing complaint;
15 WHEREAS, the parties to this stipulation have conferred and agreed that requiring Republic
16 to respond to the current complaint under the existing schedule would necessitate duplicative effort,
17 unnecessary motion practice, and result in a waste of judicial resources;
18 NOW THEREFORE, counsel for Plaintiff and Republic stipulate and agree that:
19 1. Republic has no obligation to respond to the existing complaint in this action and the
20 deadline by which Republic must answer, move, or otherwise respond to an operative complaint is
21 extended until such time as the parties stipulate or the Court orders;
22 2. Following this Court's order on the anticipated Lead Plaintiff Motions, Republic will
23 meet and confer with the Court-appointed Lead Plaintiff(s) and any other defendants regarding the
24 timing for Lead Plaintiff(s) to file an amended complaint and the timing of Republic and the other
25 defendants' response thereto;
26 3. Nothing about or related to this stipulation may be used as evidence in support of or
27 against any argument or defense that any party may later make or raise, including arguments in
28 connection with the parties' claims or defenses.

1     **IT IS SO STIPULATED.**

2   Dated:  July 14, 2022         **POLSINELLI LLP**

3                               By:  */s/ Colby B. Springer*
                                  Colby B. Springer
4                                 **POLSINELLI LLP**
                                Three Embarcadero Center, Suite 2400
5                                 San Francisco, CA 94111
                                Tel:        415-248-2100
6                                 Fax:       415-248-2101
                                Email:    cspringer@polsinelli.com
7

8                                 Bryan M. Westhoff (*pro hac vice* forthcoming)
                                **POLSINELLI PC**
9                                 150 N. Riverside Place, Suite 3000
                                Chicago, IL 60606
10                              Tel:       312-819-1900
                                Fax:       312-819-1901
11                              Email:    bwesthoff@polsinelli.com

12                              Attorneys for Defendants
                                REPUBLIC CAPITAL and
13                              REPUBLIC MAXIMAL LLC

14   Dated:  July 14, 2022         **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

15                              By:  /s/ *John T. Jasnoch*
                                John T. Jasnoch
16                              **Scott+Scott Attorneys at Law LLP**
                                600 West Broadway, Suite 3300
17                              San Diego, CA 92101
                                Tel.: (619) 233-4565
18                              Fax: (619) 233-0508
                                Email: jjasnoch@scott-scott.com
19

20                              Sean T. Masson (admitted *pro hac vice*)
                              **Scott+Scott Attorneys at Law LLP**
21                              The Helmsley Building
                                230 Park Avenue, 17th Floor
22                              New York, NY 10169
                                Tel.: 212-223-6444
23                              Email: smasson@scott-scott.com

24                              Attorneys for Plaintiff NICK PATTERSON

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: July 14, 2022 | **KOBRE & KIM LLP** |
| 2 | | By: */s/ Daniel A. Zaheer* |
| 3 | | Daniel A. Zaheer<br>**Kobre & Kim LLP** |
| 4 | | 150 California Street, 19th Floor<br>San Francisco, CA 94111 |
| 5 | | Tel.: 415-582-4800<br>Fax: 415-582-4811 |
| 6 | | Email: daniel.zaheer@kobrekim.com |
| 7 | | Attorneys for Defendant JUMP TRADING LLC |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

  /s/ Colby B. Springer
Colby B. Springer

**[PROPOSED] ORDER**

Pursuant to the Stipulation, **IT IS SO ORDERED**.

Dated: \_\_\_\_\_, 2022

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Three Embarcadero Center, Suite 2400, San Francisco, California 94111.

On July 14, 2022 I caused to be served the foregoing document(s) in the manner described below:

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO INITIAL COMPLAINT**

to be served on the following parties as indicated below:

| | |
|---|---|
| John T. Jasnoch<br>**Scott+Scott Attorneys at Law LLP**<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br>Fax: (619) 233-0508<br>Email: jjasnoch@scott-scott.com<br>*Attorneys for Plaintiff Nick Patterson* | ☐ By United States Mail<br>☒ By Electronic Mail<br>☐ By Facsimile |
| Sean T. Masson<br>**Scott+Scott Attorneys at Law LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel.: 212-223-6444<br>Email: smasson@scott-scott.com<br>*Attorneys for Plaintiff Nick Patterson* | ☐ By United States Mail<br>☒ By Electronic Mail<br>☐ By Facsimile |
| Daniel Amon Zaheer<br>**Kobre & Kim LLP**<br>150 California Street, 19th Floor<br>San Francisco, CA 94111<br>Tel.: 415-582-4800<br>Fax: 415-582-4811<br>Email: daniel.zaheer@kobrekim.com<br>*Attorneys for Defendant Jump Trading LLC* | ☐ By United States Mail<br>☒ By Electronic Mail<br>☐ By Facsimile |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed July 14, 2022, at San Francisco, California.

By:  */s/ Catherine Schmitz*
      Catherine Schmitz

84334789.1