Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel for Movant, José Luis Villasenin*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON, <br><br> Defendants. | Case No. 5:22-cv-03600-BLF <br><br> **NOTICE OF APPEARANCE** <br><br> **CLASS ACTION** <br><br> Judge: Hon. Beth Labson Freeman <br> Courtroom: Courtroom 3, 5TH Floor |

**TO: THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Ramzi Abadou of Kahn Swick & Foti, LLP hereby enters his appearance as counsel of record for Movant, José Luis Villasenin. Please serve said counsel with all pleadings and notices in this action:

> Ramzi Abadou, Esq.
> Kahn Swick & Foti, LLP
> 580 California Street, Suite 1200
> San Francisco, California 94104
> Telephone: (415) 459-6900
> Facsimile: (504) 455-1498
> ramzi.abadou@ksfcounsel.com

Dated: August 19, 2022

Respectfully submitted,

**KAHN SWICK & FOTI, LLP**

By: *s/ Ramzi Abadou*
Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexander L. Burns
(to be admitted *pro hac vice*)
Morgan M. Embleton
(to be admitted *pro hac vice*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
morgan.embleton@ksfcounsel.com

*Proposed Lead Counsel and Counsel for Movant, José Luis Villasenin*

### **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                        *s/ Ramzi Abadou*
                                                        RAMZI ABADOU

# Mailing Information for a Case 5:22-cv-03600-BLF Patterson v. TerraForm Labs Pte Ltd. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,scott-scott@ecf.courtdrive.com,scaesar@scott-scott.com,edewan@scott-scott.com

- **Sean T. Masson**
  smasson@scott-scott.com

- **Colby Brian Springer**
  cspringer@polsinelli.com,sfdocketing@polsinelli.com,sildocketing@polsinelli.com,catherine-schmitz-7536@ecf.pacerpro.com,caschmitz@polsinelli.com

- **Daniel Amon Zaheer**
  daniel.zaheer@kobrekim.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`