1

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)

2

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

3

Telephone: (213) 785-2610
Facsimile: (213) 226-4684

4

Email: lrosen@rosenlegal.com

5

*Counsel for Movant and [Proposed]*

6

*Lead Counsel for the Class*

7

8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON, <br><br> Defendants. | Case No. 5:22-cv-03600-BLF <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT MICHAEL TOBIAS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> Judge: Beth Labson Freeman <br> Hearing: December 15, 2022 <br> Time: 9:00 AM <br> Ctrm: 3 – 5th Floor (San Jose) |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., attorneys for Movant Michael Tobias ("Movant"). I make this declaration in support of Movant's motion for appointment as Lead Plaintiff and approval of Movant's choice of counsel pursuant to Section 27 of the Securities Act of 1933 and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:     PSLRA Early Notice;

Exhibit 2:     Movant's PSLRA certification;

Exhibit 3:     Movant's loss chart; and

Exhibit 4:     The firm resume of The Rosen Law Firm, P.A.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.


Executed this 19th of August 2022.

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN #219683)

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT MICHAEL TOBIAS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – 5:22-cv-03600-BLF

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On August 19, 2022, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT MICHAEL TOBIAS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 19, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT MICHAEL TOBIAS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – 5:22-cv-03600-BLF