# EXHIBIT 3

**TerraForm Labs Pte. Ltd Loss Chart**
**Class Period: May 20, 2021 through May 25, 2022**

| Name | Date Purchased | Tokens | Price per Token | Total | Date Sold | Tokens | Price per Token | Total | Tokens Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $0.03 |
| Tobias, Michael | 4/6/2022 | 454,991 | ($1.00) | ($454,991.00) | | | | | 454,991 | $13,928.18 | ($441,062.82) | |