**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]
Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600-BLF<br><br>**CERTIFICATION PURSUANT TO LR 3-15**<br><br>Judge: Beth Labson Freeman<br>Hearing: December 15, 2022<br>Time: 9:00 AM<br>Ctrm: 3 – 5th Floor (San Jose) |

1
CERTIFICATION PURSUANT TO LR 3-15— Case No. 5:22-cv-03600-BLF

**CERTIFICATION PURSUANT TO LR 3-15**

Pursuant to Northern District Local Rule 3-15, the undersigned certifies that as of this date, other than Movant Michael Tobias, there is no such interest to report.

Executed on August 19, 2022.

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN #219683)

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On August 19, 2022 I electronically filed the following **CERTIFICATION PURSUANT TO LR 3-15** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 19, 2022.

<u>/s/ Laurence M. Rosen</u><br>
Laurence M. Rosen