Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel for Movant, José Luis Villasenin*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>　　　　　　　　Defendants. | Case No. 5:22-cv-03600-BLF<br><br>**CERTIFICATION PURSUANT TO LOCAL RULE 3-15**<br><br>**CLASS ACTION**<br><br>Judge:　　Hon. Beth Labson Freeman<br>Courtroom:　Courtroom 3, 5TH Floor |

Pursuant to Northern District Local Rule 3-15, I, Ramzi Abadou, declare as follows:

As of this date, other than the named parties and José Luis Villasenin, there is no such interest to report.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 19, 2022, in San Francisco, California.

                                        *s/ Ramzi Abadou*
                                        RAMZI ABADOU
                                *Proposed Lead Counsel and Counsel for*
                                        *Movant, José Luis Villasenin*