Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel for Movant, José Luis Villasenin*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON, <br><br> Defendants. | Case No. 5:22-cv-03600-BLF <br><br> **DECLARATION OF RAMZI ABADOU IN SUPPORT OF JOSÉ LUIS VILLASENIN'S MOTION TO APPOINT HIM AS LEAD PLAINTIFF AND TO APPROVE HIS SELECTION OF LEAD COUNSEL** <br><br> **CLASS ACTION** <br><br> Judge: Hon. Beth Labson Freeman <br> Courtroom: Courtroom 3, 5TH Floor |

I, Ramzi Abadou, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California and am admitted to practice in this District.

2. I submit this Declaration, together with the attached exhibits, in support of José Luis Villasenin's Motion to Appoint Him as Lead Plaintiff and to Approve His Selection of Lead Counsel. I am fully familiar with the facts set forth herein and if called would competently testify thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of José Luis Villasenin's sworn certification reflecting all his transactions in Terra Tokens (LUNA) during the Class Period.

4. Attached hereto as **Exhibit B** is a table reflecting the calculated losses incurred by Mr. Villasenin from his purchases of Terra Tokens during the Class Period.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of José Luis Villasenin in Support of His Motion to Appoint Him as Lead Plaintiff and to Approve His Selection of Lead Counsel, dated August 8, 2022.

6. Attached hereto as **Exhibit D** is a true and correct copy of the press release published on June 20, 2022, on *BusinessWire*, a well-known national business-oriented publication, announcing the pendency of this lawsuit against Defendants.

7. Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on Friday, August 19, 2022, in San Francisco, California.

                                      *s/ Ramzi Abadou*
                                      RAMZI ABADOU