# EXHIBIT B

**TERRAFORM LABS SECURITIES LITIGATION**
Loss Chart
**Class Period Begins:** 5/20/2021
**Class Period Ends:** 5/25/2022
**90 Day Period Ends:** 8/23/2022 **NOT YET EXPIRED**
**Mean Trading Price:** $ 0.00009

| PURCHASE DATE: | ASSET: | QUANTITY: | PRICE (in USD): | TOTAL (COST): | DISPOSITION DATE: | PRICE (in USD): | TOTAL PROCEEDS: | TOTAL GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|
| 12/28/2021 | LUNA | 661.60549 | $ 89.74 | $ (59,373.82) | HELD* | $ 0.00009 | $ 0.06 | $ (59,373.76) |
| 12/31/2021 | LUNA | 119.09119 | $ 88.37 | $ (10,523.91) | HELD* | $ 0.00009 | $ 0.01 | $ (10,523.90) |
| 1/3/2022 | LUNA | 145.61703 | $ 90.96 | $ (13,244.76) | HELD* | $ 0.00009 | $ 0.01 | $ (13,244.74) |
| 2/8/2022 | LUNA | 396.85098 | $ 55.96 | $ (22,209.48) | HELD* | $ 0.00009 | $ 0.04 | $ (22,209.44) |
| 2/8/2022 | LUNA | 396.68726 | $ 55.99 | $ (22,209.48) | HELD* | $ 0.00009 | $ 0.04 | $ (22,209.44) |
| 2/16/2022 | LUNA | 252.84496 | $ 56.67 | $ (14,327.47) | HELD* | $ 0.00009 | $ 0.02 | $ (14,327.44) |
| 3/7/2022 | LUNA | 159.79161 | $ 79.25 | $ (12,663.74) | HELD* | $ 0.00009 | $ 0.02 | $ (12,663.72) |
| 3/11/2022 | LUNA | 110.13087 | $ 97.05 | $ (10,688.41) | HELD* | $ 0.00009 | $ 0.01 | $ (10,688.40) |
| 3/15/2022 | LUNA | 118.87798 | $ 89.33 | $ (10,619.75) | HELD* | $ 0.00009 | $ 0.01 | $ (10,619.74) |
| 3/18/2022 | LUNA | 64.19303 | $ 83.90 | $ (5,385.73) | HELD* | $ 0.00009 | $ 0.01 | $ (5,385.73) |
| 4/1/2022 | LUNA | 106.59018 | $ 100.81 | $ (10,745.11) | HELD* | $ 0.00009 | $ 0.01 | $ (10,745.10) |
| **TOTAL QUANTITY:** | | **2,532.28** | **TOTAL (COST):** | **$ (191,991.66)** | | | **TOTAL GAIN or (LOSS):** | **$ (191,991.42)** |

**HELD*** = For securities purchased during the Class Period and retained throughout the 90-day period immediately thereafter, losses have been determined using the "mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." *See* 15 U.S.C.§78u-4(e).

Losses claimed under Section 12(a) of the Securities Act of 1933 would be approximately equal to those under the Securities Exchange Act of 1934, as the Securities Act generally provides for rescissionary damages in the amount of the purchase price, less any income received by sale. *See* 15 U.S.C.§ 77l(a) (allowing the purchaser ". . . to recover the consideration paid for such security with interest thereon, less the amount of any income received thereon, upon the tender of such security, or for damages if he no longer owns the security.").