# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600-BLF<br><br>**DECLARATION OF JOSÉ LUIS VILLASENIN IN SUPPORT OF HIS MOTION TO APPOINT HIM AS LEAD PLAINTIFF, AND TO APPROVE HIS SELECTION OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge:      Hon. Beth Labson Freeman<br>Courtroom: Courtroom 3, 5th Floor |

DECL. OF JOSÉ LUIS VILLASENIN                                                                                 CASE NO. 5:22-cv-03600-BLF

I, José Luis Villasenin, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I respectfully submit this Declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel in the instant putative Class action on behalf of investors in TerraForm Labs Pte. Ltd.'s ("TFL" or the "Company") Terra Tokens pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2. I am a resident of La Coruña, Spain. I am a manager of an electrical company, having obtained the Spanish professional accreditation in the electrical trade. I invest in the capital markets for my own portfolio.

3. I believe the securities class action against TFL and the other named Defendants is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the Class. I suffered a substantial loss on my investments in LUNA. It is for this reason that I decided to seek appointment as Lead Plaintiff in the action. I understand the responsibilities and duties of being a Lead Plaintiff, including my fiduciary duties to the Class.

4. I understand and appreciate that a lead plaintiff's obligation under the PSLRA is to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. I have selected Kahn Swick & Foti, LLC ("KSF") to serve as Lead Counsel based on the firm's experience in achieving substantial recoveries in securities class actions. I believe KSF is well-qualified to represent the Class. As part of my due diligence process, and prior to my selection of KSF, I assessed the firm's qualifications and communicated with KSF Managing Partner Lewis S. Kahn.

5. I have directed KSF to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. I will continue to supervise Lead Counsel and actively

oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

6. I understand that a lead plaintiff's share of any recovery is the same as every other potential Class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the Class representation, as ordered or approved by the Court pursuant to the PSLRA.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/8/2022

_____
José Luis Villasenin