**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>　　　　　　　Defendants. | Case No. 5:22-cv-03600-BLF<br><br>**[PROPOSED] ORDER**<br><br>**<u>CLASS ACTION</u>**<br><br>Judge:　　Hon. Beth Labson Freeman<br>Courtroom:　Courtroom 3, 5TH Floor |

[PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 5:22-cv-03600-BLF

Before the Court is José Luis Villasenin's motion for: (i) appointment as Lead Plaintiff; and (ii) approval of his selection of Kahn Swick & Foti, LLC as Lead Counsel. The Court, having considered this motion and its accompanying memorandum of points and authorities, finds that the motion is well taken and accordingly, it is hereby:

ORDERED that the motion is GRANTED.

(a)   José Luis Villasenin is appointed as Lead Plaintiff for the putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and

(b)   Kahn Swick & Foti, LLC is approved as Lead Counsel for the putative Class pursuant to the PSLRA.

This _____ day of _____, 2022.

_____
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA