John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

*Attorneys for Lead Plaintiff Movant Nick Patterson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/ DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION OF NICK PATTERSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date:           December 15, 2022<br>Time:          9:00 a.m.<br>Courtroom.:  Courtroom 3, 5th Floor<br>Judge:         Hon. Beth Labson Freeman |

I, John T. Jasnoch, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am a member of this Court. I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2. I make this declaration in support of the motion of Lead Plaintiff movant Nick Patterson ("Patterson") for an order: (i) appointing Patterson as Lead Plaintiff; and (ii) approving Patterson's selection of Scott+Scott as Lead Counsel. I have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

3. Attached are true and correct copies of the following:

| | | |
|---|---|---|
| Exhibit A: | June 20, 2022 notice published pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") via *PRNewswire;* |
| Exhibit B: | Certification and Schedule A, pursuant to the PSLRA, attesting to Nick Patterson's purchases of Terra Tokens; |
| Exhibit C: | Scott+Scott's firm résumé. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of August 2022, in San Diego, California.

*s/ John T. Jasnoch*<br>
JOHN T. JASNOCH

1

DECL. OF JOHN T. JASNOCH IN SUPPORT OF MOTION OF NICK PATTERSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL – CASE NO. 5:22-cv-03600

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, I caused the foregoing, to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on August 19, 2022, at San Diego, California.

*s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)