# EXHIBIT A





# TERRAFORM CLASS ACTION NOTICE: Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Terraform Labs PTE. LTD, its Executive Officers, and Insiders

June 20, 2022 06:35 PM Eastern Daylight Time

NEW YORK–(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international securities and consumer rights litigation firm, announces that it has filed a class action lawsuit against Defendants TerraForm Labs Pte. Ltd ("TFL"), Jump Crypto, Jump Trading LLC, Republic Capital, Republic Maximal LLC, Tribe Capital, DeFinance Capital, DeFinance Technologies, GSR/GSR Market Limited, Three Arrows Capital Pte. Ltd, TFL's co-founder and Chief Executive Officer, Do Kwon, and its Head of Research, Nicholas Platias.

The action, which was filed in the U.S. District Court for the Northern District of California and captioned *Patterson v. TerraForm Labs Pte Ltd. Et al., Case No. 3:22-cv-03600*, asserts claims under §§5, 12(a)(1), and 15 of the Securities Act of 1933 (the "Securities Act"), as well as under §§10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), on behalf of a class consisting of all persons and entities, other than Defendants and their affiliates, who purchased so-called Terra Tokens from **May 20, 2021, and May 25, 2022** inclusive (the "Class Period"), and who were damaged thereby. **The lead plaintiff deadline in this action is August 19, 2022.**

**If you purchased Terra Tokens, including UST, LUNA, KRT, ANC, WHALE, ASTRO, APOLLO, XDEFI, MINE, aUST, vUST, MIR, Mirrored Assets (e.g. mBTC, mETH, mVIXY, mTSLA, etc.), Liquidity Pool tokens (e.g. UST-mVIXY-LP, bLUNA-LUNA-LP, XDEFI-UST-LP, etc.) and/or Bonded Assets (e.g. bLUNA and bETH) between May 20, 2021, and May 25, 2022, inclusive, and have suffered significant losses, realized or unrealized, you are encouraged to contact Scott+Scott attorney Sean Masson (212) 519-0522, or via email at smasson@scott-scott.com, for more information.**

TFL is a company that operates the Terra blockchain and its related protocol, which hosts, supports, and funds a community of decentralized financial applications and products known collectively as the Terra ecosystem.

The complaint alleges that Defendants violated provisions of the Exchange Act by carrying out a plan, scheme, and course of conduct that TFL intended to and did deceive retail investors and thereby caused them to purchase Terra Tokens at artificially inflated prices; endorsed false statements they knew or recklessly should have known were materially misleading; and, made untrue statements of material fact and omitted to state material facts necessary to make the statements made not misleading. The complaint alleges that TFL and the Individual Defendants also violated provisions of the Securities Act by selling non-exempt security without registering it. The complaint alleges that the TFL and Individual Defendants also violated provisions of the Securities Act by participating in TFL's failure to register the Terra Tokens. The complaint further alleges non-securities claims, such as California common law claims for aiding and abetting and for civil conspiracy. Finally, the complaint alleges that all Defendants violated provisions of the Racketeer Influenced and Corrupt

Organizations Act ("RICO") by conducting the affairs of an enterprise through a pattern of racketeering activity. The complaint further alleges that the Defendants violated provisions of California Common Law by possessing the monetary value of Terra Tokens at inflated value which rightfully belongs to the Plaintiff and members of the Class.

On May 25, 2022, the price of the UST hit a low of $0.07 per token, down from $1, which it has not been able to recover. The price of UST and LUNA Tokens dropped by 91% and 99.7% between May 7, 2022, and May 12, 2022, and has not recovered.

**Lead Plaintiff Deadline**

**The lead plaintiff deadline in this action is August 19, 2022.** If you wish to serve as lead plaintiff, you must move the Court no later than August 19, 2022. Any member of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice or may choose to do nothing and remain a member of the proposed class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, **please contact Plaintiff's counsel, Sean Masson of Scott+Scott, at (212) 519-0522 or via email at smasson@scott-scott.com.**

**About Scott+Scott Attorneys at Law LLP**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States and is actively litigating several cryptocurrency cases. The firm represents pension funds, foundations, individuals, and other entities worldwide, with offices in New York, London, Amsterdam, Connecticut, California, Ohio, and Virginia.

# Contacts
**Sean Masson**
**Scott+Scott Attorneys at Law LLP**
**230 Park Ave, 17th Floor, New York, NY 10169**
**(212) 519-0522**
**smasson@scott-scott.com**