## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Nick Patterson, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this matter and authorize Scott+Scott Attorneys at Law LLP to file lead plaintiff papers on my behalf.

2. I am willing to serve as a representative party on behalf of those who purchased or otherwise acquired unregistered LUNA and UST tokens and other Terra ecosystem securities during the Class Period (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

3. During the Class Period, I purchased and/or sold the securities that are the subject of the Complaint, as set forth in the Attached **Schedule A.**

4. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 or Securities Exchange Act of 1934.

5. I have not sought to serve as a representative party on behalf of a class in the 3-year period preceding the date on which this certification is signed.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Chicago, IL on 6/16/2022, 2022.

*DocuSigned by:*
*nick patterson*
869768BA70364EB...

Nick Patterson

## SCHEDULE A OF TRANSACTIONS

| Date | Transaction | Asset | Amount | Price Per Token/ SWAP Cost | Dollar Estimate |
|---|---|---|---:|---:|---:|
| 1/31/2022 | Buy | LUNA | 3.99 | $51.97 | $207.40 |
| 3/4/2022 | Buy | LUNA | 8 | $91.03 | $728.30 |
| 3/5/2022 | Buy | LUNA | 2.89 | $82.44 | $238.27 |
| 3/5/2022 | Buy | LUNA | 5 | $82.37 | $411.87 |
| 3/5/2022 | Buy | LUNA | 16.1 | $87.14 | $1,403.01 |
| 3/5/2022 | Swap | UST | 1058.92 | 13 LUNA | $1,058.93 |
| 3/5/2022 | Swap | aUST | 414.77 | 500 UST | $500.00 |
| 3/5/2022 | Swap | ANC | 50.79 | 278.25 UST | $278.25 |
| 3/5/2022 | Swap | ANC-UST_LP | 58.78 | 50.79 ANC | $278.25 |
| 3/5/2022 | Swap | ANC-UST_LP | 58.78 | 277.41 UST | $278.25 |
| 3/5/2022 | Swap | UST | 657.96 | 8.11 LUNA | $657.97 |
| 3/5/2022 | Swap | XDEFI | 223.23 | 162.73 UST | $162.74 |
| 3/5/2022 | Swap | XDEFI-UST_LP | 928.09 | 223.23 XDEFI | $162.74 |
| 3/5/2022 | Swap | XDEFI-UST_LP | 928.09 | 162.26 UST | $162.74 |
| 3/5/2022 | Swap | aUST | 276.23 | 333 UST | $333.00 |
| 3/5/2022 | Swap | UST | 1374.09 | 16 LUNA | $1,374.09 |
| 3/5/2022 | Swap | MINE | 3118.85 | 150.22 UST | $150.22 |
| 3/5/2022 | Swap | MINE-UST_LP | 341.12 | 3118.85 MINE | $150.22 |
| 3/5/2022 | Swap | MINE-UST_LP | 341.12 | 149.77 UST | $150.22 |
| 3/5/2022 | Swap | aUST | 580.43 | 700 UST | $700.00 |
| 3/10/2022 | Buy | LUNA | 40 | $101.50 | $4,060.24 |
| 3/10/2022 | Buy | LUNA | 16 | $96.49 | $1,543.97 |
| 3/10/2022 | Swap | aUST | 307.77 | 372 UST | $372.00 |
| 3/10/2022 | Swap | UST | 3976.02 | 40.27 LUNA | $3,976.02 |
| 3/10/2022 | Swap | aUST | 3288.35 | 3976 UST | $3,976.00 |
| 3/15/2022 | Swap | UST | 500 | 412.42 aUST | $500.00 |
| 3/15/2022 | Swap | LUNA | 5.42 | 500 UST | $500.00 |
| 3/18/2022 | Swap | UST | 12.48 | 13 APOLLO | $12.49 |
| 3/18/2022 | Swap | aUST | 9.58 | 11.63 UST | $11.63 |
| 3/18/2022 | Reward | LUNA | 0.0022 | -- | $0.19 |
| 3/20/2022 | Swap | UST | 505 | 415.34 aUST | $505.00 |

