1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/ DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600<br><br>**[PROPOSED] ORDER GRANTING MOTION OF NICK PATTERSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

WHEREAS, Lead Plaintiff movant Nick Patterson ("Patterson") has moved, pursuant to §21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for (1) appointment as Lead Plaintiff; (2) approval of his selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel for plaintiff and the Class over the securities claims; and (3) appointment of Scott+Scott as lead counsel for the non-securities claims, and good cause appearing therefore:

IT IS HEREBY ORDERED as follows:

1. Patterson is the most adequate plaintiff and is appointed Lead Plaintiff for the Class in this action (and any subsequently related actions) to represent the Class.

2. Patterson's selection of Lead Counsel for the Class is hereby approved. The law firm of Scott+Scott is appointed as Lead Counsel. Lead Counsel shall have the authority to speak for all plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

 a. to brief and argue motions;

 b. to initiate and conduct discovery, including, without limitation, coordination of discovery with Defendants' counsel, the preparation of written interrogatories, requests for admission, and requests for production of documents;

 c. to direct and coordinate the examination of witnesses in deposition;

 d. to act as spokesperson at pretrial conferences;

 e. to initiate and conduct any settlement negotiations with counsel for Defendants;

 f. to consult with and employ experts;

    g. to receive and review periodic time reports of all attorneys on behalf of plaintiffs to determine if the time is being spent appropriately and for the benefit of plaintiffs and to determine and distribute plaintiffs' attorneys' fees; and

    h. to perform such other duties as may be expressly authorized by further order of this Court.

  3. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of the Class and for disseminating notices and orders of this Court.

  4. No motion, application, or request for discovery shall be served or filed, or other pretrial proceedings initiated, on behalf of Lead Plaintiff, except through Lead Counsel.

  5. All notices, proposed orders, pleadings, motions, discovery, and memoranda requiring a response in less than 30 days shall be served upon Lead Counsel and Defendants' counsel by the Court's Electronic Case Filing (ECF) system, overnight mail service, telecopy, and/or hand delivery.

  6. All other service shall take place by regular mail or, if counsel consents, electronic mail.

  7. Lead Counsel for the Class shall be available and responsible for communications to and from the Court.

  8. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of Lead Plaintiff.

  9. This Order shall apply to each case subsequently filed in or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order files, within 10 days after the date upon which a copy of this Order is mailed to counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

  IT IS SO ORDERED.

DATED: _____  _____
            HONORABLE BETH LABSON FREEMAN
            UNITED STATES DISTRICT JUDGE