1  John T. Jasnoch (CA 281605)
   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
2  600 W. Broadway, Suite 3300
   San Diego, CA 92101
3  Telephone: 619-233-4565
   Facsimile:  619-233-0508
4  jjasnoch@scott-scott.com

5  [Additional Counsel on Signature Page.]

6  *Attorneys for Lead Plaintiff Movant Nick Patterson*

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/ DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600<br><br>**CERTIFICATION OF COUNSEL JOHN T. JASNOCH PURSUANT TO LOCAL RULE 3-7(d)**<br><br>Date:        December 15, 2022<br>Time:        9:00 a.m.<br>Courtroom.: Courtroom 3, 5th Floor<br>Judge:       Hon. Beth Labson Freeman |

1       I, John T. Jasnoch, make this declaration pursuant to Civil L.R. 3-7(d) of the U.S. District Court for the Northern District of California:

      1.    I am seeking to serve as class counsel in the above-captioned actions, which is governed by the Private Securities Litigation Reform Act of 1955, Pub. L. No. 104-76, 109 Stat. 737 (1995).

      2.    Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of the above-captioned action.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed this 19th day of August, 2022, in San Diego, California.

                                *s/ John T. Jasnoch*
                                JOHN T. JASNOCH

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on August 19, 2022, at San Diego, California.

 *s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)