John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

[Additional Counsel on Signature Page.]

*Attorneys for Lead Plaintiff Movant Nick Patterson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/ DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-0360<br><br>**CERTIFICATION PURSUANT TO LOCAL RULE 3-15**<br><br>Date:         December 15, 2022<br>Time:        9:00 a.m.<br>Courtroom.:  Courtroom 3, 5th Floor<br>Judge:       Hon. Beth Labson Freeman |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15

1  Pursuant to Civil Local Rule 3-15 of the U.S. District Court for the Northern District of
2 California, the undersigned certifies that as of this date, other than the named parties and putative
3 Class members, there is no interest as described in subparagraph (b)(1) to report.

4 DATED:  August 19, 2022          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

   *s/ John T. Jasnoch*
   John T. Jasnoch (CA 281605)
   600 W. Broadway, Suite 3300
   San Diego, CA 92101
   Telephone: 619-233-4565
   Facsimile:  619-233-0508
   jjasnoch@scott-scott.com

   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
   Sean T. Masson (*pro hac vice*)
   The Helmsley Building
   230 Park Avenue, 17th Floor
   New York, NY 10169
   Telephone: 212-223-6444
   Facsimile:  212-223-6334
   smasson@scott-scott.com

   *Attorneys for Lead Plaintiff Movant Nick Patterson*

---

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, I caused the foregoing, along with the Declaration of John T. Jasnoch in support thereof (with Exhibits A-C thereto), and Proposed Order, to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on August 19, 2022, at San Diego, California.

 *s/ John T. Jasnoch*
John T. Jasnoch

---

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15