Melissa A. Fortunato (SBN #319676)
Marion C. Passmore (SBN #228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
       passmore@bespc.com

*Counsel for Movant Shing Yiu Ng and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPTIAL PTE LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>      Defendants. | Case No. 5:22-cv-03600-BLF<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF SHING YIU NG'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:      December 15, 2022<br>Time:     9:00 a.m.<br>Courtroom: 3 – 5th Floor<br>Judge:    Honorable Beth Labson Freeman |

I, Melissa A. Fortunato, hereby declare as follows:

1. I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for movant Shing Yiu Ng ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel in the above-captioned action. This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Private Securities Litigation Reform Act of 1995 certification signed by Movant attaching his transactions in TerraForm Labs Pte. Ltd. ("TerraForm") Terra Tokens during the Class Period.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the press release originally published on June 20, 2022, on *Business Wire* announcing the pendency of the securities class action lawsuit captioned *Patterson v. TerraForm Labs Pte. Ltd., et al.*, No. 5:22-cv-22-cv-03600-BLF.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 19th day of August, 2022.

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato.

1   Case No. 5:22-cv-03600-BLF
DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF SHING YIU NG'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL