Melissa A. Fortunato (SBN #319676)
Marion C. Passmore (SBN #228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
         passmore@bespc.com

*Counsel for Movant Shing Yiu Ng and
Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPTIAL PTE LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600-BLF<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL**<br><br>Date:        December 15, 2022<br>Time:       9:00 a.m.<br>Courtroom: 3 – 5th Floor<br>Judge:       Honorable Beth Labson Freeman |

WHEREAS, in accordance with the provisions of Section 21D(a)(3)(A)(i) of the Securities Exchange Act of 1934 (the "Exchange Act"), on June 20, 2022, notice of the Lead Plaintiff deadline was published in *Business Wire*, a widely circulated national business-oriented wire service, advising Class members of the pendency of the class action (the "Action"), the claims asserted therein, and their right to move this Court to be appointed Lead Plaintiff; and

WHEREAS, pursuant to Section 21D of the Exchange Act, any purported Class member desiring to be appointed Lead Plaintiff was required to have filed a motion for such appointment on or before August 19, 2022; and

WHEREAS, movant Shing Yiu Ng ("Ng" or "Movant") has timely filed a motion for appointment as Lead Plaintiff; and

WHEREAS, Movant has the largest financial interest in the relief sought by the Class and otherwise satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movant seeks approval of her selection of counsel to serve as Lead Counsel for the Class.

AND NOW THIS ____ day of _____ 2022, the Court having considered Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, and all supporting documents, and good cause appearing therefore, it is hereby ORDERED as follows:

**NEWLY FILED OR TRANSFERRED ACTIONS**

When a case that arises out of the subject matter of this Action is hereinafter filed in this Court or transferred to this Court from another Court, the clerk of this Court shall:

a. File a copy of this Order in the separate file for such action;

b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

c. Make the appropriate entry in the docket for this Action.

Each new case arising out of the subject matter of this Action that is filed in this Court or transferred to this Court shall be consolidated with this Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten days after the date upon

1  which a copy of this Order is served on counsel for such party, files an application for relief from this
2  Order or any provision herein and this Court deems it appropriate to grant such application.

3  **LEAD PLAINTIFF APPOINTMENT**

4  The motion of Movant to serve as Lead Plaintiff in the Action is GRANTED.  Pursuant to
5  Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), Ng is appointed as Lead Plaintiff for the
6  Class.

7  **LEAD COUNSEL**

8  Pursuant to Section 21D(a)(3)(B)(v) of the Private Securities Litigation Reform Act of 1995,
9  15 U.S.C. § 78u-4(a)(3)(B)(v), Movant has selected and retained the law firm of Bragar Eagel & Squire,
10 P.C. to serve as Lead Counsel in the Action.  The Court approves Movant's selection of Lead Counsel.

11 Lead Counsel shall have the following responsibilities and duties, to be carried out either
12 personally or through counsel whom Lead Counsel shall designate to coordinate:

13     a.    the briefing and argument of any and all motions;

14     b.    the conduct of any and all discovery proceedings;

15     c.    the examination of any and all witnesses in depositions;

16     d.    the selection of counsel to act as spokesperson at all pretrial conferences;

17     e.    all settlement negotiations with counsel for defendants;

18     f.    and direct the pretrial discovery proceedings and the preparation for trial and the trial of
19 this matter, and to delegate work responsibilities to selected counsel as may be required; and

20     g.    the preparation and filings of all pleadings; and to supervise all other matters concerning
21 this litigation.

22 No settlement negotiations shall be conducted without the approval of Lead Counsel.

23 Lead Counsel shall have responsibility for receiving and disseminating Court orders and
24 notices.  Lead Counsel shall be the contact between the Class and defendants' counsel and shall serve

as the spokespersons for the Class.  Lead Counsel shall act as the liaison between the Court and the Class.

**IT IS SO ORDERED.**

Dated: _____, 2022

> _____
> Honorable Beth Labson Freeman
> United States District Judge