Melissa A. Fortunato (SBN #319676)
Marion C. Passmore (SBN #228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
         passmore@bespc.com

*Counsel for Movant Shing Yiu Ng and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated, <br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPTIAL PTE LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600-BLF<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-15**<br><br>Date:         December 15, 2022<br>Time:        9:00 a.m.<br>Courtroom: 3 – 5th Floor<br>Judge:       Honorable Beth Labson Freeman |

Case No. 5:22-cv-03600-BLF
CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-15

1  Pursuant to the Northern District of California Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties and lead plaintiff movant Shing Yiu Ng ("Movant") there is no such interest to report.

DATED: August 19, 2022				Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato (SBN #319676)
Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
           passmore@bespc.com

*Counsel for Movant Shing Yiu Ng and Proposed Lead Counsel for the Class*