1  Melissa A. Fortunato (SBN #319676)
   Marion C. Passmore (SBN #228474)
2  **BRAGAR EAGEL & SQUIRE, P.C.**
3  580 California Street, Suite 1200
   San Francisco, California 94104
4  Telephone: (415) 568-2124
   Facsimile: (212) 214-0506
5  Email: fortunato@bespc.com
            passmore@bespc.com
6
7  *Counsel for Movant Shing Yiu Ng and
   Proposed Lead Counsel for the Class*
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPTIAL PTE LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600-BLF<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF MELISSA A. FORTUNATO PURSUANT TO LOCAL RULE 3-7(d)**<br><br>Date:        December 15, 2022<br>Time:       9:00 a.m.<br>Courtroom: 3 – 5th Floor<br>Judge:      Honorable Beth Labson Freeman |

I, MELISSA A. FORTUNATO, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California:

I affirm that I do not directly own or otherwise have a beneficial interest in the securities that are the subject of the above-captioned actions.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 19th day of August, 2022.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato