| | |
|---|---|
| Kyle Roche (*pro hac vice forthcoming*) | Tibor L. Nagy, Jr. (*pro hac vice forthcoming*) |
| Edward Normand (*pro hac vice forthcoming*) | Gregory N. Wolfe (*pro hac vice forthcoming*) |
| Joseph Delich (*pro hac vice forthcoming*) | William LaGrange (*pro hac vice forthcoming*) |
| Alex Potter (*pro hac vice forthcoming*) | Diego J. Martinez-Krippner (*pro hac vice forthcoming*) |
| Ivy T. Ngo (SBN 249860) | |

**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
kyle@rochefreedman.com
tnormand@rochefreedman.com
jdelich@rochefreedman.com
apotter@rochefreedman.com
ingo@rochefreedman.com

**DONTZIN NAGY & FLEISSIG LLP**
980 Madison Avenue
New York, NY 10075
Tel.: (212) 717-2900
tibor@dnfllp.com
greg@dnfllp.com
wlagrange@dnfllp.com
dmartinezkrippner@dnfllp.com

*Counsel for Lead Plaintiff Movant Josh Golder and Proposed Co-Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No.: 5:22-cv-03600-BLF<br><br>**DECLARATION OF KYLE W. ROCHE IN SUPPORT OF MOTION TO APPOINT JOSH GOLDER AS LEAD PLAINTIFF AND APPROVE HIS SELECTION OF ROCHE FREEDMAN LLP AND DONTZIN NAGY & FLEISSIG LLP AS CO-LEAD COUNSEL**<br><br>Date: December 15, 2022<br>Time: 9:00 a.m.<br>Judge: Hon. Beth Labson Freeman<br>Courtroom: No. 3, 5th Floor |

I, Kyle W. Roche, hereby declare as follows:

1. I am a partner at Roche Freedman LLP ("Roche Freedman"), counsel for movant Josh Golder ("Movant"), and have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff for the Class and Approve His Selection of Roche Freedman and Dontzin Nagy & Fleissig LLP as Co-Lead Counsel for the Class.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   Certification executed by Movant;

Exhibit B:   Loss chart of Movant;

Exhibit C:   Declaration of Movant;

Exhibit D:   Firm resume of Roche Freedman LLP; and

Exhibit E:   Firm resume of Dontzin Nagy & Fleissig LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of August, 2022, in Miami, Florida.

　　　　　　　　　　　　　　　　　　　*/s/ Kyle W. Roche*
　　　　　　　　　　　　　　　　　　　Kyle W. Roche

**Certificate Pursuant to Local Rule 5-1(h)(3)**

I, Ivy T. Ngo, am the ECF User whose ID and password are being used to file this brief. In compliance with Local Rule 5-1(h)(3), I hereby attest that Kyle W. Roche concurs in this filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of August, 2022.

                                                  */s/ Ivy T. Ngo*
                                                  Ivy T. Ngo

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Ivy T. Ngo
                                                Ivy T. Ngo