# EXHIBIT C

## DECLARATION OF JOSH GOLDER
## IN SUPPORT OF HIS MOTION TO BE APPOINTED LEAD PLAINTIFF
## AND TO APPROVE HIS SELECTION OF ROCHE FREEDMAN LLP AND
## DONTZIN NAGY & FLEISSIG LLP AS CO-LEAD COUNSEL

I, Josh Golder, declare as follows:

1.      I respectfully submit this declaration in support of my motion to be appointed Lead Plaintiff in the instant class action on behalf of purchasers of Terra Tokens, and for approval of my selection of Roche Freedman LLP ("Roche Freedman") and Dontzin Nagy & Fleissig LLP ("DNF") to be appointed as Co-Lead Counsel. I have personal knowledge of the facts set forth below relating to my activities, actions, and beliefs, and would testify competently thereto.

2.      I am 40 years old, residing in Miami, Florida. As for my highest level of education, I attended college, although did not graduate. I currently work as an entrepreneur. I have been investing in crypto-assets for two years. I purchased Terra Tokens based on my analysis of the securities.

3.      As set forth in my certification, I purchased UST, LUNA, and WLUNA between May 20, 2021, and May 25, 2022, both dates inclusive, (the "Class Period") and suffered substantial losses. Because I suffered substantial losses, I am motivated to seek the best possible result for myself and the proposed class.

4.      Prior to filing this motion, I spoke with counsel regarding this case. We discussed the claims against Defendants, my interest in serving as Lead Plaintiff, the fiduciary responsibilities and obligations of the appointed Lead Plaintiff to the class, and the Lead Plaintiff's obligation to select Lead Counsel, and that I would ensure that the class's claims will be efficiently and zealously prosecuted by way of my proposed Co-Lead Counsel.

5.      I am informed of and understand the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995. I understand my duties as Lead Plaintiff include fair and adequate representation to all members of the class, and if appointed as Lead Plaintiff, I will fulfill these responsibilities to the best of my abilities.

6.      I understand that my duties as Lead Plaintiff include overseeing and monitoring the

progress of the litigation and coordinating with counsel to vigorously prosecute the case in a way that best serves the interests of the class. If appointed as Lead Plaintiff, I will monitor and direct the efforts and activities of my proposed Co-Lead Counsel to ensure that the litigation is handled efficiently.

7.      In performing these duties, I will, among other things, review pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

8.      My counsel and I have each other's contact information and either of us may call for a meeting or conference call at any time, including on an emergency basis if necessary. I am able and willing to reconvene future calls, as well as attend in-person meetings, and communicate via email, as often and regularly as necessary to ensure responsible oversight of counsel. I do not foresee any problems communicating with counsel or staying abreast of the progress of this litigation.

9.      After careful consideration, I am satisfied that my chosen counsel, Roche Freedman and DNF, are experienced in prosecuting actions of this nature and are capable of diligently prosecuting the class's claims under my supervision.

10.     I am aware that I could select any counsel to represent me, and that I was not and am not required or compelled to recommend Roche Freedman and DNF as Co-Lead Counsel. By submitting this declaration, I am personally ratifying Roche Freedman and DNF as my choice for that role in this Litigation.

11.     I have no interests antagonistic to the interests of the class and do not believe that I am subject to any unique defenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this day of August 19, 2022.

*Joshua Golder*
Joshua Golder (Aug 19, 2022 18:27 EDT)

Josh Golder
Miami, Florida

3