# EXHIBIT E

# DONTZIN NAGY & FLEISSIG LLP

## FIRM RESUME

# TABLE OF CONTENTS

ABOUT US .................................................................................................................................. 3

ATTORNEYS ............................................................................................................................... 4

   Tibor L. Nagy, Jr., Partner ................................................................................................ 4

   Tracy O. Appleton, Partner ............................................................................................... 6

   Jason A. Kolbe, Partner .................................................................................................... 7

   Gregory N. Wolfe, Counsel ............................................................................................... 8

   Heidi R. Schumann, Associate ......................................................................................... 9

   William H. LaGrange, Associate ...................................................................................... 9

   Diego J. Martinez-Krippner, Associate ........................................................................... 9

   Susan S. Hu, Associate ..................................................................................................... 9

   Asher T. Lowenstein, Associate ........................................................................................ 9

## ABOUT US

Based in New York, Dontzin Nagy & Fleissig LLP ("DNF") is an elite litigation boutique that regularly represents plaintiffs and defendants in high-stakes litigation in state and federal courts and arbitrations throughout the United States, as well as in jurisdictions around the globe. We are often retained by clients, including shortly before trial, to help secure victory in their most important disputes. We do not specialize in any single practice area or discipline—instead, like the judges and juries we seek to persuade, we handle cases in all subject areas.

Our attorneys have successfully represented clients in complex commercial matters involving securities, class actions, mergers and acquisitions, corporate governance, RICO, patents, copyright, trade secrets, regulatory enforcement, sports law, and antitrust, among other areas. We are also one of the most experienced firms in the country with respect to disputes concerning crypto-assets. In the securities and crypto spheres, DNF routinely represents plaintiffs and defendants in complex litigation, including in cases related to fraud, non-disclosure, insider trading, valuations, and statutory securities violations, among other matters. Examples of our representations include:

- Securing a successful settlement for a major investment bank two weeks into a trial of multibillion-dollar claims involving the sale of subprime securities where we had been retained several months before trial.

- Securing the dismissal of a multibillion-dollar claim asserted against a hedge fund manager arising from an alleged short-selling conspiracy and successfully defending that dismissal on appeal.

- Achieving a trial verdict dismissing claims brought by an investor in an energy company.

- Securing the dismissal of fraud claims and an award of attorneys' fees and costs for a major brokerage firm following a week-long arbitration.

- Presently representing a major bank in connection with allegations of market manipulation.

DNF has a long history of successfully representing various stakeholders—including investors, founders, blockchain companies, foundations, mining companies, and executives—in crypto-asset related disputes. Representative examples include:

- Successfully representing a major crypto-incubator in a dispute with two of its founders.

- Successfully representing a large bitcoin trader against a major exchange, including obtaining an injunction for our client after the exchange wrongfully froze his accounts.

- Successfully representing our client in a class action alleging securities law violations.

- Obtaining dismissal of fraud and breach of contract claims for a crypto-foundation.

- Successfully representing a major cryptocurrency company in a trade secrets dispute.

# RELEVANT ATTORNEYS

**TIBOR L. NAGY, JR., PARTNER**

Tibor "T" Nagy is a trial lawyer who represents plaintiffs and defendants in high-stakes litigation in state and federal courts throughout the United States. Tibor does not specialize by subject area, but rather handles all types of complex civil litigation, including both trials and appeals.

Tibor has been lead counsel in bet-the-company cases ranging from patent infringement disputes to complex class actions. Tibor regularly represents Fortune 500 companies, hedge funds, leaders in the crypto-asset and commodity industries, individual business owners, executives, inventors, patent owners, and high-net-worth individuals. Tibor also is hired by other lawyers when they need representation.

Tibor is a graduate of the Yale Law School and Dartmouth College. He previously was a partner at Susman Godfrey LLP. He is licensed to practice in New York, New Jersey, and Texas, and is admitted in federal district and appellate courts throughout the United States. Tibor was named to Benchmark Litigation's "Under 40 Hot List," and also was named an "Elite Boutique Trailblazer" by the National Law Journal. In 2021, Crain's New York Business named Tibor as one of its Notable Hispanic Leaders & Executives.

Representative examples of his experience include:

- Securing a successful settlement for a major investment bank two weeks into a trial of multibillion-dollar claims involving the sale of subprime securities where Tibor had been retained three months before trial (the case had been pending for over five years).

- Prevailing in a $108 million class action following a three-week jury trial where Tibor was hired one week before trial.

- Securing the dismissal of fraud claims and an award of attorneys' fees and costs for a major brokerage firm following a week-long arbitration.

- Securing the dismissal of all claims against a major investment firm following a two-week arbitration.

- Successfully representing an oil-and-gas client in a two-week arbitration, resulting in a unanimous verdict in which all three arbitrators, including the one selected by the opposing party, dismissed all claims brought against Tibor's client, affirmed all of Tibor's client's counterclaims, and awarded Tibor's client its attorneys' fees and costs.

