Kyle Roche (*pro hac vice forthcoming*)
Edward Normand (*pro hac vice forthcoming*)
Joseph Delich (*pro hac vice forthcoming*)
Alex Potter (*pro hac vice forthcoming*)
Ivy T. Ngo (SBN 249860)
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
kyle@rochefreedman.com
tnormand@rochefreedman.com
jdelich@rochefreedman.com
apotter@rochefreedman.com
ingo@rochefreedman.com

Tibor L. Nagy, Jr. (*pro hac vice forthcoming*)
Gregory N. Wolfe (*pro hac vice forthcoming*)
William LaGrange (*pro hac vice*) *forthcoming*
Diego J. Martinez-Krippner (*pro hac vice forthcoming*)
**DONTZIN NAGY & FLEISSIG LLP**
980 Madison Avenue
New York, NY 10075
Tel.: (212) 717-2900
tibor@dnfllp.com
greg@dnfllp.com
wlagrange@dnfllp.com
dmartinezkrippner@dnfllp.com

*Counsel for Lead Plaintiff Movant Josh Golder and Proposed Co-Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No.: 5:22-cv-03600-BLF<br><br>**CERTIFICATION OF DIEGO J. MARTINEZ-KRIPPNER PURSUANT TO LOCAL RULE 3-7(d)**<br><br>Judge: Hon. Beth Labson Freeman |

**CERTIFICATION PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Civil L.R. 3-7(d), I, Diego J. Martinez-Krippner, declare as follows: Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of August, 2022, in Chicago, Illinois.

_____
Diego J. Martinez-Krippner

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Ivy Ngo
Ivy Ngo

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(H)(3)**

I, Ivy Ngo, am the ECF User whose ID and password are being used to file this certification of Diego J. Martinez-Krippner pursuant to Local Rule 5-1(h)(3). In compliance with Local Rule 5-1(h)(3), I hereby attest that Diego J. Martinez-Krippner concurs in this filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of August, 2022.

<u>/s/ Ivy Ngo</u>
Ivy Ngo