Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel for Movant, José Luis Villasenin*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON, <br><br> Defendants. | Case No. 5:22-cv-03600-TLT <br><br> **JOSÉ LUIS VILLASENIN'S RE-NOTICE OF MOTION AND MOTION TO APPOINT HIM AS LEAD PLAINTIFF AND TO APPROVE HIS SELECTION OF LEAD COUNSEL** <br><br> <u>**CLASS ACTION**</u> <br><br> Judge:     Hon. Trina L. Thompson <br> Date:      October 4, 2022 <br> Time:      2:00 P.M. <br> Courtroom: Courtroom 9, 19TH Floor |

**RE-NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that Movant José Luis Villasenin will and hereby does move for an order: (i) appointing him as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and (ii) approving his selection of Kahn Swick & Foti, LLC as Lead Counsel for the putative class. This motion is based on the Notice of Motion and Motion, Memorandum of Points and Authorities in Support Thereof, and attached declaration and exhibits, which Movant previously filed on August 19, 2022. *See generally* ECF No. 24.

The original hearing on this motion was vacated by order of the Court, while maintaining the existing briefing schedule. *See* ECF No. 33 at 3. Movants were ordered to re-notice their hearing dates, which would not affect the prior briefing schedule. *Id*.

Accordingly, the hearing has been reset to take place on Tuesday, October 4, 2022 at 2:00 P.M., before the Honorable Trina L. Thompson of the United States District Court for the Northern District of California, San Francisco Division, Courtroom 9 – 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, or as soon thereafter as the matter may be heard.

Dated: September 2, 2022                                Respectfully submitted,

**KAHN SWICK & FOTI, LLP**

By:     *s/ Ramzi Abadou*
Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexander L. Burns
(to be admitted *pro hac vice*)
Morgan M. Embleton

(to be admitted *pro hac vice*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
morgan.embleton@ksfcounsel.com

*Proposed Lead Counsel and Counsel for Movant, José Luis Villasenin*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Ramzi Abadou*
RAMZI ABADOU

# Mailing Information for a Case 5:22-cv-03600-BLF Patterson v. TerraForm Labs Pte Ltd. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,Ashley.Errington@ksfcounsel.com

- **Melissa Ann Fortunato**
  fortunato@bespc.com,ecf@bespc.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,scott-scott@ecf.courtdrive.com,scaesar@scott-scott.com,edewan@scott-scott.com

- **Sean T. Masson**
  smasson@scott-scott.com

- **Ivy T. Ngo**
  ingo@rochefreedman.com,ingo@ecf.courtdrive.com,ECF_Notifications@rochefreedman.com

- **Marion Curry Passmore**
  passmore@bespc.com,ecf@bespc.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Colby Brian Springer**
  cspringer@polsinelli.com,sfdocketing@polsinelli.com,sildocketing@polsinelli.com,catherine-schmitz-7536@ecf.pacerpro.com,caschmitz@polsinelli.com

- **Daniel Amon Zaheer**
  daniel.zaheer@kobrekim.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`