Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Proposed Lead Counsel and Counsel for Movant, José Luis Villasenin*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON, <br><br> Defendants. | Case No. 5:22-cv-03600-TLT <br><br> **JOSÉ LUIS VILLASENIN'S RESPONSE TO COMPETING MOTIONS FOR LEAD PLAINTIFF** <br><br> **CLASS ACTION** <br><br> Judge:     Hon. Trina L. Thompson <br> Date:      October 4, 2022 <br> Time:      2:00 P.M. <br> Courtroom: Courtroom 9, 19TH Floor |

VILLASENIN'S RESPONSE TO COMPETING MOTIONS FOR LEAD PLAINTIFF         CASE NO. 5:22-cv-03600-TLT

On August 19, 2022, José Luis Villasenin filed a lead plaintiff motion pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). *See* ECF No. 24. Having reviewed the other motions before the Court, he does not appear to possess the largest financial interest in the relief sought by the putative class but remains willing and capable of acting as lead plaintiff should the Court deem those applicants with larger losses inadequate or atypical pursuant to the PSLRA and/or Fed. R. Civ. P. 23. This response shall have no effect on, and is without prejudice to, Mr. Villasenin's status as a member of the putative class, including his right to share in any recovery from the resolution of this litigation through settlement, judgment or otherwise.

Dated: September 2, 2022

Respectfully submitted,

**KAHN SWICK & FOTI, LLP**

By:   *s/ Ramzi Abadou*
Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexander L. Burns
(to be admitted *pro hac vice*)
Morgan M. Embleton
(to be admitted *pro hac vice*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
morgan.embleton@ksfcounsel.com

*Proposed Lead Counsel and Counsel for Movant, José Luis Villasenin*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                      *s/ Ramzi Abadou*
                                      RAMZI ABADOU

# Mailing Information for a Case 5:22-cv-03600-BLF Patterson v. TerraForm Labs Pte Ltd. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,Ashley.Errington@ksfcounsel.com

- **Melissa Ann Fortunato**
  fortunato@bespc.com,ecf@bespc.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,scott-scott@ecf.courtdrive.com,scaesar@scott-scott.com,edewan@scott-scott.com

- **Sean T. Masson**
  smasson@scott-scott.com

- **Ivy T. Ngo**
  ingo@rochefreedman.com,ingo@ecf.courtdrive.com,ECF_Notifications@rochefreedman.com

- **Marion Curry Passmore**
  passmore@bespc.com,ecf@bespc.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Colby Brian Springer**
  cspringer@polsinelli.com,sfdocketing@polsinelli.com,sildocketing@polsinelli.com,catherine-schmitz-7536@ecf.pacerpro.com,caschmitz@polsinelli.com

- **Daniel Amon Zaheer**
  daniel.zaheer@kobrekim.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`