**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
Pronouns: he/him/his
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MEMORANDUM OF LAW OF MOVANT MICHAEL TOBIAS IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br><u>CLASS ACTION</u><br><br>Judge: Trina L. Thompson<br>Hearing: October 11, 2022<br>Time: 2:00 PM<br>Ctrm: 9 – 19th Floor (San Francisco) |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MEMORANDUM OF LAW OF MOVANT MICHAEL TOBIAS IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS – 22-cv-03600-TLT

I, Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., attorneys for Movant Michael Tobias ("Movant"). I make this declaration in support of Movant's Memorandum of Law in Opposition to Competing Lead Plaintiff Motions. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: *Crypto Leaks* Report entitled "Ava Labs (Avalanche) attacks Solana & cons SEC in evil conspiracy with bought law firm, Roche Freedman" as updated August 31, 2022 and retrieved September 2, 2022;

Exhibit B: Letter Response to Kyle Roche's motion for withdrawal in *In re Tether and Bitfinex Crypto Asset Litigation*, case no. 1:19-cv-09236-KPF, by BFXNA Inc., BFXWW Inc., Giancarlo Devasini, DigFinex Inc., Tether Holdings Limited, Tether International Limited, Tether Limited, Tether Operations Limited, iFinex Inc., and Ludovicus Jan van der Velde; and

Exhibit C: Letter Response to Kyle Roche's motion for withdrawal in *In re Tether and Bitfinex Crypto Asset Litigation*, case no. 1:19-cv-09236-KPF, by Bittrex, Inc. and Poloniex, LLC.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 2nd of September 2022.

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN #219683)

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MEMORANDUM OF LAW OF MOVANT MICHAEL TOBIAS IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS – 22-cv-03600-TLT

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On September 2, 2022, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MEMORANDUM OF LAW OF MOVANT MICHAEL TOBIAS IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 2, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen