1  Melissa A. Fortunato (SBN #319676)
   Marion C. Passmore (SBN #228474)
2  **BRAGAR EAGEL & SQUIRE, P.C.**
3  580 California Street, Suite 1200
   San Francisco, California 94104
4  Telephone: (415) 568-2124
   Facsimile: (212) 214-0506
5  Email: fortunato@bespc.com
          passmore@bespc.com
6
7  *Counsel for Movant Shing Yiu Ng*

8  **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
9  SAN FRANCISCO**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPTIAL PTE LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 5:22-cv-03600-TLT<br><br>**CLASS ACTION**<br><br>**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date:       TBD<br>Time:       2:00 p.m.<br>Courtroom: 9 – 19th Floor<br>Judge:      Honorable Trina L. Thompson |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 19, 2022, Shing Yiu Ng ("Movant") filed a motion pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), as amended by the Private Securities Reform Act of 1995, for an Order: (1) appointing Movant as Lead Plaintiff; and, (2) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. as Lead Counsel for the putative class.  ECF No. 28.

Movant hereby gives notice that he does not oppose the competing motions to appoint a lead plaintiff in the action.  Having reviewed the competing motions, Movant does not appear to have the largest financial interest in the relief sought by the class.

This notice of non-opposition shall have no impact on Shing Yiu Ng's membership in the putative class, his right to share in any recovery obtained for the benefit of the class members, and/or his ability to serve as a representative party should the need arise.

DATED: September 2, 2022

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato (SBN #319676)
Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
         passmore@bespc.com

*Counsel for Movant Shing Yiu Ng*