Edward Normand (*pro hac vice forthcoming*)
Joseph Delich (*pro hac vice forthcoming*)
Alex Potter (*pro hac vice forthcoming*)
Ivy T. Ngo (SBN 249860)
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
tnormand@rochefreedman.com
jdelich@rochefreedman.com
apotter@rochefreedman.com
ingo@rochefreedman.com

*Counsel for Lead Plaintiff Movant Josh Golder
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No.: 5:22-cv-03600-TLT<br><br>**RE-NOTICE OF MOTION AND MOTION TO APPOINT JOSH GOLDER AS LEAD PLAINTIFF AND APPROVE HIS SELECTION OF ROCHE FREEDMAN LLP AS LEAD COUNSEL**<br><br>Date: November 1, 2022<br>Time: 2:00 p.m.<br>Judge: Hon. Trina L. Thompson<br>Courtroom: No. 9, 19th Floor |

## RE-NOTICE OF MOTION AND MOTION

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that on November 1, 2022, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9 – 19th Floor of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, before the Honorable Trina L. Thompson, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1(a)(3)(B)(i), 78u-4(a)(3)(B)(i), Josh Golder ("Movant") will move the Court to appoint him as lead plaintiff and approve his selection of Roche Freedman LLP as lead counsel.[1] In support of this motion, Movant respectfully refers the Court to the Memorandum of Points and Authorities and the Declaration of Kyle W. Roche submitted on August 19, 2022. *See generally* Dkt. Nos. 32 – 32-16.

The original hearing on this motion was vacated by order of the Court and movants were ordered to re-notice their hearing dates, while maintaining the existing briefing schedule. *See* Dkt. No. 33.

Dated: September 2, 2022           Respectfully Submitted,

**ROCHE FREEDMAN LLP**

*/s/ Edward Normand*
Edward Normand (*pro hac vice forthcoming*)
Joseph Delich (*pro hac vice forthcoming*)
Alex Potter (*pro hac vice forthcoming*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
tnormand@rochefreedman.com
jdelich@rochefreedman.com
apotter@rochefreedman.com
ingo@rochefreedman.com

---

[1] Dontzin Nagy & Fleissig LLP has withdrawn as counsel for Golder in this case.

**Certificate Pursuant to Local Rule 5-1(h)(3)**

I, Ivy T. Ngo, am the ECF User whose ID and password are being used to file this brief. In compliance with Local Rule 5-1(h)(3), I hereby attest that Edward Normand concurs in this filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of September, 2022.

　　　　　　　　　　　　　　　　　　*/s/ Ivy T. Ngo*
　　　　　　　　　　　　　　　　　　Ivy T. Ngo

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Ivy T. Ngo
Ivy T. Ngo