John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

[Additional Counsel on Signature Page.]

*Attorneys for Lead Plaintiff Movant Nick Patterson*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/ DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>                              Defendants. | Case No. 3:22-cv-03600 (TLT)<br><br>**NOTICE OF RESCHEDULED MOTION**<br><br>Date:           December 13, 2022<br>Time:          2:00 p.m.<br>Courtroom.:  Courtroom 9, 19th Floor<br>Judge:        Hon. Trina L. Thompson |

## NOTICE OF RESCHEDULED MOTION

TO:    ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that due to the order reassigning the instant case (ECF. No 33), Lead Plaintiff movant Nick Patterson ("Patterson" or "Movant"), by and through his undersigned counsel, hereby moves this Court before the to the Honorable Trina L. Thompson in Courtroom 9, 19th Floor, of the U.S. District Court for the Northern District of California, San Francisco Courthouse, located at 450 Golden Gate Avenue, San Francisco, California 94102, on December 13, 2022, at 2:00 p.m., or as soon thereafter as the matter may be heard, for the entry of an order: (1) appointing Patterson as Lead Plaintiff for the putative Class, pursuant to §21D of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (2) approving his selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as Lead Counsel for the putative Class; and (3) appointing Scott+Scott as lead counsel over the non-securities claims asserted in the complaint.

This motion is made on the grounds that Patterson timely filed this motion and is the "most adequate plaintiff."  Based on the information presently available, Patterson has the largest financial interest in the relief sought by the Class amongst movants for lead plaintiff, meets the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), as his claims are typical of the claims of the Class, and he will fairly and adequately represent the interests of the Class.  In addition, Patterson has selected and retained Scott+Scott, a law firm with substantial experience in prosecuting securities class actions, to serve as Lead Counsel.

This motion is based on the notice of motion and memorandum of points and authorities and the Declaration of John T. Jasnoch ("Jasnoch Decl.") filed on August 19, 2022 (ECF No. 25), including Exhibits A-C attached thereto, opposition and reply briefs thereto, and the pleadings and other files and records previously entered in these actions, and such other written or oral argument as may be presented to the Court.

DATED:  September 2, 2022            **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

_s/ John T. Jasnoch_
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101

1

1

Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

2

3

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Sean T. Masson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
smasson@scott-scott.com

4

5

6

7

*Attorneys for Lead Plaintiff Movant Nick Patterson*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on September 2, 2022, I caused the foregoing, along with the

3     Declaration of John T. Jasnoch in support thereof (with Exhibits A-C thereto), and Proposed Order,

4     to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of

5     such filing to the email addresses denoted on the Electronic Mail Notice List.

6          Executed on September 2, 2022, at San Diego, California.

7                                                     _s/ John T. Jasnoch_____
                                                JOHN T. JASNOCH (CA 281605)
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28