| | |
|---|---|
| Edward Normand (*pro hac vice forthcoming*) | Tibor L. Nagy, Jr. (*pro hac vice forthcoming*) |
| Joseph Delich (*pro hac vice forthcoming*) | Gregory N. Wolfe (*pro hac vice forthcoming*) |
| Alex Potter (*pro hac vice forthcoming*) | William LaGrange (*pro hac vice forthcoming*) |
| Ivy T. Ngo (SBN 249860) | Diego J. Martinez-Krippner (*pro hac vice forthcoming*) |
| **ROCHE FREEDMAN LLP** | **DONTZIN NAGY & FLEISSIG LLP** |
| 99 Park Avenue, 19th Floor | 980 Madison Avenue |
| New York, NY 10016 | New York, NY 10075 |
| Tel.: (646) 350-0527 | Tel.: (212) 717-2900 |
| tnormand@rochefreedman.com | tibor@dnfllp.com |
| jdelich@rochefreedman.com | greg@dnfllp.com |
| apotter@rochefreedman.com | dmartinezkrippner@dnfllp.com |
| ingo@rochefreedman.com | |

*Counsel for Lead Plaintiff Movant Josh Golder and Proposed Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK PATTERSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No.: 3:22-cv-03600-TLT<br><br>**NOTICE OF WITHDRAWAL OF KYLE W. ROCHE AS COUNSEL**<br><br>Judge: Hon. Trina L. Thompson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Kyle W. Roche, Esq. of Roche Freedman, LLP ("RF") hereby notifies the Court and all parties that Mr. Roche is no longer involved in RF's class action practice and while he's never appeared, out of an abundance of caution, and because he's been screened from the class action practice, he's noticing his withdrawal.

**NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions, correspondence, communications, regarding the above-caption action, should be served on Kyle W. Roche. Any and all future CM/ECF notifications should remain directed towards Ivy Ngo, attorney of record for Movant Josh Golder.

DATED: September 4, 2022                    Respectfully Submitted,

                                            **ROCHE FREEDMAN LLP**

                                            /s/ Kyle W. Roche
                                            Kyle W. Roche
                                            99 Park Avenue, 19th Floor
                                            New York, NY 10016
                                            kyle@rochefreedman.com

                                            *Counsel for Lead Plaintiff Movant Josh Golder*
                                            *and Proposed Co-Lead Counsel for the Class*

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(H)(3)**

I, Ivy T. Ngo, am the ECF User whose ID and password are being used to file this brief. In compliance with Local Rule 5-1(h)(3), I hereby attest that Kyle W. Roche concurs in this filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of September, 2022.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               /s/ Ivy T. Ngo
                                               Ivy T. Ngo