Colby B. Springer (SBN 214868)
cspringer@polsinelli.com
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T:   415-248-2118
F:   415-248-2101

BRYAN M. WESTHOFF (*pro hac vice application forthcoming*)
bwesthoff@polsinelli.com
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
T:   312-873-2973
F:   312-819-1910

Attorneys for Defendants
REPUBLIC CAPITAL and
REPUBLIC MAXIMAL LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**DEFENDANTS REPUBLIC CAPITAL AND REPUBLIC MAXIMAL'S RESPONSE TO LEAD PLAINTIFF MOTIONS** |

85026022.2

Pursuant to Local Rule 7-3(b), Defendants Republic Capital and Republic Maximal LLC (together, "**Republic**") hereby respond to motions filed by five (5) plaintiffs requesting that the Court appoint each as lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B) and that the Court approve their selection of lead counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v) (the "**Lead Plaintiff Motions**").  (*See* Dkt. Nos. 19, 24, 25, 28, and 32.)

The Lead Plaintiff Motions request the Court's selection of the "most adequate plaintiff" under the criteria provided by the Private Securities Litigation Reform Act (the "**PSLRA**").  The Lead Plaintiff Motions do not request any relief against Republic.  Accordingly, Republic takes no position with request to the Lead Plaintiff Motions.

By not opposing the Lead Plaintiff Motions, Republic is not indicating agreement with any of the statements contained therein or in the Complaint already filed in this matter (Dkt. 1 (the "**Complaint**")).  Rather, Republic affirmatively disagrees with and disputes the legal and factual contentions related to Republic set forth in the Complaint.  Republic reserves the right to object to defects in the Complaint or any Amended Complaint filed in this action after the appointment of the lead plaintiff.

Republic does not concede that this action should be certified as a class action.  Nor does Republic concede that any of the proposed lead plaintiffs are proper class representatives.  Republic reserves the right to challenge class certification pursuant to Federal Rules of Civil Procedure 23 by later separate motion.

Dated:  September 7, 2022         **POLSINELLI LLP**

By:  */s/ Colby B. Springer*

    Colby B. Springer
    **POLSINELLI LLP**
    Three Embarcadero Center, Suite 2400
    San Francisco, CA 94111
    Tel:        415-248-2100
    Fax:       415-248-2101
    Email:    cspringer@polsinelli.com

Bryan M. Westhoff (*pro hac vice forthcoming*)
**POLSINELLI PC**
150 N. Riverside Place, Suite 3000
Chicago, IL 60606
Tel:     312-819-1900
Fax:    312-819-1901
Email:  bwesthoff@polsinelli.com

Attorneys for Defendants
REPUBLIC CAPITAL and
REPUBLIC MAXIMAL LLC