Edward Normand (*pro hac vice forthcoming*)
Joseph Delich (*pro hac vice forthcoming*)
Alex Potter (*pro hac vice forthcoming*)
Ivy T. Ngo (SBN 249860)
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
tnormand@rochefreedman.com
jdelich@rochefreedman.com
apotter@rochefreedman.com
ingo@rochefreedman.com

*Counsel for Lead Plaintiff Movant Josh Golder
and Proposed Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK PATTERSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No.: 3:22-cv-03600-TLT<br><br>**DECLARATION OF EDWARD NORMAND IN SUPPORT OF REPLY MEMORANDUM**<br><br>Date: December 13, 2022<br>Time: 2:00 p.m.<br>Courtroom: No. 9, 19th Floor<br><br>Judge: Hon. Trina L. Thompson |

I, Edward Normand, hereby declare as follows:

1. I am a partner at Roche Freedman LLP ("Roche Freedman"), counsel for movant Josh Golder ("Movant"), and have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of the Reply Memorandum in Further Support of Josh Golder's Motion to Appoint Him Lead Plaintiff and Approve His Selection of Roche Freedman LLP as Lead Counsel.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: *In re Tether and Bitfinex Crypto Asset Litigation*, Affirmation of Kyle Roche, dated September 2, 2022.

Exhibit B: *In re Tether and Bitfinex Crypto Asset Litigation,* Letter from Velvel (Devin) Freedman to Hon. Katherine Polk Failla, dated September 2, 2022.

Exhibit C: *In re Tether and Bitfinex Crypto Asset Litigation,* Letter from Velvel (Devin) Freedman to Hon. Katherine Polk Failla, dated September 6, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of September, 2022, in New York, New York.

Dated: September 9, 2022                   Respectfully Submitted,

                                           */s/ Edward Normand*
                                           Edward Normand

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(H)(3)**

I, Ivy T. Ngo, am the ECF User whose ID and password are being used to file this brief. In compliance with Local Rule 5-1(h)(3), I hereby attest that Edward Normand concurs in this filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　/s/ Ivy T. Ngo
　　　　　　　　　　　　　　　　　　　　Ivy T. Ngo

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

／s/ Ivy T. Ngo
Ivy T. Ngo