UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nick Patterson , <br><br> Plaintiff(s), <br><br> v. <br><br> TerraForm Labs Pte Ltd. et al , <br><br> Defendant(s). | Case No. 3:22-cv-03600-TLT <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Bryan M. Westhoff, an active member in good standing of the bar of the State of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Republic Capital and Republic Maximal LLC in the above-entitled action. My local co-counsel in this case is Colby B. Springer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 214868.

Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
MY ADDRESS OF RECORD

(312) 873-2973
MY TELEPHONE # OF RECORD

bwesthoff@polsinelli.com
MY EMAIL ADDRESS OF RECORD

Polsinelli LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 248-2118
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

cspringer@polsinelli.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6278694 Illinois.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ____1____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/20/2022

Bryan M. Westhoff
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Bryan M. Westhoff is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 21, 2022

UNITED STATES DISTRICT/MAGISTRATE JUDGE