UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICK PATTERSON, et al.,

Plaintiff(s),

v.

TERRAFORM LABS, PTE. LTD., et al.,

Defendant(s).

Case No. 3:22-cv-03600-TLT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Phillip Kim, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Michael Tobias in the above-entitled action. My local co-counsel in this case is Laurence M. Rosen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN 219683.

275 Madison Ave, 40th Floor, New York, NY 10016
MY ADDRESS OF RECORD

(212) 686-1060
MY TELEPHONE # OF RECORD

pkim@rosenlegal.com
MY EMAIL ADDRESS OF RECORD

355 South Grand Ave, Suite 2450, Los Angeles, CA 90071
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 785-2610
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lrosen@rosenlegal.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4145397.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __2__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/21/2022

Phillip Kim
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Phillip Kim is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 21, 2022

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE