**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
Pronouns: he/him/his
Phillip Kim (*pro hac vice*)
Pronouns: he/him/his
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]
Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT MICHAEL TOBIAS TO STRIKE ASSERTIONS IN MOVANT NICK PATTERSON'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION**<br><br><u>CLASS ACTION</u><br><br>Judge: Trina L. Thompson<br>Hearing: December 13, 2022<br>Time: 2:00 PM<br>Ctrm: 9 – 19th Floor (San Francisco) |

1

NOTICE OF MOTION AND MOTION OF MOVANT MICHAEL TOBIAS TO STRIKE ASSERTIONS IN MOVANT NICK PATTERSON'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION – Case No. 3:22-cv-03600-TLT

I, Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., attorneys for Movant Michael Tobias ("Movant"). I make this declaration in support of Movant's motion to strike assertions first made in Movant Nick Patterson's ("Mr. Patterson") reply memorandum of law in further support of his motion for appointment as lead plaintiff. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: Lead Plaintiff Order in *In re Silver Lake, L.L.C., Sec. Litig.*, case no. 4:20-cv-03766-JSW (N.D. Cal. Dec. 1, 2020), Dkt. No. 36.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29th of September 2022.

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN #219683)

2

NOTICE OF MOTION AND MOTION OF MOVANT MICHAEL TOBIAS TO STRIKE ASSERTIONS IN MOVANT NICK PATTERSON'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION – Case No. 3:22-cv-03600-TLT

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On September 29, 2022, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT MICHAEL TOBIAS TO STRIKE ASSERTIONS IN MOVANT NICK PATTERSON'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 29, 2022.

<u>/s/ Laurence M. Rosen</u>
Laurence M. Rosen

3

NOTICE OF MOTION AND MOTION OF MOVANT MICHAEL TOBIAS TO STRIKE ASSERTIONS IN MOVANT NICK PATTERSON'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION – Case No. 3:22-cv-03600-TLT