1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**[PROPOSED] ORDER TO STRIKE ASSERTIONS IN MOVANT NICK PATTERSON'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION**<br><br><u>CLASS ACTION</u><br><br>Judge: Trina L. Thompson<br>Hearing: December 13, 2022<br>Time: 2:00 PM<br>Ctrm: 9 – 19th Floor (San Francisco) |

1

WHEREAS, Courts do not consider issues raised for the first time in reply briefing, *e.g.*, *Duran v. Fernandez Bros., Inc.*, 2015 WL 7012884, at *2 (N.D. Cal. Nov. 12, 2015); *Loumena v. Hammon*, 2015 WL 7180679, at *5 (N.D. Cal. Nov. 16, 2015), *aff'd,* 671 F. App'x 447 (9th Cir. 2016); *Thompson v. Comm'r*, 631 F.2d 642, 649 (9th Cir. 1980); and

WHEREAS, on September 9, 2022, Movant Nick Patterson ("Mr. Patterson") impermissibly asserted new arguments in his reply memorandum of law in further support of his motion for appointment as lead plaintiff by attempting to raise issues with Michael Tobias' ("Mr. Tobias") Private Securities Litigation Reform Act ("PSLRA") certification and understanding of the complaint, Dkt. No. 46 at 9-10.

**IT IS HEREBY ORDERED THAT:**

1. The assertions by Mr. Patterson first raised in his reply brief regarding Mr. Tobias' PSLRA certification and understanding of the complaint (Dkt. No. 46 at 9-10) are struck from the record and will not be considered.

SO ORDERED:

Dated: _____     _____
                                                                              Hon. Trina L. Thompson
                                                                              United States District Judge