UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON , <br><br> Plaintiff(s), <br><br> v. <br><br> TERRAFORM LABS, PTE. LTD., et al. , <br><br> Defendant(s). | Case No. 3:22-cv-03600-TLT_____ <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br>(CIVIL LOCAL RULE 11-3) |

I, Alex Potter_____, an active member in good standing of the bar of

New York_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Movant Josh Golder_____ in the

above-entitled action. My local co-counsel in this case is Ivy T. Ngo_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 249860_____.

| | |
|---|---|
| Roche Freedman LLP | 99 Park Ave., Suite 1910, NY 10016 | Roche Freedman LLP | 1800 Century Park East, Suite 600 #2477 Los Angeles, CA 90067 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 646-350-0527 | 646-350-0527 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| apotter@rochefreedman.com | ingo@rochefreedman.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 5346333_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court \_\_\_1\_\_\_ times in the 12 months

preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 9/30/2022                              Alex Potter

5                                                                    APPLICANT

6

7

8                              ORDER GRANTING APPLICATION

9                      FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of  Alex Potter                is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:   September 29, 2022

16

17

18                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California