John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

[Additional Counsel on Signature Page.]

*Attorneys for Plaintiff Nick Patterson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similar Situated<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Hon. Trina L. Thompson |

1  Plaintiff Nick Patterson ("Plaintiff") and Defendants Jump Trading LLC, Republic Capital,
2  and Republic Maximal LLC ("Defendants"), by and through their counsel in the above-captioned
3  action, hereby stipulate:
4  WHEREAS, pursuant to the ORDER REASSIGNING CASE (ECF No. 33), a Joint Case
5  Management Conference Statement is set to be filed by the parties on or before October 14, 2022;
6  WHEREAS, this action is governed by the Private Securities Litigation Reform Act (15
7  U.S.C. §77z-1 *et seq.*), which provides that following notice to the proposed class, the court must
8  rule on the consolidation of any substantially similar actions and appoint a Lead Plaintiff and Lead
9  Counsel for prosecution of any consolidated action;
10 WHEREAS, on August 19, 2022, Plaintiff and undersigned counsel for Plaintiff, as well as
11 other movants and their counsel, filed timely motions with the Court for appointment as Lead
12 Plaintiff and Lead Counsel (*See* ECF Nos. 19, 24, 25, 28, 32);
13 WHEREAS, the hearing on the motions for appointment as Lead Plaintiff and Lead Counsel
14 is set for December 13, 2022 (*See* ECF No. 44);
15 WHEREAS, the parties agree and stipulate that, in the interests of judicial efficiency, that
16 the October 14, 2022 date to file a Joint Case Management Conference Statement be continued until
17 after the Court has appointed a Lead Plaintiff and Lead Counsel;
18 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:
19 1. The October 14, 2022 deadline to file a Joint Case Management Conference Statement
20     should be vacated and rescheduled for a date after the Court has ruled on the pending
21     motions related to the appointment of Lead Plaintiff and Lead Counsel.
22 2. Within 10 court days after the entry of any order by the Court appointing Lead Plaintiff
23     and Lead Counsel, the parties shall meet and confer and shall submit a stipulation setting
24     a date for the filing of an initial Joint Case Management Conference Statement.
25 IT IS SO STIPULATED.
26 Dated:    October 13, 2022
27
28

Respectfully submitted,

| | |
|---|---|
| **KOBRE & KIM LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| /s/ Daniel A. Zaheer | /s/ John T. Jasnoch |
| Daniel A. Zaheer (Bar ID 237118) | John T. Jasnoch (Bar ID 281605) |
| 150 California Street, 19th Floor | 600 W. Broadway, Suite 3300 |
| San Francisco, California 94111 | San Diego, CA 92101 |
| Tel.: 415 582 4751 | Tel.: 619 233 4565 |
| Fax: 415 582 4811 | Fax: 619 236 0508 |
| daniel.zaheer@kobrekim.com | jjasnoch@scott-scott.com |
| | |
| Steven W. Perlstein (appearance *pro hac vice forth coming*) | Sean T. Masson |
| Amanda N. Tuminelli (appearance *pro hac vice* forthcoming) | The Helmsley Building |
| 800 3rd St. | 230 Park Ave, 17th Floor |
| New York, NY 10022 | New York, NY 10169 |
| steven.perlstein@kobrekim.com | smasson@scott-scott.com |
| amanda.tuminelli@kobrekim.com | |
| | *Attorneys for Plaintiff Nick Patterson* |
| Erika L. Berman (appearance *pro hac vice* forthcoming) | |
| 1919 M Street NW | |
| Washington, DC 20036 | |
| erika.berman@kobrekim.com | |
| | |
| *Attorneys for Defendant Jump Trading LLC* | |

**POLSINELLI LLP**

/s/ Bryan Westhoff
Bryan Westhoff (*pro hac vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
bwestoff@polsinelli.com

*Attorneys for Defendants Republic Capital and Republic Maximal LLC*

**[PROPOSED] ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: _____, 2022

_____
HON. TRINA L. THOMPSON
United States District Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

                                           *s/ John T. Jasnoch*
                                           John T. Jasnoch

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on October 13, 2022, at San Diego, California.

                                          *s/ John T. Jasnoch*
                                          John T. Jasnoch