UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON,<br><br>    Plaintiff,<br><br>v.<br><br>TERRAFORM LABS PTE LTD., et al.,<br><br>    Defendants. | Case No. 22-cv-03600-TLT<br><br>**ORDER DENYING REQUEST TO CONTINUE DUE DATE FOR JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Re: Dkt. No. 62 |

On October 13, 2022, plaintiff Nick Patterson and defendants Jump Trading LLC, Republic Capital, and Republic Maximal LLC, filed a joint stipulation requesting to continue the date to file a joint case management conference statement until ten days after entry of the Court's order on the pending motions to appoint lead plaintiff and lead counsel. For the following reasons, the parties' request is **DENIED**.

On August 29, 2022, this Court ordered that the parties submit a joint case management conference statement on or before October 14, 2022. ECF 33. One day before the deadline to file the joint case management conference statement, plaintiff Nick Patterson and defendants Jump Trading LLC, Republic Capital, and Republic Maximal LLC requested a continuance to file the joint case management conference statement.

While the request is submitted as a stipulation, it does not include all parties to the action. In addition, the request does not comply with Civil Local Rule 6-2 regarding stipulated requests for an order changing time that would affect the deadline affixed by the Court.

The parties are hereby ordered to submit a joint case management statement or separate case management statements if cooperation is not possible on or before October 21, 2022.

**IT IS SO ORDERED.**

Dated: October 14, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge