**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
Pronouns: he/him/his
355 South Grand Avenue, Suite 2450
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim (*pro hac vice*)
Pronouns: he/him/his
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Movant Michael Tobias and*
*[Proposed] Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**MOVANT MICHAEL TOBIAS' STATEMENT OF RECENT DECISION PURSUANT TO CIVIL LOCAL RULE 7-3(d)(2)**<br><br><u>CLASS ACTION</u><br><br>Judge: Trina L. Thompson<br>Hearing: December 13, 2022<br>Time: 2:00 PM<br>Ctrm: 9 – 19th Floor (San Francisco) |

Pursuant to Civil Local Rule 7-3(d)(2), Lead Plaintiff Movant Michael Tobias ("Tobias") respectfully submits this Statement of Recent Decision in connection with his Motion for Appointment as Lead Plaintiff and Approval of Counsel (Dkt. No. 19), which is scheduled for a hearing on December 13, 2022.

Attached hereto as Exhibit 1 is a true and correct copy of a transcript of an oral order entered on October 13, 2022 in the matter *In re: Tether and Bitfinex Crypto Asset Litigation*, Case No. 1:19-cv-09236 (S.D.N.Y.), removing Roche Freedman LLP as interim class counsel. The oral order contained in the transcript relates to arguments Tobias raised in his briefing opposing movant Josh Golder's competing motion for appointment as lead plaintiff and approval of counsel. (Dkt. Nos. 37, 48).

Dated: October 17, 2022              Respectfully submitted,

                                           **THE ROSEN LAW FIRM, P.A.**

                                           */s/ Phillip Kim*
                                           Laurence M. Rosen, Esq. (SBN 219683)
                                           Pronouns: he/him/his
                                           355 South Grand Avenue, Suite 2450
                                           Los Angeles, CA 90071
                                           Telephone: (213) 785-2610
                                           Facsimile: (213) 226-4684
                                           Email: lrosen@rosenlegal.com

                                           Phillip Kim (*pro hac vice*)
                                           Pronouns: he/him/his
                                           275 Madison Avenue, 40th Floor
                                           New York, NY 10016
                                           Telephone: (212) 686-1060
                                           Facsimile: (212) 202-3827
                                           Email: pkim@rosenlegal.com

                                           *Counsel for Movant Michael Tobias and*
                                           *[Proposed] Lead Counsel for the Class*

MOVANT MICHAEL TOBIAS' STATEMENT OF RECENT DECISION PURSUANT TO CIVIL LOCAL
RULE 7-3(d)(2) – Case No. 3:22-cv-03600-TLT

**PROOF OF SERVICE**

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am a partner with The Rosen Law Firm, P.A., with offices at 275 Madison Avenue, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On October 17, 2022, I electronically filed the foregoing MOVANT MICHAEL TOBIAS' STATEMENT OF RECENT DECISION PURSUANT TO CIVIL LOCAL RULE 7-3(d)(2) with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 17, 2022.

*/s/Phillip Kim*
Phillip Kim