Colby B. Springer (SBN 214868)
cspringer@polsinelli.com
POLSINELLI LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
T:   415-248-2118
F:   415-248-2101

BRYAN M. WESTHOFF (*pro hac vice*)
bwesthoff@polsinelli.com
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
T:   312-873-2973
F:   312-819-1910

Attorneys for Defendants
REPUBLIC MAXIMAL LLC d/b/a
REPUBLIC CAPITAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**DEFENDANT REPUBLIC'S CERTIFICATE OF INTERESTED ENTITIES** |

Pursuant to Local Rule 3-15, Defendants Republic Maximal LLC d/b/a Republic Capital ("**Republic**") certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: OpenDeal Inc., Republic Maximal LLC, Republic Capital Adviser LLC, and Kendrick Nguyen.

Dated: November 7, 2022

**POLSINELLI LLP**

By: */s/ Colby B. Springer*

Colby B. Springer
**POLSINELLI LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel:    415-248-2100
Fax:   415-248-2101
Email:  cspringer@polsinelli.com

Bryan M. Westhoff (*pro hac vice*)
**POLSINELLI PC**
150 N. Riverside Place, Suite 3000
Chicago, IL 60606
Tel:    312-819-1900
Fax:   312-819-1901
Email:  bwesthoff@polsinelli.com

Attorneys for Defendants
REPUBLIC MAXIMAL LLC d/b/a/ REPUBLIC CAPITAL