Edward Normand (*pro hac vice*)
Joseph Delich (*pro hac vice*))
Alex Potter (*pro hac vice*)
Ivy T. Ngo (SBN 249860)
**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
tnormand@fnf.law
jdelich@fnf.law
apotter@fnf.law
ingo@fnf.law

*Counsel for Lead Plaintiff Movant Josh Golder and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No.: 3:22-cv-03600-TLT<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

1  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

2      PLEASE TAKE NOTICE that the law firm of Roche Freedman LLP has changed its name

3  to Freedman Normand Friedland LLP, effective immediately.  All future pleadings, memoranda,

4  correspondence, orders, etc. shall be sent to:

>  Edward Normand (*pro hac vice*)
>  Joseph Delich (*pro hac vice*)
>  Alex Potter (*pro hac vice*)
>  Ivy T. Ngo (SBN 249860)
>  **FREEDMAN NORMAND FRIEDLAND LLP**
>  99 Park Avenue, 19th Floor
>  New York, NY 10016
>  Tel: (646) 350-0527
>  Fax: (646) 392-8842
>  Email: tnormand@fnf.law
>  Email: jdelich@fnf.law
>  Email: apotter@fnf.law
>  Email: ingo@fnf.law

Dated: November 19, 2022      Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Edward Normand*
Edward Normand (*pro hac vice*)
Joseph Delich (*pro hac vice*)
Alex Potter (*pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
tnormand@fnf.law
jdelich@fnf.law
apotter@fnf.law
ingo@fnf.law

*Counsel for Lead Plaintiff Movant Josh Golder and Proposed Lead Counsel for the Class*