1  Edward Normand (*pro hac vice*)
   Joseph Delich (*pro hac vice*))
2  Alex Potter (*pro hac vice*)
   Ivy T. Ngo (SBN 249860)
3  **FREEDMAN NORMAND FRIEDLAND LLP**
   99 Park Avenue, 19th Floor
4  New York, NY 10016
   Tel.: (646) 350-0527
5  tnormand@fnf.law
   jdelich@fnf.law
6  apotter@fnf.law
   ingo@fnf.law
7
8  *Counsel for Lead Plaintiff Movant Josh Golder*
9  *and Proposed Lead Counsel for the Class*

10             **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| NICK PATTERSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No.: 3:22-cv-03600-TLT<br><br>**LEAD PLAINTIFF MOVANT JOSH GOLDER'S NOTICE OF WITHDRAWAL OF MOTION**<br><br><u>CLASS ACTION</u><br><br>Judge: Trina L. Thompson<br>Hearing: December 13, 2022<br>Time: 2:00 PM<br>Ctrm: 9 – 19th Floor (San Francisco) |

PLEASE TAKE NOTICE that Lead Plaintiff Movant Josh Golder hereby withdraws his Motion for Appointment as Lead Plaintiff (Dkt. No. 32) as he no longer wishes to serve in the role of Lead Plaintiff. Mr. Golder's withdrawal is without prejudice to remaining an absent class member and participating in a recovery, if any, in this matter.

Dated: December 7, 2022	Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Edward Normand*
Edward Normand (*pro hac vice*)
Joseph Delich (*pro hac vice)*
Alex Potter (*pro hac vice*)
Ivy T. Ngo (SBN 249860)
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: (646) 350-0527
tnormand@fnf.law
jdelich@fnf.law
apotter@fnf.law
ingo@fnf.law