1  Ramzi Abadou (SBN 222567)
2  KAHN SWICK & FOTI, LLP
   580 California Street, Suite 1200
3  San Francisco, California 94104
   Telephone: (415) 459-6900
4  Facsimile:  (504) 455-1498
   ramzi.abadou@ksfcounsel.com
5
   *Proposed Lead Counsel and Counsel*
6  *for Movant, José Luis Villasenin*

7  [Additional counsel on signature page]

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
10

11
   NICK PATTERSON, Individually and      )   Case No. 3:22-cv-03600-TLT
12 on Behalf of All Others Similarly     )
   Situated,                             )   **NOTICE OF WITHDRAWAL OF MOTION**
13                                       )   **FOR LEAD PLAINTIFF**
                         Plaintiff,      )
14                                       )   **CLASS ACTION**
                                         )
15        v.                             )
                                         )   Judge:     Hon. Trina L. Thompson
16 TERRAFORM LABS, PTE. LTD.,            )   Date:      December 13, 2022
   JUMP CRYPTO, JUMP TRADING             )   Time:      2:00 p.m.
17 LLC, REPUBLIC CAPITAL,                )   Courtroom: Courtroom 9, 19TH Floor
   REPUBLIC MAXIMAL LLC, TRIBE           )
18 CAPITAL, DEFINANCE                    )
   CAPITAL/DEFINANCE                     )
19 TECHNOLOGIES OY, GSR/GSR              )
   MARKETS LIMITED, THREE                )
20 ARROWS CAPITAL PTE. LTD.,             )
   NICHOLAS PLATIAS, and DO              )
21 KWON,                                 )
                                         )
22                                       )
                         Defendants.     )
23                                       )

24
25
26
27
28 NOTICE OF WITHDRAWAL OF MTN. FOR LEAD                    CASE NO. 3:22-cv-03600-TLT
   PLAINTIFF

On August 19, 2022, José Luis Villasenin filed a lead plaintiff motion pursuant to the Private Securities Litigation Reform Act of 1995. *See* ECF No. 24. Having further reviewed the other filings made in this Action, Mr. Villasenin hereby withdraws his motion. This withdrawal shall have no effect on, and is without prejudice to, Mr. Villasenin's status as a member of the putative class, including his right to share in any recovery from the resolution of this litigation through settlement, judgment or otherwise.

Dated: December 12, 2022

Respectfully submitted,

**KAHN SWICK & FOTI, LLP**

By:   *s/ Ramzi Abadou*
Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

Lewis S. Kahn
(to be admitted *pro hac vice*)
Alexander L. Burns
(to be admitted *pro hac vice*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com

*Proposed Lead Counsel and Counsel for Movant, José Luis Villasenin*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                  *s/ Ramzi Abadou*
                                                  RAMZI ABADOU

# Mailing Information for a Case 3:22-cv-03600-TLT Patterson v. TerraForm Labs Pte Ltd. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,Ashley.Errington@ksfcounsel.com

- **Joseph Delich**
  jdelich@fnf.law

- **Melissa Ann Fortunato**
  fortunato@bespc.com,ecf@bespc.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,scott-scott@ecf.courtdrive.com,scaesar@scott-scott.com,mwaligurski@scott-scott.com,edewan@scott-scott.com,mchadwick@scott-scott.com

- **Phillip C Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Sean T. Masson**
  smasson@scott-scott.com

- **Ivy T. Ngo**
  ingo@fnf.law,ingo@ecf.courtdrive.com,ECF_Notifications@rochefreedman.com

- **Edward J. Normand**
  tnormand@fnf.law,akaradjas@fnf.law,tnormand@ecf.courtdrive.com

- **Marion Curry Passmore**
  passmore@bespc.com,ecf@bespc.com

- **Alex Potter**
  apotter@fnf.law

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Colby Brian Springer**
  cspringer@polsinelli.com,sfdocketing@polsinelli.com,sildocketing@polsinelli.com,catherine-schmitz-7536@ecf.pacerpro.com,caschmitz@polsinelli.com

- **Bryan Westhoff**
  bwesthoff@polsinelli.com,ckeyes@polsinelli.com

- **Daniel Amon Zaheer**
  daniel.zaheer@kobrekim.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`