John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
jjasnoch@scott-scott.com

[Additional Counsel on Signature Page.]

*Attorneys for Movant Nick Patterson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/ DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600 (TLT)<br><br>**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:          December 13, 2022<br>Time:         2:00 p.m.<br>Courtroom.:  San Francisco Courthouse<br>                     Courtroom 9, 19 Floor<br>Judge:        Hon. Trina L. Thompson |

1 **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that on August 19, 2022, Nick Patterson ("Movant") filed a motion for appointment of lead plaintiff and counsel pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995. ECF No. 25.

     Movant hereby gives notice that he no longer opposes (ECF No. 42) the still pending motion to appoint a lead plaintiff in the action. *See* ECF No. 19. This notice of non-opposition shall have no impact on Movant's membership in the putative class, his right to share in any recovery obtained for the benefit of the class members, and/or his ability to serve as a representative party should the need arise.

DATED: December 12, 2022     **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

     *s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
jjasnoch@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Sean T. Masson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
smasson@scott-scott.com

*Attorneys for Movant Nick Patterson*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on December 12, 2022, at San Diego, California.

                              *s/ John T. Jasnoch*
                              JOHN T. JASNOCH (CA 281605)