**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>**LEAD PLAINTIFF'S MOTION FOR EXTENSION OF TIME REGARDING SERVICE AND RESPONDING TO THE COMPLAINT**<br><br><u>CLASS ACTION</u><br><br><u>JURY TRIAL DEMANDED</u> |

Pursuant to Local Rule 6-3, Lead Plaintiff Michael Tobias, by Court-appointed Lead Counsel, The Rosen Law Firm, P.A., hereby moves this Court, the Honorable Trina L. Thompson, United States District Court Judge, for an Order, as follows:

1. Lead Plaintiff shall file his amended complaint (or designate an operative pleading) ("Complaint") by February 23, 2023.
2. Defendants shall answer or otherwise respond to the Complaint by April 24, 2023.
3. If any Defendant moves to dismiss the Complaint, Lead Plaintiff shall oppose their motion(s) by June 26, 2023, and Defendants may file reply briefs in further support of their motion(s) to dismiss by July 26, 2023.

In support of this Motion, Lead Plaintiff has included a Declaration of Laurence M. Rosen in Support of the Motion for Extension of Time Regarding Service and Responding to the Complaint, and a [Proposed] Order Extending Time for Service and Responding to the Complaint. Plaintiff has conferred about this request with counsel for Defendants Jump Crypto, Jump Trading, Republic Maximal LLC and Republic Capital. Those Defendants do not oppose this motion. On January 11, 2023, counsel for Defendants TerraForm Labs PTE, Ltd. ("TerraForm") and Do Kwon ("Kwon") agreed to accept service of the complaint on behalf of TerraForm and Kwon, reserving all defenses except as to adequacy of service of process. Defendants TerraForm and Kwon do not consent to the extension Lead Plaintiff seeks, but will not file an opposition.

Dated: January 11, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 11, 2023, I electronically filed the foregoing **Motion for Extension of Time Regarding Service and Responding to the Complaint** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel counsel of record.

*/s/ Laurence M. Rosen*
Laurence M. Rosen