**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION FOR EXTENSION OF TIME REGARDING SERVICE AND RESPONDING TO THE COMPLAINT**<br><br><u>CLASS ACTION</u><br><br><u>JURY TRIAL DEMANDED</u> |

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF THE MOTION FOR EXTENSION OF TIME
REGARDING SERVICE AND RESPONDING TO THE COMPLAINT
22-cv-03600-TLT

I, Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., and Court-appointed Lead Counsel to Court-appointed Lead Plaintiff, Michael Tobias. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. The purpose of Plaintiff's Motion for Extension of Time Regarding Service and Responding to the Complaint (the "Motion") is to allow sufficient time for Lead Counsel to complete an investigation and file an amended complaint. Lead Counsel did not file the complaint in this action. In addition, the Motion will allow Lead Counsel sufficient time to complete service of process upon the Defendants. Several Defendants appear to be in foreign countries, requiring service under the Hague Service Convention or other means reasonably calculated to give notice. Moreover, the Motion will allow the Defendants to adopt the same litigation schedule.

3. Defendants who have appeared in the case consent to the requested schedule.

4. On January 11, 2023, counsel for Defendants TerraForm Labs Pte. Ltd. ("TerraForm") and Individual Defendant Do Kwon ("Kwon") agreed to accept service on behalf of those Defendants, reserving all defenses except as to adequacy of service of process. Counsel for Defendants TerraForm and Kwon do not consent to the extension Lead Plaintiff requests, but inform that they will not file an opposition.

5. The Court granted previous Stipulations and [Proposed] Orders suspending the Defendants' obligations to respond to the existing complaint in the action, to prevent unnecessary motion practice and conserve judicial resources for the eventual consolidated amended complaint (Dkt. Nos. 16, 17).

6. Since, among other reasons, this is an action governed by the Private Securities Litigation Reform Act ("PSRLA"), 15 U.S.C. §78u-4, the Stipulation will have no material effect on the case schedule beyond the dates set forth in the Stipulation.

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States that the foregoing is true and correct.
3  Executed this eleventh day of January 2023.

/s/ *Laurence M. Rosen*
Laurence M. Rosen

## PROOF OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 11, 2023, I electronically filed the foregoing **Declaration of Laurence M. Rosen in Support of the Motion for Extension of Time Regarding Service and Responding to the Complaint** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel counsel of record.

/s/ Laurence M. Rosen
Laurence M. Rosen