JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213.623.9300
Facsimile:  213.623.9924

DOUGLAS HENKIN (*Pro Hac Vice Pending*)
douglas.henkin@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212.768.6700
Facsimile:  212.768.6800

Attorneys for Defendants
TERRAFORM LABS, PTE. LTD. and
DO KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**NOTICE OF APPEARANCES** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their appearance on behalf of Defendants TERRAFORM LABS, PTE. LTD. and DO KWON. in the above-referenced action:

>JOEL D. SIEGEL (SBN 155581)
>joel.siegel@dentons.com
>JUDITH SHOPHET SIDKOFF (SBN 267048)
>judith.sidkoff@dentons.com
>ANDREW M. PENDEXTER (SBN 310752)
>andrew.pendexter@dentons.com
>**DENTONS US LLP**
>601 South Figueroa Street, Suite 2500
>Los Angeles, CA  90017
>Telephone: (213) 623-9300
>Facsimile:  (213) 623-9924

All above-listed attorneys are licensed to practice law in the State of California, are members in good standing of the California State Bar, and are admitted to practice before the United States District Court of the Northern District of California.

Dated:  January 13, 2023

DENTONS US LLP
JOEL D. SIEGEL
JUDITH SHOPHET SIDKOFF
ANDREW M. PENDEXTER


By:  /s/ Joel D. Siegel
      Joel D. Siegel

Attorneys for Defendants
TERRAFORM LABS, PTE. LTD. and
DO KWON

123011658