**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF THE COMPLAINT AS TO DEFENDANTS TERRAFORM LABS, PTE. LTD., AND DO KWON**<br><br><u>CLASS ACTION</u><br><br><u>JURY TRIAL DEMANDED</u> |

WHEREAS, the above-captioned action (the "Action") alleges violations of, *inter alia*, the federal securities laws;

WHEREAS, the Private Securities Litigation Reform Act ("PSRLA"), 15 U.S.C. §78u-4 applies to the Action;

WHEREAS, on December 13, 2022, the Court entered an Order appointing Michael Tobias as Lead Plaintiff and approving Lead Plaintiff's selection of Laurence M. Rosen, Esq. of The Rosen Law Firm, P.A. as Lead Counsel (Dkt. No. 73);

WHEREAS, on January 11, 2023, counsel for Defendants Terraform Labs, PTE. LTD. ("Terraform Labs"), and Do Kwon informed Lead Plaintiff that counsel was authorized to accept service of process as to Defendants Terraform Labs, and Do Kwon, subject to a reservation of all defenses except as to the adequacy of service of process;

WHEREAS, on January 13, 2023, Lead Plaintiff filed an Amended Class Action Complaint (Dkt. No. 88);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Defendants Terraform Labs and Do Kwon accept service of process in the Action, reserving all defenses except as to the adequacy of service of process.

2. Defendants Terraform Labs and Do Kwon will respond to the Amended Class Action Complaint (Dkt. No. 88) on the schedule set by the Court.

Stipulated and agreed to on this seventeenth day of January 2023 by:

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

|   |   |
|---|---|
| 1 | **DENTONS US LLP** |
| 2 | /s/ Joel D. Siegel |
|   | Joel D. Siegel (SBN 155581) |
| 3 | joel.siegel@dentons.com |
|   | Judith Shophet Sidkoff (SBN 267048) |
| 4 | judith.sidkoff@dentons.com |
|   | Andrew W. Pendexter (SBN 310752) |
| 5 | andrew.pendexter@dentons.com |
|   | DENTONS US LLP |
| 6 | 601 South Figueroa Street, Suite 2500 |
|   | Los Angeles, CA 90017 |
| 7 | Telephone: (213) 623-9300 |
| 8 | Facsimile: (213) 623-9924 |

Douglas W. Henkin
(*pro hac vice pending*)
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
douglas.henkin@dentons.com

*Counsel for Defendants Terraform Labs Pte. Ltd., and Do Kwon*

Pursuant to Civil L.R. 5-1(h)(3), all signatories concur in filing this Stipulation.

Dated: January 17, 2023        /s/ Laurence M. Rosen
                               Laurence M. Rosen

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____, 2023    _____

                                THE HONORABLE TRINA L. THOMPSON