**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME FOR SERVICE AND RESPONDING TO THE COMPLAINT<br><br><u>CLASS ACTION</u><br><br><u>JURY TRIAL DEMANDED</u> |

[PROPOSED] ORDER EXTENDING TIME FOR SERVICE AND RESPONDING TO THE COMPLAINT
22-cv-03600-TLT

The Court, having considered Plaintiff's Motion for Extension of Time Regarding Service and Responding to the Complaint (the "Motion"), and good cause appearing therefore, it is hereby ordered:

1. Lead Plaintiff shall file his amended complaint (or designate an operative pleading) ("Complaint") by February 23, 2023.
2. Defendants shall answer or otherwise respond to the Complaint by April 24, 2023.
3. If any Defendant moves to dismiss the Complaint, Lead Plaintiff shall oppose their motion(s) by June 26, 2023, and Defendants may file reply briefs in further support of their motion(s) to dismiss by July 26, 2023.

Dated: _____January 18_____, 2023         _____
                                              THE HONORABLE TRINA L. THOMPSON