UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Nick Patterson                    ,

Plaintiff(s),

v.

Terraform Labs, PTE. LTD.     ,

Defendant(s).

Case No. 3:22-cv-03600-TLT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Douglas Henkin , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Terraform Labs Pte. Ltd. in the above-entitled action. My local co-counsel in this case is Joel D. Siegel , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 155581 .

1221 Ave. of the Americas, NY, NY 10020

MY ADDRESS OF RECORD

212-768-6832

MY TELEPHONE # OF RECORD

douglas.henkin@dentons.com

MY EMAIL ADDRESS OF RECORD

601 S Figueroa Street, #2500 LA, CA 90017

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 892-5050

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

joel.siegel@dentons.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2531648 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: January 12, 2023                        Douglas Henkin
                                            APPLICANT

## ORDER GRANTING APPLICATION

## FOR ADMISSION OF ATTORNEY PRO HAC VICE

       IT IS HEREBY ORDERED THAT the application of <u>Douglas Henkin</u> is

granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

counsel designated in the application will constitute notice to the party.

Dated: January 18, 2023

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE