JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213.623.9300
Facsimile: 213.623.9924

DOUGLAS HENKIN (*Admitted Pro Hac Vice*)
douglas.henkin@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212.768.6700
Facsimile: 212.768.6800

STEPHEN J. SENDEROWITZ (*Admitted Pro Hac Vice*)
stephen.senderowitz@dentons.com
DENTONS US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606-6361
Telephone: 312.876.8141
Facsimile: 312.876.7934

Attorneys for Defendant
**TERRAFORM LABS, PTE. LTD.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| CASE NO. 3:22-CV-03600 | DEFENDANT TERRAFORM LABS, PTE. LTD. CERTIFICATION OF INTERESTED ENTITIES, ETC. |

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**DEFENDANT TERRAFORM LABS, PTE. LTD.'S**<br><br>**(1) CORPORATE DISCLOSURE STATEMENT; AND**<br><br>**(2) CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>**[Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15]** |

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Defendant Terraform Labs, Pte. Ltd. ("TFL"), by and through its counsel of record, hereby declares and certifies that TFL has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: January 20, 2023

DENTONS US LLP
JOEL D. SIEGEL
JUDITH SHOPHET SIDKOFF
ANDREW M. PENDEXTER
DOUGLAS HENKIN
STEPHEN J. SENDEROWITZ

By: /s/ Joel D. Siegel
       Joel D. Siegel

Attorneys for Defendants
TERRAFORM LABS, PTE. LTD. and DO KWON

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

CASE NO. 3:22-CV-03600

- 2 -

DEFENDANT TERRAFORM LABS, PTE. LTD. CERTIFICATION OF INTERESTED ENTITIES, ETC.