UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Patterson                                  ,

         Plaintiff(s),

    v.

Terraform Labs Pte. Ltd. et al      ,

        Defendant(s).

Case No. 3:22-cv-03600-TLT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Tapan R. Oza_____, an active member in good standing of the bar of the State of New York_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Jump Trading LLC_____ in the above-entitled action. My local co-counsel in this case is Daniel A. Zaheer_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 237118_____.

800 3rd Avenue, New York, NY 10022
MY ADDRESS OF RECORD

212-488-1200
MY TELEPHONE # OF RECORD

tapan.oza@kobrekim.com
MY EMAIL ADDRESS OF RECORD

150 California St, San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-582-4800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

daniel.zaheer@kobrekim.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5522958_____.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: __March 16, 2023__                                    Tapan R. Oza
                                                                        APPLICANT
5

6

7

8                                   ORDER GRANTING APPLICATION

9                         FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _Tapan R. Oza_____ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____

16

17                                            _____

18                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                                2



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Tapan Rajen Oza

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **May 3, 2017,** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on March 9, 2023.*

*Clerk of the Court*

*CertID-00108468*