UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Patterson                                  ,

Plaintiff(s),

v.

Terraform Labs Pte. Ltd. et al        ,

Defendant(s).

Case No. 3:22-cv-03600-TLT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Leif T. Simonson          , an active member in good standing of the bar of the State of New York          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Jump Trading LLC          in the above-entitled action. My local co-counsel in this case is Daniel A. Zaheer          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 237118          .

| 800 3rd Avenue, New York, NY 10022 | 150 California St, San Francisco, CA 94111 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212-488-1200 | 415-582-4800 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| leif.simonson@kobrekim.com | daniel.zaheer@kobrekim.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4173316          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: March 16, 2023                                    Leif T. Simonson
                                                              APPLICANT

5

6

7

8                              ORDER GRANTING APPLICATION

9                      FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Leif T. Simonson           is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated:    March 16, 2023

16

17

18                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California