1  JOEL D. SIEGEL (SBN 155581)
   joel.siegel@dentons.com
2  JUDITH SHOPHET SIDKOFF (SBN 267048)
   judith.sidkoff@dentons.com
3  ANDREW M. PENDEXTER (SBN 310752)
   andrew.pendexter@dentons.com
4  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
5  Los Angeles, CA  90017-5704
   Telephone: 213.623.9300
6  Facsimile:  213.623.9924

7  DOUGLAS HENKIN (*Admitted Pro Hac Vice*)
   douglas.henkin@dentons.com
8  DENTONS US LLP
   1221 Avenue of the Americas
9  New York, NY 10020-1089
   Telephone: 212.768.6700
10 Facsimile:  212.768.6800

11 STEPHEN J. SENDEROWITZ (*Admitted Pro Hac Vice*)
   stephen.senderowitz@dentons.com
12 DENTONS US LLP
   233 S. Wacker Dr., Suite 5900
13 Chicago, IL 60606-6361
   Telephone: 312.876.8141
14 Facsimile:  312.876.7934

15 Attorneys for Defendant
   **TERRAFORM LABS, PTE. LTD.**
16
                        UNITED STATES DISTRICT COURT
17
                     NORTHERN DISTRICT OF CALIFORNIA
18
                          SAN FRANCISCO DIVISION
19
20 NICK PATTERSON, Individually and on Behalf          Case No. 3:22-cv-03600-TLT
   of All Others Similarly Situated,
21
                Plaintiffs,
22
          v.                                            **STIPULATION AND PROPOSED
                                                        ORDER REGARDING BRIEFING
23 TERRAFORM LABS, PTE. LTD., JUMP                      SCHEDULE**
   CRYPTO, JUMP TRADING LLC, REPUBLIC
24 CAPITAL, REPUBLIC MAXIMAL LLC,
   TRIBE CAPITAL, DEFINANCE
25 CAPITAL/DEFINANCE TECHNOLOGIES OY,
   GSR/GSR MARKETS LIMITED, THREE
26 ARROWS CAPITAL PTE. LTD., NICHOLAS
   PLATIAS, AND DO KWON,
27
                Defendants.
28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA  90017-5704
213 623 9300

1    Pursuant to Northern District of California Local Rules 7-1 and 7-12, Lead Plaintiff Michael

2  Tobias, Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon, and Defendant Jump Trading

3  LLC, by and through their respective counsel, hereby stipulate to slightly modify the briefing

4  schedule set by the Court in its January 18, 2023 order (Dkt. 91), as follows:

5       1. Defendants shall answer or otherwise respond to the Second Amended Complaint by

6       May 2, 2023.

7       2. If any Defendant moves to dismiss the Second Amended Complaint, Lead Plaintiff shall

8       oppose their motion(s) by July 7, 2023, and Defendants may file reply briefs in further

9       support of their motion(s) to dismiss by August 2, 2023.

10

11  Dated:  April 20, 2023              THE ROSEN LAW FIRM, P.A.
                                       LAURENCE M. ROSEN, ESQUIRE

12                                     BY:  /s/ Laurence Rosen
                                            Laurence Rosen
13

14                                     ATTORNEYS FOR LEAD PLAINTIFF

15

16  Dated:  April 20, 2023              DENTONS US LLP
                                       JOEL D. SIEGEL
                                       JUDITH SHOPHET SIDKOFF
17                                     ANDREW M. PENDEXTER
                                       DOUGLAS HENKIN
18                                     STEPHEN J. SENDEROWITZ

19

20                                     By:  /s/ Andrew Pendexter
                                            Andrew Pendexter
21
                                       Attorneys for Defendants
22                                     TERRAFORM LABS, PTE. LTD. and
                                       DO KWON

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

Dated:  April 20, 2023

KOBRE & KIM LLP
JONATHAN D. COGAN
STEVEN W. PERLSTEIN
DANIEL A. ZAHEER
ERIKA L. BERMAN


By: _/s/ Jonathan D. Cogan_
         Jonathan D. Cogan

Attorneys for Defendant
JUMP TRADING LLC

Pursuant to Local Rule 5-1(h)(3), all signatories concur in filing this Stipulation.

Dated: April 20, 2023          _/s/ Andrew Pendexter
                                         Andrew Pendexter

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____          _____
                                          THE HONORABLE TRINA L. THOMPSON
                                          JUDGE, UNITED STATES DISTRICT COURT

123588710

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

CASE NO. 3:22-CV-03600

STIPULATION REGARDING BRIEFING
SCHEDULE