UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., et al.,<br><br>Defendant(s). | Case No. __22-cv-03600-TLT__<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, __Michael A. Cohen__, an active member in good standing of the bar of __Commonwealth of Pennsylvania__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Michael Tobias__ in the above-entitled action. My local co-counsel in this case is __Laurence M. Rosen__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __SBN 219683__.

| | |
|---|---|
| The Rosen Law Firm, P.A.<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>MY ADDRESS OF RECORD | The Rosen Law Firm, P.A.<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212-686-1060<br>MY TELEPHONE # OF RECORD | 213-785-2610<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mcohen@rosenlegal.com<br>MY EMAIL ADDRESS OF RECORD | lrosen@rosenlegal.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __5320221__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __April 20, 2023__     __/s/ Michael A. Cohen__
                                           APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Michael A. Cohen__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __April 20, 2023__

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE