JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
JUDITH SHOPHET SIDKOFF (SBN 267048)
judith.sidkoff@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704
Telephone: 213.623.9300
Facsimile:  213.623.9924

DOUGLAS HENKIN (*Admitted Pro Hac Vice*)
douglas.henkin@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212.768.6700
Facsimile:  212.768.6800

STEPHEN J. SENDEROWITZ (*Admitted Pro Hac Vice*)
stephen.senderowitz@dentons.com
DENTONS US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606-6361
Telephone: 312.876.8141
Facsimile:  312.876.7934

Attorneys for Defendant
**TERRAFORM LABS, PTE. LTD.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER REGARDING BRIEFING SCHEDULE** |

1    Pursuant to Northern District of California Local Rules 7-1 and 7-12, Lead Plaintiff Michael
2    Tobias, Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon, and Defendant Jump Trading
3    LLC, by and through their respective counsel, hereby stipulate to slightly modify the briefing
4    schedule set by the Court in its January 18, 2023 order (Dkt. 91), as follows:

5    1. Defendants shall answer or otherwise respond to the Second Amended Complaint by
6    May 2, 2023.

7    2. If any Defendant moves to dismiss the Second Amended Complaint, Lead Plaintiff shall
8    oppose their motion(s) by July 7, 2023, and Defendants may file reply briefs in further
9    support of their motion(s) to dismiss by August 2, 2023.

Dated: April 20, 2023

THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN, ESQUIRE

BY:  /s/ Laurence Rosen
       Laurence Rosen

ATTORNEYS FOR LEAD PLAINTIFF

Dated: April 20, 2023

DENTONS US LLP
JOEL D. SIEGEL
JUDITH SHOPHET SIDKOFF
ANDREW M. PENDEXTER
DOUGLAS HENKIN
STEPHEN J. SENDEROWITZ

By:  /s/ Andrew Pendexter
       Andrew Pendexter

Attorneys for Defendants
TERRAFORM LABS, PTE. LTD. and
DO KWON

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

| | |
|---|---|
| Dated: April 20, 2023 | KOBRE & KIM LLP<br>JONATHAN D. COGAN<br>STEVEN W. PERLSTEIN<br>DANIEL A. ZAHEER<br>ERIKA L. BERMAN |
| | By: /s/ Jonathan D. Cogan<br>Jonathan D. Cogan |
| | Attorneys for Defendant<br>JUMP TRADING LLC |

Pursuant to Local Rule 5-1(h)(3), all signatories concur in filing this Stipulation.

Dated: April 20, 2023              /s/ Andrew Pendexter
                                               Andrew Pendexter

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: April 21, 2023              _____
                                               THE HONORABLE TRINA L. THOMPSON
                                               JUDGE, UNITED STATES DISTRICT COURT

123588710

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300