JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213.623.9300
Facsimile: 213.623.9924

DOUGLAS HENKIN (*Admitted Pro Hac Vice*)
douglas.henkin@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212.768.6700
Facsimile: 212.768.6800

STEPHEN J. SENDEROWITZ (*Admitted Pro Hac Vice*)
stephen.senderowitz@dentons.com
DENTONS US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606-6361
Telephone: 312.876.8141
Facsimile: 312.876.7934

Attorneys for Defendant
**TERRAFORM LABS, PTE. LTD.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**DEFENDANTS TFL AND KWON'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEFING IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES** |

Pursuant to Northern District of California Local Rules 7-4(b) and 7-11, Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon, by and through their respective counsel, respectfully request leave to file briefing in excess of the 25-page limit imposed by Local Rule 7-2(b) and Local Rule 7-4(b).

TFL and Mr. Kwon intend to file an omnibus motion to compel arbitration and/or motion to dismiss. The omnibus motion (1) will seek dismissal of the Amended Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2); (2) will seek to strike the Second Amended Complaint's class allegations and compel Mr. Tobias's claims to arbitration pursuant to the Federal Arbitration Act ("FAA") and the Court's inherent power in the event the Court should find personal jurisdiction; and (3) in the alternative, dismiss any remaining claims for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). The excess pages are necessary in order to address both the arbitration issue and the fact that Lead Plaintiff has alleged complicated securities claims, RICO claims, and state law claims in his 89-page Second Amended Complaint. In addition, the Second Amended Complaint incorporates by reference the SEC's 55-page Complaint from the Southern District of New York, which will also need to be addressed in the omnibus motion. *See* Dkt. 102 at 3; Dkt. 102-1.

Pursuant to Local Rules 7-11(a) and 7-12, attached as Exhibit A is a stipulation signed by counsel for Lead Plaintiff, TFL and Mr. Kwon, and Defendant Jump Trading LLC, stipulating to the following briefing page limits:

- TFL and Mr. Kwon's memorandum of law in support of their omnibus motion shall not exceed 60 pages.

- Lead Plaintiff's memorandum of law in response to TFL and Mr. Kwon's omnibus motion shall not exceed 60 pages.

- TFL and Mr. Kwon's reply memorandum of law in support of their omnibus motion shall not exceed 30 pages.

WHEREFORE, Defendants Terraform Labs, Pte. Ltd. and Do Kwon, respectfully request that the Court approve the stipulated briefing page limits, and for all other appropriate relief.

| | |
|---|---|
| Dated: April 28, 2023 | DENTONS US LLP<br>JOEL D. SIEGEL<br>ANDREW M. PENDEXTER<br>DOUGLAS HENKIN<br>STEPHEN J. SENDEROWITZ |
| | By: /s/ Andrew M. Pendexter<br>       Andrew M. Pendexter |
| | Attorneys for Defendants<br>TERRAFORM LABS, PTE. LTD. and<br>DO KWON |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

CASE NO. 3:22-CV-03600

- 3 -

ADMINISTRATIVE MOTION FOR LEAVE
TO FILE BRIEFING IN EXCESS OF PAGE
LIMIT SET FORTH IN LOCAL RULES