<span style="color:red">**EXHIBIT A**</span>

1  JOEL D. SIEGEL (SBN 155581)
   joel.siegel@dentons.com
2  ANDREW M. PENDEXTER (SBN 310752)
   andrew.pendexter@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, CA  90017-5704
   Telephone: 213.623.9300
5  Facsimile:  213.623.9924

6  DOUGLAS HENKIN (*Admitted Pro Hac Vice*)
   douglas.henkin@dentons.com
7  DENTONS US LLP
   1221 Avenue of the Americas
8  New York, NY 10020-1089
   Telephone: 212.768.6700
9  Facsimile:  212.768.6800

10 STEPHEN J. SENDEROWITZ (*Admitted Pro Hac Vice*)
   stephen.senderowitz@dentons.com
11 DENTONS US LLP
   233 S. Wacker Dr., Suite 5900
12 Chicago, IL 60606-6361
   Telephone: 312.876.8141
13 Facsimile:  312.876.7934

14 Attorneys for Defendant
   **TERRAFORM LABS, PTE. LTD.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES** |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

Pursuant to Northern District of California Local Rules 7-4(b) and 7-12, Lead Plaintiff Michael Tobias, Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon, and Defendant Jump Trading LLC, by and through their respective counsel, hereby stipulate to modify the page limits imposed by Local Rule 7-2(b) and 7-4(b) for TFL and Mr. Kwon's omnibus response to the Second Amended Complaint (which will comprise of requests to compel arbitration and/or dismiss), as follows:

- TFL and Mr. Kwon's memorandum of law in support of their omnibus motion shall not exceed 60 pages.

- Lead Plaintiff's memorandum of law in response to TFL and Mr. Kwon's omnibus motion shall not exceed 60 pages.

- TFL and Mr. Kwon's reply memorandum of law in support of their omnibus motion shall not exceed 30 pages.

WHEREFORE, Lead Plaintiff Michael Tobias, Defendants Terraform Labs, Pte. Ltd. and Do Kwon, Defendant Jump Trading LLC, respectfully request the Court approve the page limits identified above for the briefing on TFL and Mr. Kwon's upcoming omnibus motion to compel arbitration/motion to dismiss, and for all other appropriate relief.

| | | |
|---|---|---|
| 1 | Dated:  April 28, 2023 | THE ROSEN LAW FIRM, P.A. |
| 2 | | LAURENCE M. ROSEN, ESQUIRE |
| 3 | | BY:  /s/ Laurence Rosen |
| | | Laurence Rosen |

ATTORNEYS FOR LEAD PLAINTIFF

Dated:  April 28, 2023

DENTONS US LLP
JOEL D. SIEGEL
ANDREW M. PENDEXTER
DOUGLAS HENKIN
STEPHEN J. SENDEROWITZ

By:  /s/ Andrew Pendexter
Andrew Pendexter

Attorneys for Defendants
TERRAFORM LABS, PTE. LTD. and
DO KWON

Dated:  April 28, 2023

KOBRE & KIM LLP
JONATHAN D. COGAN
STEVEN W. PERLSTEIN
DANIEL A. ZAHEER
ERIKA L. BERMAN

By:  /s/ Erika L. Berman
Erika L. Berman

Attorneys for Defendant
JUMP TRADING LLC

Pursuant to Local Rule 5-1(h)(3), all signatories concur in filing this Stipulation.

Dated: April 28, 2023                 /s/ Andrew Pendexter
                                       Andrew Pendexter

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____           _____
                              THE HONORABLE TRINA L. THOMPSON
                              JUDGE, UNITED STATES DISTRICT COURT

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300