JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213.623.9300
Facsimile: 213.623.9924

DOUGLAS HENKIN (*Admitted Pro Hac Vice*)
douglas.henkin@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212.768.6700
Facsimile: 212.768.6800

STEPHEN J. SENDEROWITZ (*Admitted Pro Hac Vice*)
stephen.senderowitz@dentons.com
DENTONS US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606-6361
Telephone: 312.876.8141
Facsimile: 312.876.7934

Attorneys for Defendant
**TERRAFORM LABS, PTE. LTD.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**[PROPOSED] ORDER GRANTING TFL AND KWON'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEFING IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES** |

This matter is before the Court on Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon's motion to file briefing on their omnibus motion to compel arbitration/motion to dismiss in excess of the page limits imposed by Local Rule 7-2(b) and Local Rule 7-4(b).

Being duly advised, the Court hereby **GRANTS** said motion, and orders the following relief:

- TFL and Mr. Kwon's memorandum of law in support of their omnibus motion shall not exceed 60 pages.

- Lead Plaintiff's memorandum of law in response to TFL and Mr. Kwon's omnibus motion shall not exceed 60 pages.

- TFL and Mr. Kwon's reply memorandum of law in support of their omnibus motion shall not exceed 30 pages.

**SO ORDERED**.

Date: _____        _____
                          THE HONORABLE TRINA L. THOMPSON
                          JUDGE, UNITED STATES DISTRICT COURT

CASE NO. 3:22-CV-03600              [PROPOSED] ORDER ON ADMINISTRATIVE
         - 2 -                      MOTION FOR LEAVE TO FILE BRIEFING IN
                                    EXCESS OF PAGE LIMIT SET FORTH IN
                                    LOCAL RULES