JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213.623.9300
Facsimile: 213.623.9924

DOUGLAS HENKIN (*Admitted Pro Hac Vice*)
douglas.henkin@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212.768.6700
Facsimile: 212.768.6800

STEPHEN J. SENDEROWITZ (*Admitted Pro Hac Vice*)
stephen.senderowitz@dentons.com
DENTONS US LLP
233 S. Wacker Dr., Suite 5900
Chicago, IL 60606-6361
Telephone: 312.876.8141
Facsimile: 312.876.7934

Attorneys for Defendant
**TERRAFORM LABS, PTE. LTD.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>[PROPOSED] **ORDER GRANTING TFL AND KWON'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEFING IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES**<br>**AS MODIFIED** |

This matter is before the Court on Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon's motion to file briefing on their omnibus motion to compel arbitration/motion to dismiss in excess of the page limits imposed by Local Rule 7-2(b) and Local Rule 7-4(b).

Being duly advised, the Court hereby **GRANTS** said motion, and orders the following relief:

- TFL and Mr. Kwon's memorandum of law in support of their omnibus motion shall not exceed ~~60 pages.~~ 30 pages.

- Lead Plaintiff's memorandum of law in response to TFL and Mr. Kwon's omnibus motion shall not exceed ~~60 pages.~~ 30 pages.

- TFL and Mr. Kwon's reply memorandum of law in support of their omnibus motion shall not exceed ~~30 pages.~~ 15 pages.

**SO ORDERED**.

Date: May 2, 2023

_____
THE HONORABLE TRINA L. THOMPSON
JUDGE, UNITED STATES DISTRICT COURT

CASE NO. 3:22-CV-03600

- 2 -

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEFING IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300