**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and On Behalf of All Others Similar Situated<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION**<br><br>Hon. Trina L. Thompson<br>Hearing Date: September 19, 2023 at 2:00 p.m. |

Upon consideration of Defendant Jump Trading, LLC's Motion to Compel Arbitration or Stay Pending Resolution of Arbitration Proceedings and the memorandum of points and authorities, any responses to the Motion and further reply in support of the Motion, the pleadings on file in this action, all matters upon which this Court may take judicial notice, and other such argument as has been heard by the Court, **IT IS ORDERED THAT**:

1.       Jump Trading, LLC's Motion to Compel Arbitration is **GRANTED** and Plaintiffs are compelled to arbitrate their claims against Jump Trading, LLC; and

2.       This case, and any remaining claims against Jump Trading, LLC, are **STAYED** pending the resolution of the arbitration; and

3.       The party or parties prevailing in the arbitration are directed to file a notice by ECF on this docket within thirty days following the entry of a final arbitral award.


Dated:   _____          _____

Hon. Trina L. Thompson
United States District Judge