1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

NICK PATTERSON, Individually and On Behalf of All Others Similar Situated

Plaintiff,

v.

TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS and DO KWON,

Defendants.

Case No. 3:22-cv-03600-TLT

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Hon. Trina L. Thompson
Hearing Date: September 19, 2023 at 2:00pm

Upon consideration of Defendant Jump Trading, LLC's Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, the pleadings on file in this action, all matters upon which this Court may take judicial notice, and other such argument as has been heard by the Court, and upon good cause showing, the Court hereby:

**GRANTS** Jump Trading, LLC's Motion to Dismiss Plaintiffs' Second Amended Complaint as to Jump Trading, LLC **WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

**IT IS HEREBY ORDERD THAT**:

1.    Plaintiffs' first cause of action for misrepresentations and omissions in violation of § 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5(b) promulgated thereunder, 17 C.F.R. § 240.10b-5(b), is dismissed as to Jump Trading, LLC pursuant to Fed. R. Civ P. 12(b)(6) for failure to state a claim;

2.    Plaintiffs' second cause of action for fraud in violation of Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and SEC Rule 10b-5(a) and (c) promulgated thereunder is dismissed as to Jump Trading, LLC pursuant to Fed. R. Civ P. 12(b)(6) for failure to state a claim;

3.   Plaintiffs' third cause of action for conduct as a "control person" in violation of § 20(a) of the Exchange Act, 15 U.S.C. § 78(t), is dismissed as to Jump Trading, LLC pursuant to Fed. R. Civ P. 12(b)(6) for failure to state a claim;

4.   Plaintiffs' fifth cause of action for conduct as a "control person" in violation of § 15 of the Securities Act, 15 U.S.C. § 77o, is dismissed as to Jump Trading, LLC pursuant to Fed. R. Civ P. 12(b)(6) for failure to state a claim;

5.   Plaintiffs' sixth cause of action for aiding and abetting in violation of California Common Law, is dismissed as to Jump Trading, LLC pursuant to Fed. R. Civ P. 12(b)(6) for failure to state a claim;

6.   Plaintiffs' seventh cause of action for conspiracy in violation of California Common Law, is dismissed as to Jump Trading, LLC pursuant to Fed. R. Civ P. 12(b)(6) for failure to state a claim;

7.   Plaintiffs' eighth cause of action for racketeering in violation of 18 U.S.C. §§1961, et seq., is dismissed as to Jump Trading, LLC pursuant to Fed. R. Civ P. 12(b)(6) for failure to state a claim and;

8.   Plaintiffs' ninth cause of action for unjust enrichment in violation of California Common Law, is dismissed as to Jump Trading, LLC pursuant to Fed. R. Civ P. 12(b)(6) for failure to state a claim.

**IT IS SO ORDERED.**

Dated:   _____          _____

Hon. Trina L. Thompson
United States District Judge