JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: 213.623.9300 / Fax: 213.623.9924

DOUGLAS HENKIN (*Admitted Pro Hac Vice*)
douglas.henkin@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Tel: 212.768.6700 / Fax: 212.768.6800

STEPHEN J. SENDEROWITZ (*Admitted Pro Hac Vice*)
stephen.senderowitz@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6361
Tel: 312.876.8141 / Fax: 312.876.7934

Attorneys for Defendant
TERRAFORM LABS, PTE. LTD. And DO KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**[PROPOSED] ORDER GRANTING TFL AND KWON'S MOTION TO DISMISS** |

This matter is before the Court on Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon's motion to dismiss for failure to state a claim upon which relief can be granted pursuant to

1  Federal Rule of Civil Procedure 12(b)(6).

2  Being duly advised, the Court hereby **GRANTS** said motion, and finds that the Second
3  Amended Complaint fails to state a claim up which relief can be granted, and therefore dismisses
4  the Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6).

6  **SO ORDERED**.

8  Date: _____

   _____
   THE HONORABLE TRINA L. THOMPSON
9  123659316
   JUDGE, UNITED STATES DISTRICT COURT

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

CASE NO. 3:22-CV-03600              [Proposed] Order Granting TFL and Kwon's
            - 2 -                                    Motion to Dismiss