JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: 213.623.9300 / Fax: 213.623.9924

DOUGLAS HENKIN (*Admitted Pro Hac Vice*)
douglas.henkin@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Tel: 212.768.6700 / Fax: 212.768.6800

STEPHEN J. SENDEROWITZ (*Admitted Pro Hac Vice*)
stephen.senderowitz@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6361
Tel: 312.876.8141 / Fax: 312.876.7934

Attorneys for Defendant
TERRAFORM LABS, PTE. LTD. And DO KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**[PROPOSED] ORDER GRANTING TFL AND KWON'S MOTION TO DISMISS OR IN THE ALTERNATIVE COMPEL ARBITRATION** |

CASE NO. 3:22-CV-03600        [PROPOSED] ORDER GRANTING TFL AND KWON'S MOTION TO DISMISS OR IN THE ALTERNATIVE COMPEL ARBITRATION

This matter is before the Court on Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon's motion to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), to compel arbitration, or, in the alternative, to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Being duly advised, the Court hereby **GRANTS** said motion, and orders the following relief:

\_\_\_\_ The Court finds that it lacks personal jurisdiction over TFL and Mr. Kwon, and therefore dismisses the Second Amended Complaint for lack of jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

\_\_\_\_ The Court orders the parties to submit their disputes to individual, non-class arbitration in accordance with the Anchor Terms of Service and the Federal Arbitration Act, 9 U.S.C. §§ 1-14. As a result, the clerk is instructed to dismiss this case with prejudice.

\_\_\_\_ The Court finds that the Second Amended Complaint fails to state a claim up which relief can be granted, and therefore dismisses the Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6).

**SO ORDERED**.

Date: _____

THE HONORABLE TRINA L. THOMPSON
JUDGE, UNITED STATES DISTRICT COURT

123659485

CASE NO. 3:22-CV-03600   - 2 -   [PROPOSED] ORDER GRANTING TFL AND KWON'S MOTION TO DISMISS OR IN THE ALTERNATIVE COMPEL ARBITRATION

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300