1   JOEL D. SIEGEL (SBN 155581)
    joel.siegel@dentons.com
2   ANDREW M. PENDEXTER (SBN 310752)
    andrew.pendexter@dentons.com
3   DENTONS US LLP
    601 South Figueroa Street, Suite 2500
4   Los Angeles, California 90017-5704
    Tel: 213.623.9300 / Fax: 213.623.9924
5
    DOUGLAS HENKIN (*Admitted Pro Hac Vice*)
6   douglas.henkin@dentons.com
    DENTONS US LLP
7   1221 Avenue of the Americas
    New York, New York 10020-1089
8   Tel: 212.768.6700 / Fax: 212.768.6800

9   STEPHEN J. SENDEROWITZ (*Admitted Pro Hac Vice*)
    stephen.senderowitz@dentons.com
10  DENTONS US LLP
    233 South Wacker Drive, Suite 5900
11  Chicago, Illinois 60606-6361
    Tel: 312.876.8141 / Fax: 312.876.7934
12
    Attorneys for Defendant
13  TERRAFORM LABS, PTE. LTD. and DO KWON

14                          UNITED STATES DISTRICT COURT

15                         NORTHERN DISTRICT OF CALIFORNIA

16                               SAN FRANCISCO DIVISION

17  | NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:22-cv-03600-TLT |
    |---|---|
    | Plaintiffs, | **[PROPOSED] ORDER GRANTING TFL AND KWON'S REQUEST FOR JUDICIAL NOTICE** |
    | v. | |
    | TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON, | |
    | Defendants. | |

This matter is before the Court on Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon's request for judicial notice. Being duly advised, the Court hereby **GRANTS** said motion.

1  The Court will take judicial notice of Exhibits A-V of the Henkin Declaration, and Exhibit A of the
2  Amani Declaration, for purposes of reviewing Defendants' motion to dismiss.
3
4       **SO ORDERED**.
5
6  Date: _____
                                        THE HONORABLE TRINA L. THOMPSON
7                                           JUDGE, UNITED STATES DISTRICT COURT