**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>**LEAD PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONSOLIDATED OPPOSITION**<br><br><u>CLASS ACTION</u> |

Pursuant to Local Rule 7-11, Lead Plaintiff Michael Tobias files this administrative motion, respectfully requesting leave to file one memorandum of law not to exceed fifty (50) pages in opposition to the motion to dismiss and the motion to compel arbitration of Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon (collectively, the "TFL Defendants"). Pursuant to Court Order, (Dkt. No. 121), TFL and Do Kwon filed one Memorandum of Points and Authorities in support of both their motion to dismiss and their motion to compel arbitration. (Dkt. No. 122). Since Lead Plaintiff is responding to one memorandum from TFL and Kwon, Lead Plaintiff respectfully requests leave to file one opposition memorandum of points and authorities not to exceed fifty (50) pages.

Defendants do not oppose this administrative motion. Pursuant to Local Rules 7-11(a) and 7-12, filed herewith is a stipulation and proposed order signed by counsel for Lead Plaintiff, the TFL Defendants, and Defendant Jump Trading LLC, agreeing to allow and seeking permission for Lead Plaintiff to file one memorandum of points and authorities in opposition, not to exceed fifty (50) pages, to the motion to dismiss and the motion to compel arbitration of Defendants TFL and Kwon.

Dated: June 5, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

<u>/s/ Laurence M. Rosen</u>
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On June 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel counsel of record.

                                                                                */s/ Laurence M. Rosen*
                                                                                Laurence M. Rosen