**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFF'S OPPOSITION TO THE TFL DEFENDANTS' MOTIONS**<br><br><u>CLASS ACTION</u><br><br><u>JURY TRIAL DEMANDED</u> |

STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFF'S OPPOSITION TO THE TFL DEFENDANTS' MOTIONS
22-cv-03600-TLT

WHEREAS, on May 8, 2023, pursuant to Court Order (Dkt. No. 121), Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon (collectively, the "TFL Defendants") filed one Memorandum of Points and Authorities in support of their motions to dismiss and to compel arbitration (Dkt. No. 122);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, subject to the approval of the Court, as follows:

- Lead Plaintiff may file one consolidated opposition, not to exceed 50 pages, in response to the TFL Defendants' Memorandum of Points and Authorities in support of their motions to dismiss and compel arbitration.

Stipulated and agreed to on this fifth day of June 2023 by:

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

**DENTONS US LLP**
/s/ Joel D. Siegel
Joel D. Siegel (SBN 155581)
joel.siegel@dentons.com
Judith Shophet Sidkoff (SBN 267048)
judith.sidkoff@dentons.com
Andrew W. Pendexter (SBN 310752)
andrew.pendexter@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Douglas W. Henkin
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
douglas.henkin@dentons.com

|   |   |
|---|---|
| 1 | *Counsel for Defendants Terraform Labs Pte.* |
| 2 | *Ltd., and Do Kwon* |

**KOBRE & KIM LLP**
/s/ Jonathan D. Cogan
Jonathan D. Cogan (admitted *pro hac vice*)
Steven W. Perlstein (admitted *pro hac vice*)
Leif T. Simonson (admitted *pro hac vice*)
800 Third Avenue
New York, New York 10022
Tel.: +1 212 488 1206
Fax: +1 212 488 1231
jonathan.cogan@kobrekim.com
steven.perlstein@kobrekim.com
leif.simonson@kobrekim.com

Daniel Zaheer (Bar ID 237118)
150 California Street, 19th Floor
San Francisco, California 94111
Tel.: +1 415 582 4751
Fax: +1 415 582 4811
daniel.zaheer@kobrekim.com

Erika L. Berman (admitted *pro hac vice*)
1919 M Street NW
Washington, DC 20036
Tel.: +1 202 664 1965
Fax: +1 202 664 1920
erika.berman@kobrekim.com

*Attorneys for Defendant Jump Trading, LLC*

Pursuant to Civil L.R. 5-1(h)(3), all signatories concur in filing this Stipulation.

Dated: June 5, 2023                    /s/ Laurence M. Rosen
                                       Laurence M. Rosen

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____, 2023     _____

                                THE HONORABLE TRINA L. THOMPSON