**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>**LEAD PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS IN FOREIGN COUNTRY**<br><br>CLASS ACTION |

Pursuant to Local Rule 6-3, Lead Plaintiff Michael Tobias files this motion, respectfully requesting an extension of time to serve a defendant located in a foreign country.

In the Joint Case Management Conference Statement (Dkt. No. 96), Lead Plaintiff informed the Court that three defendants, Definance Capital/Definance Technologies OY, Three Arrows Capital PTE. LTD., and Nicholas Platias, require foreign service.  Understanding that foreign service is exempt from the time limitation for service that Fed. R. Civ. P. 4(m) imposes, Lead Plaintiff requested that the Court extend the deadline for service of process on these defendants. *Id*.  In an Order, responding to the Case Management Conference Statement, the Court extended the deadline to serve defendants to June 23, 2023, stating: "[s]hould additional time be required to serve the foreign defendants, lead plaintiff may file an administrative motion for a further extension to serve pursuant to Civil Local Rule 6."  Dkt. No. 101.

Following the Court's Order, Lead Plaintiff initiated service under the Hague Service Convention on Defendant Definace Capital/Definance Technologies OY at its address in Finland. The Finnish authorities have yet to transmit a return of service.  With respect to Defendant Platias, Lead Plaintiff believes that he currently resides in Greece, *see* Complt. ¶¶ 13, 26, but Lead Plaintiff has been unable to locate him.  As a result, Lead Plaintiff respectfully requests that the Court further extend the time to complete service on Defendant Definance Capital/Definance Technologies OY and Defendant Platias until September 8, 2023.  Lead Plaintiff reserves the right to seek further extension if warranted.  With respect to Three Arrows Capital PTE. LTD, that entity appears defunct.  Lead Plaintiff intends to file a Notice of Voluntary Dismissal only as to Defendant Three Arrows Capital PTE. LTD.

The Defendants that have appeared in the action do not oppose this motion, and reserve the right to oppose additional extensions that Lead Plaintiff may seek in the future.

Pursuant to Local Rule 6-3, a supporting declaration and proposed order is filed herewith.

Dated: June 23, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On June 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel counsel of record.

*/s/ Laurence M. Rosen*
Laurence M. Rosen

LEAD PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE
DEFENDANTS IN FOREIGN COUNTRY 22-CV-03600-TLT