**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS IN FOREIGN COUNTRY**<br><br><u>CLASS ACTION</u> |

I, Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., and Court-appointed Lead Counsel to Court-appointed Lead Plaintiff, Michael Tobias. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. The purpose of Lead Plaintiff's Motion for Extension of Time to Serve Defendants in Foreign Country is to allow Lead Plaintiff to complete service on Defendant Definance Capital/Definance Technologies OY and to find and serve Defendant Nicholas Platias.

3. Following the Court's Order, extending the deadline to serve defendants to June 23, 2023, and stating "[s]hould additional time be required to serve the foreign defendants, lead plaintiff may file an administrative motion for a further extension to serve pursuant to Civil Local Rule 6," (Dkt. No. 101), Lead Plaintiff initiated service on Defendant Definance Capital/Definance Technologies OY at its address in Finland under the Hague Service Convention.

4. While Lead Plaintiff believes Defendant Platias currently resides in Greece, Lead Plaintiff has not been able to locate Defendant Platias after significant efforts to do so.

5. Accordingly, Lead Plaintiff respectfully requests that the time to complete service on Defendant Definance Capital/Definance Technologies OY and to find and serve Defendant Platias be extended until September 8, 2023. Lead Plaintiff reserves the right to seek further extension if warranted.

6. Defendants that have appeared in this action inform that they do not oppose this administrative motion, and they reserve the right to oppose additional extensions that Lead Plaintiff may seek in the future.

7. In terms of previous time modifications in the case, on January 18, 2023, the Court extended the time for Lead Plaintiff to file an amended complaint to February 23, 2023, and set a briefing schedule. Dkt. No. 91. On February 14, 2023, the Court vacated the case management conference that had been set for February 16, 2023 and re-set it for September 21, 2023. Dkt. No. 101. In the same Order, the Court extended the time to serve defendants to June 23, 2023, stating

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS IN FOREIGN COUNTRY
22-CV-03600-TLT

that "[s]hould additional time be required to serve the foreign defendants, lead plaintiff may file an administrative motion for a further extension to serve pursuant to Civil Local Rule 6." *Id*. Finally, on April 21, 2023, the Court extended the briefing schedule set in its January 18, 2023 order, by about one week. Dkt. No. 111.

8. Extending the time to complete service upon Defendant Definance Capital/Definance Technologies OY and to locate and to serve Defendant Platias will have no material effect on the schedule for the case against the Defendants whom Lead Plaintiff has served.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this twenty-third day of June 2023.

*/s/ Laurence M. Rosen*
Laurence M. Rosen

**PROOF OF SERVICE**

2
DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS IN FOREIGN COUNTRY
22-CV-03600-TLT

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On June 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel counsel of record.

/s/ Laurence M. Rosen
Laurence M. Rosen