**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANTS IN FOREIGN COUNTRY**<br><br><u>CLASS ACTION</u> |

WHEREAS, on February 14, 2023, the Court extended the deadline to serve the Complaint to June 23, 2023, stating: "[s]hould additional time be required to serve the foreign defendants, lead plaintiff may file an administrative motion for a further extension to serve pursuant to Civil Local Rule 6" (Dkt. No. 101);

WHEREAS, following the Court's Order, Lead Plaintiff initiated service of process on Defendant Definance Capital/Definance Technologies OY pursuant to the Hague Service Convention, but has not been able to locate Defendant Platias;

IT IS HEREBY ORDERED that Lead Plaintiff's Motion for an Extension of Time to Serve Defendants in Foreign Countries is GRANTED. Lead Plaintiff's time to complete service upon Defendant Definance Capital/Definance Technologies OY and to find and serve Defendant Platias is extended until September 8, 2023.

**IT IS SO ORDERED**

Dated: _____, 2023       _____

                                                                       THE HONORABLE TRINA L. THOMPSON