**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO THE TFL DEFENDANTS' MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION**<br><br><u>CLASS ACTION</u> |

I, Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., and Court-appointed Lead Counsel to Court-appointed Lead Plaintiff, Michael Tobias. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the oral argument held on June 15, 2023 on the defendants' motion to dismiss in *SEC v. Do Kwon and Terraform Labs Pte. Ltd.*, 23-cv-01346 (JSR) (S.D.N.Y.).

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the oral argument held on February 17, 2022 in the SEC's subpoena enforcement action, *SEC v. Terraform Labs, Pte Ltd., et al.*, 21-mc-0810 (JPO) (S.D.N.Y.). This was attached as Exhibit XX to the Declaration of James P. Connor in Support of Plaintiff SEC's Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. *SEC v. Do Kwon and Terraform Labs Pte. Ltd.*, 23-cv-01346 (JSR) (S.D.N.Y.), Dkt. No. 33 (the "Connor Declaration").

4. Attached hereto as Exhibit 3 is a true and correct copy of an April 26, 2021 contract between a U.S.-based crypto asset trading platform and TFL for the listing of MIR tokens. This was attached as Exhibit UU to the Connor Declaration. Paragraph 83 of the Complaint alleges that TFL and Do Kwon arranged to have their crypto assets listed for trading on major crypto asset trading platforms, including a prominent U.S.-based crypto asset trading platform.

5. Attached hereto as Exhibit 4 is a true and correct copy of February 2021 emails between TFL representatives and a U.S.-based crypto asset trading platform, in which a TFL representative writes that "15% of the [of Mirror Protocol] usership [is] from the USA." This was attached as Exhibit ZZ to the Connor Declaration. Paragraph 35 of the Complaint alleges that that TFL's crypto assets were offered and available for purchase by U.S. investors.

6. Attached hereto as Exhibit 5 is a true and correct copy of a September 2020 agreement that Kwon and a TFL subsidiary entered into with a U.S.-based crypto asset trading platform under which the U.S. entity paid at least $200,000 for MIR tokens. This was attached as

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO THE TFL DEFENDANTS' MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION
22-CV-03600-TLT

Exhibit AAA to the Connor Declaration. Paragraph 83 of the Complaint alleges that TFL and Do Kwon arranged to have their crypto assets listed for trading on major crypto asset trading platforms, including a prominent U.S.-based crypto asset trading platform.

7. Attached hereto as Exhibit 6 is a true and correct copy of a March 2019 crypto asset custody agreement between TFL and a U.S-based company. This was attached as Exhibit BBB to the Connor Declaration. Paragraph 27 of the Complaint alleges that TFL sold its crypto assets to and through U.S. entities and otherwise made the unregistered securities they sold available to U.S. investors.

8. Attached hereto as Exhibit 7 are true and correct copies of LinkedIn profiles for some of TFL's U.S.-based employees during the relevant period. These were attached as Exhibit YY to the Connor Declaration. Paragraph 41 alleges that TFL maintained several employees based in the United States.

9. Attached hereto as Exhibit 8 is a true and correct copy of TFL's July 11, 2018 contract with a firm based in California, whereby TFL sold the California firm $3 million worth of LUNA tokens. Do Kwon personally signed this contract, which was attached as Exhibit PP to the Connor Declaration. Paragraphs 27-31 of the Complaint allege that TFL sold its crypto assets to and through U.S. entities and otherwise made the unregistered securities they sold available to U.S. investors.

10. Attached hereto as Exhibit 9 is a true and correct copy of emails between Do Kwon and the California firm showing that the firm is based in San Francisco, California. This was attached as Exhibit QQ to the Connor Declaration.

11. Attached hereto as Exhibit 10 is a true and correct copy of a contract between TFL and another California firm, in which TFL agreed to submit to the personal jurisdiction of U.S. courts.  This was attached as Exhibit TT to the Connor Declaration.

12. Attached hereto as Exhibit 11 is a true and correct copy of a November 2019 contract between TFL and Defendant Jump, loaning Defendant Jump 30 million LUNA, and showing Defendant Jump's address as in Chicago, Illinois. This was attached as Exhibit RR to the

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO THE TFL DEFENDANTS' MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION
22-CV-03600-TLT

Connor Declaration. Paragraph 30 of the Complaint alleges that Terraform and its wholly owned subsidiary loaned 30 million LUNA to Defendant Jump in November of 2019.

13. Attached hereto as Exhibit 12 is a true and correct copy of a January 13, 2020 email from Do Kwon to a group of TFL investors, announcing that TFL has loaned Jump Trading 30 million LUNA, and describing the arrangement as a "partnership with Jump Trading." This was attached as Exhibit SS to the Connor Declaration. It further corroborates the allegations made in paragraph 30 of the Complaint.

14. Attached hereto as Exhibit 13 is a true and correct copy of a cover letter from the U.S.-based trading crypto asset trading platform's counsel, along with a contract between TFL and the crypto asset trading platform for the listing of wLUNA and UST. The contract states that it shall be subject to the exclusive jurisdiction of the state and federal courts located in San Francisco, California. This was attached as Exhibit VV to the Connor Declaration. Paragraph 83 of the Complaint alleges that TFL and Do Kwon arranged to have their crypto assets listed for trading on major crypto asset trading platforms, including a prominent U.S.-based crypto asset trading platform, and paragraph 186 alleges that retail investors, including investors in the U.S., purchased billions of dollars of LUNA and wLUNA on crypto asset trading platforms.

15. Attached as Exhibit 14 is a true and correct copy of a transcript of Do Kwon's September 21, 2021 statements at a conference, held in New York, New York. This was attached as Exhibit WW to the Connor Declaration. Paragraphs 23 and 83 allege that Do Kwon traveled to the United States to promote Terra Tokens and to speak at an industry conference in New York.

16. Attached as Exhibit 15 is a true and correct copy of a joint interview that TFL's Texas-based Business Development Lead and its Head of Communications participated in on Medium (a U.S.-based online publishing platform) that publicized and promoted LUNA, UST, the Anchor Protocol, mAssets and the Mirror Protocol. This was attached as Exhibit FFF to the Connor Declaration. Paragraph 41 of the Complaint alleges that TFL maintained several employees based in the United States, and paragraph 82 alleges that Kwon and other TFL employees gave interviews to the media promoting TFL's crypto assets, including U.S.-based media outlets.

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO THE TFL DEFENDANTS' MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION
22-CV-03600-TLT

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this seventh day of July 2023.

                                          /s/ *Laurence M. Rosen*
                                          Laurence M. Rosen

4

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO THE TFL DEFENDANTS' MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION
22-CV-03600-TLT

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On July 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel counsel of record.

                                      /s/ Laurence M. Rosen
                                      Laurence M. Rosen