# EXHIBIT 4

# EXHIBIT ZZ

**From:** Stanford Liu <stanford@terra.money>
**Sent:** Thursday, February 04, 2021 8:46 PM PST
**To:** Nizamian, Andrew A. <anizamian@omm.com>
**CC:** jeff@terra.money <jeff@terra.money>; cj@terra.money <cj@terra.money>; paul@terra.money <paul@terra.money>; Sibbitt, Eric <esibbitt@omm.com>; Zach Segal <zach.segal@coinbase.com>; michael.noonan@coinbase.com <michael.noonan@coinbase.com>
**Subject:** Re: MIR Token - Follow Up Questions

Hello Andrew and team -

Thanks for reaching out; let me provide additional answers to the questions you asked below.

**1.** While it's a bit difficult to give exact numbers, the total supply of MIR tokens in the whole Mirror ecosystem is currently around 31M, with around 11M currently staked in governance. An average of around 20-30% of the 11M staked are being used to vote in a given proposal.

CDP closure fees may not be paid in MIR, and the last 24 hour MIR token volume (in UST) on the MIR platform was ~6M UST at a price of ~5.27 UST per token.

**2.** As of now, users do not need to have voted on a governance proposal to receive CDP fee rewards.

**3.** Since the launch two months ago, we have had over 200K total users, with around 15% of the usership from the USA. We have around 2K users per hour, with 80% of them on the Terra side (20% on the ethereum side at eth.mirror.finance).

**4.** While various participants on the MIR SAFT sale signed on different dates, the first initial date was September 23, 2020.

Let me know if there are any other parts that I can help clarify. Thank you.

Regards,
Stanford

2021년 2월 4일 (목) 오후 7:39, Nizamian, Andrew A. <anizamian@omm.com>님이 작성:

> Hello Stanford, Jeff, CJ and Paul,
>
> Thank you for providing input to our client, Coinbase, regarding Mirror Protocol's native token, MIR. We've attached the questionnaire prepared by your team for reference. Coinbase, asked us to reach out with a few follow-up questions relating to its analysis of MIR, which we have listed below. Please note that we are acting in our capacity as counsel for Coinbase in these matters, and we will not be acting as your attorneys. Accordingly, any information you share with us pertaining to these and any other questions will not be protected by the attorney-client privilege and may be shared with Coinbase. Information that you share will be used to assess MIR for prospective listing on Coinbase and/or custody services support. Additionally, you should feel free to include your legal counsel (if you work with one) in this discussion, although we will be happy to communicate with you if you have not retained counsel in these matters.
>
> 1. Please provide, to the extent available, information on how many MIR holders have participated in governance proposals, as well as the average number of holders that participate per proposal, and the proportion of MIR tokens that have been used for governance and other purposes (e.g. paying CDP closure fees, trading, etc.).
>
> 2. Do MIR holders need to have voted on a governance proposal to be eligible to receive CDP closure fees, or may they receive such fees even if they have not voted in such a proposal?
>
> 3. Please provide any additional information you think may be helpful to our analysis and assessing usage of the Mirror Protocol, for instance, figures on daily active users, total users, etc.
>
> 4. Please provide the date of the initial MIR SAFT sale. To the extent such information may be disclosed, please note if venture capital groups, investment firms, or hedge funds participated in MIR SAFT sales.
>
> Thank you for your help. Please reply at your earliest convenience as we are trying to make a tight timeline for Coinbase. Please reach out if we should provide any additional clarity or detail around these questions.

**FOIA CONFIDENTIAL TREATMENT
REQUESTED BY COINBASE**

**CB_MIRROR_00000732**

Regards,

Andrew

**O'Melveny**
**Andrew Nizamian**

anizamian@omm.com

O: +1-415-984-8873

O'Melveny & Myers LLP

Two Embarcadero Center, 28th Floor

San Francisco, CA 94111

Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**FOIA CONFIDENTIAL TREATMENT
REQUESTED BY COINBASE**

**CB_MIRROR_00000733**