| 3/20/2022 | Swap | UST | 6.01 | 6.1 APOLLO | $6.02 |
|---|---|---|---|---|---|
| 3/20/2022 | Swap | LUNA | 1.04 | 95 UST | $95.00 |
| 3/21/2022 | Swap | UST | 1511.19 | 16 LUNA | $1,511.20 |
| 3/21/2022 | Swap | UST | 586.14 | 34.67 mVIXY | $586.15 |
| 3/21/2022 | Swap | mVIXY | 32.34 | 550 UST | $550.00 |
| 3/21/2022 | Swap | UST-mVIXY_LP | 62.52 | 542.60 UST | $542.61 |
| 3/21/2022 | Swap | UST-mVIXY_LP | 62.52 | 32 mVIXY | $542.61 |
| 3/21/2022 | Swap | aUST | 674.77 | 820.72 UST | $820.72 |
| 3/21/2022 | Swap | UST | 7.59 | 7.37 APOLLO | $7.60 |
| 3/24/2022 | Buy | LUNA | 20 | $95.84 | $1,916.99 |
| 3/24/2022 | Swap | UST | 1881.24 | 19.99 LUNA | $1,881.24 |
| 3/24/2022 | Swap | aUST | 1530.45 | 1864.01 UST | $1,864.01 |
| 3/24/2022 | Swap | MINE | 190.36 | 10.01 UST | $10.01 |
| 3/24/2022 | Swap | MINE-UST_LP | 21.74 | 190.36 MINE | $10.01 |
| 3/24/2022 | Swap | MINE-UST_LP | 21.74 | 9.98 UST | $10.01 |
| 3/25/2022 | Reward | LUNA | 0.0061 | -- | $0.57 |
| 4/4/2022 | Swap | aUST | 4.26 | 5.22 UST | $5.23 |
| 4/11/2022 | Swap | UST | 6.88 | 4.97 APOLLO | $6.88 |
| 4/11/2022 | Swap | UST | 12.36 | 9.10 APOLLO | $12.37 |
| 4/11/2022 | Swap | aUST | 487.84 | 600 UST | $600.00 |
| 4/11/2022 | Swap | LUNA | 0.18 | 9.53 MIR | --- |
| 4/12/2022 | Buy | LUNA | 15 | $86.25 | $1,293.78 |
| 4/12/2022 | Swap | bLUNA | 7.5 | 7.5 LUNA | --- |
| 4/12/2022 | Swap | bLUNA-LUNA_LP | 3.71 | 7.5 BLUNA | --- |
| 4/12/2022 | Swap | BLUNA-LUNA_LP | 3.71 | 7.41 LUNA | --- |
| 4/15/2022 | Reward | LUNA | 0.0061 | -- | $0.50 |
| 4/20/2022 | Buy | LUNA | 2.1 | $94.45 | $198.35 |
| 4/20/2022 | Swap | UST | 196.77 | 2.1 LUNA | $196.77 |
| 4/20/2022 | Swap | UST | 7.79 | 5.31 APOLLO | $7.79 |
| 4/20/2022 | Swap | aUST | 163.77 | 202.40 UST | $202.41 |