- Successfully representing a world-famous artist in a two-week trial in federal court, obtaining a complete victory, including dismissal of all tortious interference claims.

- Successfully representing a high-net-worth client in a bench trial, obtaining complete dismissal of all contract and fraud claims.

- Obtaining dismissal on summary judgment, and successfully defending the dismissal on appeal, of a $13 billion RICO claim against a hedge fund client in one of the largest "bear raid" cases filed in the U.S. courts.

- Presently representing a major bank in connection with allegations of market manipulation, in what is believed to be the largest opt-out case filed in the U.S. courts.

- Representing blockchain company ConsenSys and its affiliates and executives in a broad range of matters, including involving claims of trade secrets misappropriation, fraud, and breach of contract.

- Presently representing crypto-asset purchasers, mining companies, and major blockchain companies in a series of confidential matters, ranging from securities fraud to breach of contract matters.

- Prevailing in a confidential arbitration against a crypto-exchange on behalf of one of the world's largest crypto-asset investors.

- Obtaining dismissal of a malicious prosecution action filed by Facebook, Inc. and Mark Zuckerberg against one of the largest law firms in the world.

- Securing a substantial settlement for the inventors of a life-saving drug in a dispute with one of the largest pharmaceutical companies in the world.

- After being hired on an appeal by two prominent galleries, securing the reversal of the trial court and having the appellate court enter judgment in the clients' favor in a multimillion-dollar dispute involving a Rothko.

- On behalf of a major financial institution, successfully invalidating three patents and securing voluntary dismissal of claims based on a fourth patent in a patent infringement suit brought by the largest patent troll operating in the U.S.

- Securing a major antitrust class action settlement against the NCAA.

**TRACY O. APPLETON, PARTNER**

A creative problem-solver who tailors effective strategies to address her clients' legal issues, Tracy Appleton is a general commercial litigator knowledgeable in securities law, banking law, art law, internal and government investigations, and deal litigation. She works with a range of clients including banks, hedge funds, companies, art galleries, and individuals. Tracy holds substantial experience in all stages of trial and appellate litigation, as well as in mediation.

Prior to joining DNF, Tracy worked in the litigation department of Wachtell, Lipton, Rosen & Katz, where she represented Bank of America in an $8.5 billion RMBS settlement, assisted Goldman Sachs with its successful litigation against Dragon Systems, and won a directed verdict for Simon Property Group in a trial arising from a mortgage dispute.

Previously, Tracy served as a law clerk to the Honorable Debra Ann Livingston, United States Court of Appeals for the Second Circuit. She is a graduate of Columbia University School of Law and Yale University. At Columbia, she was a James Kent Scholar, the recipient of the Pauline Berman Heller Prize, and a member of the *Columbia Law Review*. She is admitted in New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Court of Appeals for the Second Circuit.

Representative examples of her experience include:

- Securing a successful settlement for a major investment bank two weeks into a trial of multibillion-dollar claims involving the sale of subprime securities.

- Convincing the Fifth Circuit on appeal to reject a jury verdict against her client in a contractual dispute and instead to rule as a matter of law in her client's favor.

- Successfully representing clients in a variety of SEC investigations that raised insider trading and whistleblower issues.

- Defeating a motion to dismiss counterclaims in an investment dispute.

- Representing clients in a variety of blockchain and crypto-asset related business disputes.

- Obtaining dismissal of derivative and direct claims brought by a former director of a blockchain company against other directors.

- Representing sellers in a Delaware action to enforce an acquisition agreement in the face of a claim that the pandemic constituted a material adverse event under the stock purchase agreement.

**JASON A. KOLBE, PARTNER**

Jason Kolbe is an experienced advocate in commercial litigation with a focus on complex financial disputes. Jason has achieved success for clients in federal and state trial and appellate courts, as well as in mediations and administrative and regulatory proceedings, and has led many high-stakes internal investigations. Jason has substantial experience representing investment advisers in the U.S. and overseas in investor and employment disputes, investigations, and U.S. compliance matters. Jason also represents a variety of public and private companies, financial institutions, art galleries, high-net-worth individuals, and pro bono clients.

Clients appreciate Jason's dedication to understanding their business interests and finding creative solutions to resolving disputes—negotiating winning outcomes to avoid litigation when possible, and outmaneuvering opposing counsel when it is not. Jason has been recognized as a "Rising Star" by SuperLawyers.

Prior to joining DNF in 2014, Jason was an associate at Latham & Watkins. He served as a law clerk for the Honorable Theodore H. Katz, U.S. Magistrate Judge, Southern District of New York, and the Honorable William E. Smith, U.S. District Judge, District of Rhode Island.

Jason is a graduate of the New York University School of Law and Wesleyan University. He is admitted in New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Court of Appeals for the Second Circuit.