| Date | Type | Asset | Quantity | | |
|---|---|---|---|---|---|
| 4/22/2022 | Reward | LUNA | 0.0061 | -- | $0.57 |
| 4/25/2022 | Buy | LUNA | 5 | $96.53 | $482.69 |
| 4/27/2022 | Swap | UST | 6.31 | 3.77 APOLLO | $6.31 |
| 4/27/2022 | Swap | UST | 43.80 | .5 LUNA | $43.80 |
| 4/27/2022 | Swap | WHALE | 526.01 | 48.62 vUST | --- |
| 4/27/2022 | Swap | vUST | 39.05 | 425 WHALE | --- |
| 4/27/2022 | Swap | UST | 40.72 | 32.83 vUST | $40.72 |
| 4/27/2022 | Swap | UST | 200 | 161.2 aUST | $200.00 |
| 4/28/2022 | Swap | UST | 556.23 | 62.52 UST-mVIXY_LP | $556.24 |
| 4/28/2022 | Swap | mVIXY | 31.68 | 62.52 UST-mVIXY_LP | $556.24 |
| 4/28/2022 | Swap | UST | 10.60 | 9.02 MIR | $10.60 |
| 4/28/2022 | Swap | UST | 560.48 | 32.02 mVIXY | $560.49 |
| 4/28/2022 | Swap | vUST | 6736.15 | 8365.72 UST | $8,365.72 |
| 4/29/2022 | Buy | UST | 497.58 | $1.0048 | $500 |
| 4/29/2022 | Reward | LUNA | 0.0061 | --- | $0.52 |
| 4/29/2022 | Swap | mVIXY | 0.57 | 10 UST | $10.00 |
| 4/29/2022 | Swap | mVIXY | 0.57 | 10 UST | $10.00 |
| 5/3/2022 | Swap | ASTRO | 8.06 | 25 UST | $25.00 |
| 5/4/2022 | Swap | mETH | 0.0154 | 50 UST | $50.00 |
| 5/4/2022 | Swap | aUST | 804.714 | 1002 UST | $1002 |
| 5/4/2022 | Swap | aUST | 1591.76 | 1982 UST | $1982 |
| 5/5/2022 | Buy | UST | 11,624.31 | $0.9956 | $11,675 |
| 5/6/2022 | Reward | LUNA | 0.0061 | --- | $0.49 |
| 5/8/2022 | Swap | mBTC | 0.000848 | 35 UST | -- |
| 5/11/2022 | Buy | LUNA | 60 | $7.86 | $471.77 |
| 5/12/2022 | Swap | UST | 1251.30 | 1001.39 vUST | -- |
| 5/12/2022 | Swap | UST | 7184 | 5749.18 aUST | -- |
| 5/12/2022 | Swap | UST | 1.58 | 5.57 APOLLO | -- |
| 5/12/2022 | Swap | UST | 0.83 | 1.75 LUNA | -- |
| 5/12/2022 | Swap | UST | 5.08 | 9.9 APOLLO | -- |
| 5/12/2022 | Swap | UST | 45.07 | 0.015464 mETH | -- |

| 5/12/2022 | Swap   | UST   | 30.86     | 0.000848 mBTC         | --        |
|-----------|--------|-------|-----------|-----------------------|-----------|
| 5/12/2022 | Swap   | UST   | 2994      | 2396.03 aUST          | --        |
| 5/12/2022 | Swap   | mETH  | 1.00568   | 2986.07 UST           | --        |
| 5/12/2022 | Sell   | UST   | 12,121.90 | $0.4566               | $5,534.93 |
| 5/13/2022 | Reward | LUNA  | 0.0061    | ---                   | <$0.01    |
| 5/14/2022 | Swap   | ANC   | 145.08    | 61.42 ANC-UST_LP      | --        |
| 5/14/2022 | Swap   | UST   | 110.58    | 61.42 ANC-UST_LP      | --        |
| 5/14/2022 | Swap   | UST   | 110.58    | 145.08 ANC            | --        |
| 5/14/2022 | Swap   | MINE  | 6498.90   | 417.03 MINE-UST_LP    | --        |
| 5/14/2022 | Swap   | UST   | 107.80    | 417.03 MINE-UST_LP    | --        |
| 5/14/2022 | Swap   | UST   | 107.47    | 6498.9 MINE           | --        |
| 5/14/2022 | Swap   | XDEFI | 159.93    | 1084.66 XDEFI-UST_LP  | --        |
| 5/14/2022 | Swap   | UST   | 314.59    | 1084.66 XDEFI-UST_LP  | --        |
| 5/14/2022 | Swap   | UST   | 313.55    | 159.93 XDEFI          | --        |
| 5/14/2022 | Swap   | UST   | 1.25      | 6.66 APOLLO           | --        |
| 5/14/2022 | Swap   | UST   | 0.009     | 0.01 ANC              | --        |
| 5/14/2022 | Swap   | UST   | 2.16      | 1.17 MIR              | --        |
| 5/14/2022 | Swap   | UST   | 22.55     | 1.14 mVIXY            | --        |
| 5/14/2022 | Swap   | bETH  | 0.035674  | 635.71 UST            | --        |
| 5/14/2022 | Swap   | bETH  | 0.0348    | 700 UST               | --        |
| 5/14/2022 | Swap   | kUST  | 1497.41   | 0.070528 bETH         | --        |
| 5/14/2022 | Swap   | UST   | 1404.67   | 1497.41 kUST          | --        |
| 5/14/2022 | Swap   | bETH  | 0.004653  | 100 UST               | --        |
| 5/14/2022 | Swap   | bETH  | 0.32206   | 7000 UST              | --        |
| 5/14/2022 | Swap   | wETH  | 0.003271  | 60 UST                | --        |