Representative examples of his experience include:

- Presently representing a major bank in connection with allegations of market manipulation, in what is believed to be the largest opt-out case filed in the U.S. courts.

- Securing dismissal of a False Claims Act action against an insurance broker and successfully defending the district court's decision on appeal to the Second Circuit.

- Securing a successful settlement for an investment adviser accused of securities fraud and securing the dismissal of claims against the adviser's corporate parent.

- Successfully bringing to conclusion numerous internal investigations for financial services clients involving potential employee misconduct.

- Successfully arguing a motion to dismiss fraud and employee misconduct claims in an action against the owner and property manager of a historic building.

**G‌REGORY N. W‌OLFE, C‌OUNSEL**

A complex commercial litigation generalist, Greg Wolfe is an aggressive trial lawyer with experience representing plaintiffs and defendants in matters involving securities, mergers and acquisitions, crypto-assets, corporate governance, trade secrets, RICO, contempt, insurance, antitrust, employment, patents, and multijurisdictional regulatory regimes.  He works with a range of clients that include pharmaceutical companies, private equity firms, real estate firms, energy companies, insurers, stockholders, executives, and crypto-asset stakeholders.

On the plaintiff side, Greg has secured multimillion-dollar settlements, including without the need for litigation, and constructed multibillion-dollar claims that other litigants copied in follow-on suits.  On the defense side, Greg has designed strategies that have resulted in the dismissal of claims seeking billions of dollars in damages.

Greg has been named in Best Lawyers: Ones to Watch from 2020-2022.  He is a member of the Federal Bar Council's Securities Litigation Committee and has been a co-editor of Lexology's "Getting the Deal Through – Securities Litigation (USA)."  Greg served as a law clerk for the Honorable John G. Koeltl of the Southern District of New York.  He is a graduate of Columbia Law School, where he was a Harlan Fiske Stone Scholar and a member of the *Columbia Law Review*, and Cornell University, where he graduated *cum laude*.  He is admitted to practice in New York and the Southern District of New York.

Representative examples of his experience include:

- Currently litigating securities fraud arbitration on behalf of investor alleging front-running against a major bank.

- Currently representing crypto-asset purchasers, miners, and major blockchain companies in series of confidential matters involving claims of fraud and breach of contract.

- Successfully resolving securities fraud arbitration in connection with an IPO.

- Securing successful settlement for inventor of software code in a trade secrets dispute.

- On behalf of biotechnology company, securing dismissal of $500 million patent infringement suit brought by multinational pharmaceutical company.

- Obtaining successful settlement on behalf of investor in a breach of fiduciary duty action involving the sale of one of the largest federally subsidized housing complexes in the U.S.

- Securing the dismissal of $3.5 billion civil RICO and $400 million civil contempt claims against a large financial institution.

- Securing the dismissal of securities fraud class actions against an energy company and the former CEO of a large advertising company.

### HEIDI R. SCHUMANN, ASSOCIATE

Heidi Schumann is a litigation associate. Prior to joining DNF in 2020, Heidi graduated from Georgetown University Law Center and served as a law clerk to the Honorable Rebecca Grady Jennings in the Western District of Kentucky. Heidi previously worked as a litigation associate at Schulte Roth & Zabel LLP.

### WILLIAM H. LAGRANGE, ASSOCIATE

Will LaGrange is a litigation generalist with substantial experience in complex commercial litigation, white-collar defense and investigations, and alternative dispute resolution. Will brings his problem-solving and straight-to-the-point approach to clients ranging from the world's largest investment banks to individual indigent defendants. Prior to joining DNF, Will was a litigation associate at Sullivan & Cromwell LLP.

Will is a graduate of Duke University School of Law and the University of South Carolina.

### DIEGO J. MARTINEZ-KRIPPNER, ASSOCIATE

Diego Martinez-Krippner is a litigator with experience working cases from filing through appeal. A generalist, he has experience across a diverse range of matters, including deal litigation, products liability, securities litigation, mass torts, restructuring litigation, administrative law, and white-collar criminal defense.

Diego is a graduate of the University of Illinois College of Law and the University of Chicago. He clerked for the Honorable Theresa Lazar Springmann, Northern District of Indiana, and the Honorable Mary Beck Briscoe, United States Court of Appeals for the Tenth Circuit.

### SUSAN S. HU, ASSOCIATE

Susan Hu is a graduate of the New York University School of Law. Prior to joining DNF, she practiced at Arnold & Porter Kaye Scholer LLP.

### ASHER T. LOWENSTEIN, ASSOCIATE

Asher Lowenstein is a litigation generalist with experience in antitrust, securities, employment, and M&A litigation, as well as major internal investigations. Prior to joining DNF, he practiced at Simpson Thacher & Bartlett LLP and Clifford Chance LLP. Asher clerked for the Honorable Richard Berman of the Southern District of New York. He is a graduate of Harvard Law School.