| | | | | | |
|---|---|---|---|---|---|
| 5/14/2022 | Swap | kUST | 6030.94 | 0.326713 bETH | -- |
| 5/14/2022 | Swap | UST | 5657.10 | 6030.94 kUST | -- |
| 5/14/2022 | Swap | bETH | 0.043317 | 700 UST | -- |
| 5/14/2022 | Swap | ANC | 428.33 | 500 UST | -- |
| 5/14/2022 | Swap | bETH | 0.293131 | 4500 UST | -- |
| 5/14/2022 | Swap | bETH | 0.035723 | 428.33 ANC | -- |
| 5/14/2022 | Swap | UST | 5271.24 | 0.372171 bETH | -- |
| 5/14/2022 | Swap | ANC | 72.48 | 100 UST | -- |
| 5/14/2022 | Swap | bETH | 0.007863 | 100 UST | -- |
| 5/14/2022 | Swap | bETH | 0.000722 | 10 UST | -- |
| 5/14/2022 | Swap | kUST | 2125.51 | 2000 UST | -- |
| 5/14/2022 | Swap | mETH | 0.724003 | 2000 UST | -- |
| 5/14/2022 | Swap | bETH | 0.153702 | 0.724003 mETH | -- |
| 5/14/2022 | Swap | ANC | 1450.13 | 0.154474 bETH | -- |
| 5/14/2022 | Swap | UST | 1.03 | 2.01 ASTRO | -- |
| 5/14/2022 | Swap | UST | 2022.16 | 2125.51 kUST | -- |
| 5/14/2022 | Swap | bETH | 0.203191 | 3050 UST | -- |
| 5/14/2022 | Swap | ANC | 1909.33 | 0.203191 bETH | -- |
| 5/14/2022 | Swap | UST | 5260.03 | 3431.95 ANC | -- |
| 5/14/2022 | Swap | bETH | 0.006806 | 100 UST | -- |
| 5/14/2022 | Swap | ANC | 33.36 | 50 UST | -- |
| 5/14/2022 | Swap | UST | 100.11 | 0.006806 bETH | -- |
| 5/14/2022 | Swap | UST | 49.02 | 33.36 ANC | -- |
| 5/14/2022 | Swap | UST | 33.13 | 0.003271 wETH | -- |
| 5/14/2022 | Swap | mETH | 0.211441 | 600 UST | -- |
| 5/14/2022 | Swap | bETH | 0.040938 | 0.211411 mETH | -- |
| 5/14/2022 | Swap | kUST | 622.92 | 0.040938 bETH | -- |
| 5/14/2022 | Swap | ANC | 399.87 | 622.92 kUST | -- |
| 5/14/2022 | Swap | bETH | 0.015176 | 150 ANC | -- |
| 5/14/2022 | Swap | bETH | 0.009901 | 100 ANC | -- |

| 5/14/2022 | Swap | UST | 379.86 | 0.025077 bETH | -- |
|---|---|---|---|---|---|
| 5/14/2022 | Swap | ANC | 295 | 445 UST | -- |
| 5/14/2022 | Swap | bETH | 0.041626 | 444.88 ANC | -- |
| 5/14/2022 | Swap | UST | 659.40 | 0.041626 bETH | -- |
| 5/14/2022 | Swap | ANC | 430.90 | 660 UST | -- |
| 5/14/2022 | Swap | bETH | 0.039925 | 430.9 ANC | -- |
| 5/14/2022 | Swap | UST | 634.60 | 0.039925 bETH | -- |
| 5/14/2022 | Swap | ANC | 398.88 | 600 UST | -- |
| 5/14/2022 | Swap | bETH | 0.038109 | 398.88 ANC | -- |
| 5/14/2022 | Swap | UST | 565.31 | 0.038109 bETH | -- |
| 5/14/2022 | Swap | ANC | 375.38 | 550 UST | -- |
| 5/14/2022 | Swap | bETH | 0.036111 | 375.38 ANC | -- |
| 5/14/2022 | Swap | UST | 517.61 | 0.036111 bETH | -- |
| 5/14/2022 | Swap | LUNA | 3466.59 | 10 UST | -- |
| 5/14/2022 | Swap | LUNA | 189119.6 | 550 UST | -- |
| 5/20/2022 | Reward | LUNA | 0.0061 | --- | <$0.01 |