# EXHIBIT 7

# EXHIBIT YY



# Chris Amani

COO/CFO @ Terraform Labs

- Terraform Labs
- University of Arkansas at Fayetteville

Walnut Creek, California, United States · Contact info

500+ connections

**Connect**  **More**

## Activity
2,215 followers

Chris Amani reposted this · 1mo

**Milos is open to work**

Looking for Frontend Developer and Game Developer roles

60    3 comments · 10 reposts

Chris Amani reposted this · 2mo

215    6 comments · 38 reposts

Chris Amani reposted this · 3mo

Highly recommend Rob if you need someone for a CX or Ops leadership role.

23    1 comment

**Show all activity →**

## Experience

 **Chief Operating Officer & Chief Financial Officer**
Terraform Labs · Full-time
Jan 2022 - Present · 1 yr 5 mos
San Francisco Bay Area

 **SVP of Product, M&A, & Partnerships (Post Humanity Acquisition)**
TCP Software
Jan 2021 - Jan 2022 · 1 yr 1 mo
San Francisco Bay Area

 **Humanity**
5 yrs 7 mos

CEO (Acquired by TCP)
Jun 2018 - Dec 2020 · 2 yrs 7 mos
San Francisco Bay Area

COO
Jan 2018 - Jun 2018 · 6 mos
San Francisco Bay Area

Vice President of Finance, Analytics, Growth, & Operations
Director, FP&A · 2018 · 2 yrs 8 mos
San Francisco Bay Area

 MongoDB
May 2013 - Jun 2015 · 2 yrs 2 mos
Palo Alto, CA

 **Director, Financial Planning & Analysis**
Zynga
Feb 2011 - Apr 2013 · 2 yrs 3 mos
San Francisco Bay Area

Show all 9 experiences →

## Education

 **University of Arkansas**
Business, Accounting
1999 - 2003

 **San Jose State University**
MBA
2008 - 2009

## Licenses & certifications

 **Front End Web Developer**
Udacity
Issued Mar 2023

Show credential ⧉

 **React Basics**
Coursera
Issued Dec 2022
Credential ID YVWF76NXDQMS

Show credential ⧉

 **Programming with JavaScript**
Coursera
Issued Dec 2022
Credential ID SX52JS8VR8T9

Show credential ⧉

Show all 4 licenses & certifications →

## Skills

**Forecasting**

 Endorsed by Hunter Scrivner and 5 others who are highly skilled at this

 Endorsed by 4 colleagues at TCP's Humanity Scheduling

👥 43 endorsements

### Financial Reporting

 Endorsed by Hunter Scrivner and 1 other who is highly skilled at this

Endorsed by 5 colleagues at TCP's Humanity Scheduling

👥 32 endorsements

### Financial Modeling

 Endorsed by Hunter Scrivner who is highly skilled at this

Endorsed by 2 colleagues at TCP Software

👥 33 endorsements

Show all 28 skills →

## Recommendations

**Received**    Given

 **Alisa Leung**
Reality Labs Finance, Meta
March 8, 2008, Alisa worked with Chris on the same team

Chris is an amazing resource and a great addition to any work group or company. Chris was able to teach himself on complex systems and tools used at Walmart.com and was more than happy to help pass that information along to others. Anytime anyone asked Chris for help, in spite ...

## Interests

**Companies**    Newsletters    Schools

**Token Terminal**
2,134 followers

＋ Follow

**Immutable**
37,301 followers

＋ Follow

Show all 36 companies →

Ad •••

SEC, are you interested in McDermott Will & Emery content?

 

Follow us for the latest legal news and insights

Follow

## People also viewed

 **Remon Elve** · 3rd+
Founding Partner | Board Member | Investor | Angel Investor | Web 3, NFTs, Blockchain



+ Follow

VP, People @ Terraform Labs

Connect

**Manuel Alessandro Collazo** · 3rd+
Developer Relations Engineer 🐥 @ Terraform Labs ⚔️

Connect

**Zion Schum** · 3rd+
Head of Communications @ Terraform Labs

Connect

**Do Kwon** · 3rd+
Founder & CEO @ Terraform Labs | Forbes 30 under 30

Connect

Show more ⌄

## People you may know

**Sam Waldon**
Chief Counsel, Division of Enforcement, Securities and Exchange Commission

Connect

**Nicole Tatz**
Attorney, Division of Enforcement at U.S. Securities and Exchange Commission

Connect

**Beth Collier Groves**
Assistant Director, Division of Enforcement, U.S. Securities and Exchange Commission

Connect

**Thomas P. McCann**
Associate Director - Attorney, Division of Enforcement and Investigations

Connect

**Fuad Rana**
Assistant Director, Division of Enforcement at U.S. Securities and Exchange Commission

Connect

Show more ⌄

Page 1
(1) Jeff Kuan | LinkedIn
https://www.linkedin.com/in/jeffreykuan1/





### Skills & endorsements

**Financial Modeling** · 25

Endorsed by David Eshaghian and 2 others who are highly skilled at this

Endorsed by 4 of Jeff's colleagues at EY-Parthenon

**Data Analysis** · 23

Endorsed by Leonor Furtado and 3 others who are highly skilled at this

Endorsed by 6 of Jeff's colleagues at EY-Parthenon

**Valuation** · 21

Endorsed by David Eshaghian and 2 others who are highly skilled at this

Endorsed by 4 of Jeff's colleagues at EY-Parthenon

#### Industry Knowledge

| | |
|---|---|
| Business Strategy · 16 | Economics · 9 |
| Automotive Aftermarket · 8 | Corporate Finance · 7 |
| Big Data · 6 | Mergers & Acquisitions · 2 |
| Private Equity · 2 | |

#### Tools & Technologies

| | |
|---|---|
| PowerPoint · 16 | Microsoft Excel · 13 |

Show less ⌃

### Recommendations

Received (0)    Given (1)

**Gina H.**
Product Management 4ever
September 11, 2018, Gina worked with Jeff in the same group.

I have the privilege of calling Gina both a colleague and a mentor.

Gina is a valuable asset to any team. She is incredibly sharp, analytical and thoughtful - she is a great thought partner for any problem, and consistently comes to the table with great (and often inspiring!) ideas.

She is also a great leader and mentor. She takes time to listen to her team members, is empathetic, and has a very positive attitude, all of which make her fantastic to work with and be around.

I would highly recommend Gina, and hope to have the chance to work with her again in the future. See less

### Interests

| | |
|---|---|
| **Jin Yong Kim** 𝗶𝗻 Vice Chairman and Partner at Global Infrastructure 2,072,525 followers | **Parthenon-EY Alumni** 283 members |
| **LSE Alumni - San Francisco Bay Area** 221 members | **EY** 3,231,758 followers |
| **Wharton FinTech** 216 members | **QuakerDAO** 51 members |

See all

Linked**in**

| | | | |
|---|---|---|---|
| About | Accessibility | Talent Solutions | Questions? Visit our Help Center |
| Community Guidelines | Careers | Marketing Solutions | |
| Privacy & Terms ⌄ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings |
| Sales Solutions | Mobile | Small Business | |
| Safety Center | | | |

Select Language

English (English)

LinkedIn Corporation © 2021





### Larry Florio
General Counsel @ Delphia

Talks about #law, #tech, #web3, #crypto, and #investing

-  Delphia
- Rutgers Law School

Miami, Florida, United States · Contact info

**3,705** followers · **500+** connections

[+ Follow]  [🔒 Message]  [More]

---

## Activity
3,705 followers

[+ Follow]

[**Posts**]  [Comments]

Larry Florio reposted this • 2w



💙❤️ 30

---

Larry Florio reposted this • 2w

**Blockchain Association Job Board**
jobs.theblockchainassociation.org • 2 min read

👍 32

---

Larry Florio reposted this • 1mo

**DAO Harvard Conference**
medium.com • 2 min read

💙❤️ 73                                    2 comments

---

Show all activity →

---

## Experience

**General Counsel**
Delphia
Jun 2022 - Present · 1 yr


**Principal**
LF Advisory
Aug 2021 - Present · 1 yr 10 mos

Strategic advisory for builders and investors


**Co-Founder**
Thing3
Oct 2021 - Present · 1 yr 8 mos


**Advisory Board Member**
Sunroof
Oct 2021 - Present · 1 yr 8 mos


**Advisor**
TWIYO Capital & Advisory
Jun 2021 - Present · 2 yrs

Show all 15 experiences →

## Education


**Rutgers Law School**
JD
2006 - 2010
Activities and societies: Civil Practice Legal Clinic, Jessup International Law Moot Court - Oralist, Volunteer Income Tax Assistance, JD/MBA Student-...

Completed 4-year JD/MBA program in 3.5 years.

**Rutgers University**
MBA, Finance
2007 - 2010
Activities and societies: Rutgers Campus Sustainability Council, MBA Association - Vice President, South Africa study abroad

Completed 4-year JD/MBA program in 3.5 years.

**Rutgers University**
BA, Political Science & Corporate Communication
2002 - 2006
Activities and societies: Phi Alpha Delta - Vice President, The Daily Targum - Reporter

Graduated cum laude and with departmental honors
...

Show all 4 education →

## Volunteering


**Pro Bono Attorney**
Legal Services NYC
Civil Rights and Social Action

Assist low-income communities in determining eligibility to naturalize and become U.S. citizens....


**Startup Mentor**
Blackstone LaunchPad
Oct 2017 - Feb 2018 · 5 mos
Education

In 2010, the Blackstone Charitable Foundation launched Blackstone LaunchPad, our campus based entrepreneurship program. Over the past 7...


**Pro Bono Attorney**
Start Small Think Big, Inc.
Economic Empowerment

SSTB helps low-to-moderate-income entrepreneurs build and sustain thriving businesses in order to increase their personal financial security an...

Show all 6 volunteer experiences →

## Licenses & certifications



**Licensed Attorney**
New York State Board of Law Examiners
Issued Jul 2010



**Licensed Attorney**
New Jersey Board of Bar Examiners
Issued Jul 2010

## Recommendations

**Received**   Given



**Annette Baltgian**
Technology | Innovation | Information Security | Commercial Contracts Attorney
December 30, 2012, Annette managed Larry directly

I first met Larry when I was relatively new in my role as corporate counsel with Gain and he was a law student who enthusiastically expressed interest in one day joining the legal team. A few years later, I hired Larry. Larry is unquivocally enthusiastic, persistent, sincere and bright which makes him a...



**Cliff Wilkins** in
Financial Crimes Compliance
June 6, 2011, Cliff and Larry studied together

I studied at Rutgers law with Larry for all 3 years of law school. He is hard-working, extremely driven, and possesses a rare charm that can win over any room. Larry would make an excellent addition to any law firm or business.

## Publications

**Yesterday's Trades, Today's Marketing: Using Past Specific Recommendations**
Investment Adviser Association · Mar 2, 2015

Show publication ⧉

Other authors



**Expanded Definition of "Knowledgeable Employee"- Rule 3c-5**
ACA Compliance Group · Feb 13, 2014

Show publication ⧉

**2014 SEC Investment Adviser/Investment Company Examination Priorities**
ACA Compliance Group · Jan 17, 2014

Show publication ⧉

## Organizations

**American Investment Council**
Young Professionals Network (YPN) · Aug 2016 - Present

The American Investment Council (AIC), based in Washington, DC, is an advocacy organization established to provide information about the private equity industry a...

## Interests

**Companies**   Groups   Schools



**Rutgers Law School**
22,241 followers

+ Follow

**Allocations**
1,962 followers

+ Follow

Show all 54 companies →

Promoted   •••

Create A+ ads and posts.
Attract an audience with built-in marketing tools.   ⟩

Subscribe Now: Just $2/Wk
Don't wait to get full access to WSJ's award-winning news. Subscribe now.   ⟩

The full time is now.
Find your full-time fit on Upwork.   ⟩

## People you may know

**Sam Waldon**
Chief Counsel, Division of Enforcement, Securities and Exchange Commission

⚬+ Connect

**Nicole Tatz**
Attorney, Division of Enforcement at U.S. Securities and Exchange Commission

⚬+ Connect

**Beth Collier Groves**
Assistant Director, Division of Enforcement, U.S. Securities and Exchange Commission

⚬+ Connect

**Thomas P. McCann**
Associate Director - Attorney, Division of Enforcement and Investigations

⚬+ Connect

**Fuad Rana**
Assistant Director, Division of Enforcement at U.S. Securities and Exchange Commission

⚬+ Connect

🔲 LEARNING

Add new skills with these courses, free for 24 hours


Reading Corporate Financial Statements


**Create Healthy Self-Esteem: Know Your Worth**


**Managerial Finance Foundations**

See my recommendations

Promoted ···



Scale teams affordably
Find more talent with less overhead on Upwork. Post a job for free.

WSJ

Subscribe Now: Just $2/Wk
Don't wait to get full access to WSJ's award-winning news. Subscribe now.

Learn more          Learn more



## Noah Axler (He/Him)

General Counsel | Injective Labs

- Injective Labs
- University of Pennsylvania Carey Law School

Greater Philadelphia · Contact info

500+ connections

**Connect**   **Message**   More

## Featured

Post



We are very excited tha
chosen to participate ir
Accelerator. #longhash
#blockchain

21

## Activity

837 followers

**Comments**   Articles

Noah Axler commented on a post · 8mo

Congratulations, Jeff!

Show all activity →

## Experience

**General Counsel**
Injective Labs · Full-time
Jun 2022 - Present · 1 yr
New York, New York, United States

**Chief Litigation and Regulatory Counsel**
Terraform Labs · Full-time
Jan 2022 - May 2022 · 5 mos



### Co-Founder and CEO
Dejure · Part-time
2018 - May 2022 · 4 yrs 5 mos
Philadelphia, Pennsylvania

Dejure is the world's first blockchain solution for tokenized investment in litigation finance and legal claims. Our platform is at dejure.io.



### Shareholder
Anderson Kill · Full-time
Sep 2021 - Jan 2022 · 5 mos
Philadelphia

Member of the firm's Technology, Media and Distributed Systems Group, focusing on cryptocurrency and blockchain law. Advised clients in the...



### Partner
Axler Goldich LLC
Mar 2016 - Aug 2021 · 5 yrs 6 mos
Philadelphia, Pennsylvania

Axler Goldich represent plaintiffs in class actions and individual litigation. Litigated consumer, antitrust, environmental, employment, and securities...

Show all 8 experiences →

## Education



**University of Pennsylvania Carey Law School**
J.D.
1996 - 1999

**University of Pittsburgh**
Bachelor of Arts (B.A.)

## Skills

**Class Actions**

 Endorsed by Michael Donovan and 2 others who are highly skilled at this

 17 endorsements

**Litigation**

 Endorsed by Michael Donovan and 1 other who is highly skilled at this

 16 endorsements

**Commercial Litigation**

 Endorsed by Michael Donovan and 1 other who is highly skilled at this

 10 endorsements

Show all 23 skills →

## Publications

**The Law of Class Action: Fifty State Survey**
ABA · Jun 1, 2016

Show publication ↗

Co-Author of the Pennsylvania Chapter (2012-2020)

**It's Not Elementary: The Mistakes of Sherlock Holmes**

Amazon [Kindle Single Editions] · Dec 17, 2013

Show publication ⧉

An examination of Sherlock Holmes' errors and reasoning techniques, with alternate solutions to several stories....

### Pennsylvania Consumer Law

Bisel · Jan 1, 2013

Show publication ⧉

Author of Chapter on Usury (2012-2014)

## Honors & awards

**Recognized as Pennsylvania Rising Star by Super Lawyers Publication**

2007, 2010-2011

**Recognized as Pennsylvania Super Lawyer**

2014-2020

## Interests

**Companies**    Groups    Newsletters    Schools

 **Anderson Kill**
2,544 followers

+ Follow

 **Continental DataLogix LLC**
145 followers

+ Follow

Show all 26 companies →

Ad •••

UMGC offers online & hybrid courses. No-cost digital materials.

 

NO APPLICATION FEE thru May 31. Start now & save!

Learn More

## People also viewed

 **Astra Rakhmatilla Kyzy** · 3rd+
Head of Accounting & Finance

⧉+ Connect

 **Mark Goldich**  · 3rd+
Counsel - Guaranteed Rate Inc.

⧉+ Connect

 **Larry Florio** · 3rd+
General Counsel @ Delphia



**Mirza Uddin** · 3rd+
Injective Labs | Web3 VC | Crypto Maximalist | Harvard

+ Follow



**Marc Goldich** · 3rd+
General Counsel | Proximity Labs

+ Follow

Show more ⌄

## People you may know



**Sam Waldon**
Chief Counsel, Division of Enforcement, Securities and Exchange Commission

⊕ Connect



**Nicole Tatz**
Attorney, Division of Enforcement at U.S. Securities and Exchange Commission

⊕ Connect



**Beth Collier Groves**
Assistant Director, Division of Enforcement, U.S. Securities and Exchange Commission

⊕ Connect



**Thomas P. McCann**
Associate Director - Attorney, Division of Enforcement and Investigations

⊕ Connect



**Fuad Rana**
Assistant Director, Division of Enforcement at U.S. Securities and Exchange Commission

⊕ Connect

Show more ⌄

 LEARNING

Add new skills with these courses, free for 24 hours

 Starting Your Career as a Financial Analyst

 Accounting Ethics

 Create Healthy Self-Esteem: Know Your Worth

See my recommendations





## Cayden Bernstein
VP, People @ Terraform Labs

 Terraform Labs

Bainbridge Island, Washington, United States · Contact info

**500+** connections

[Connect]  [Message]  [More]

## Activity
1,534 followers

Cayden Bernstein commented on a post • 1mo

Amazing!

Cayden Bernstein commented on a post • 2mo

Huge! As an ex binance, I know how lucky they are to have you :)

Cayden Bernstein commented on a post • 3mo

You will be missed!

Show all activity →

## Experience

 **VP, People Ops**
Terraform Labs · Full-time
Feb 2022 - Present · 1 yr 4 mos

 **Former Head of HR**
Binance.US
Oct 2019 - Jan 2022 · 2 yrs 4 mos

 **Talent and International Expansion**
Binance
Apr 2018 - Jan 2020 · 1 yr 10 mos
Asia

 **Talent**
Zenreach
Mar 2016 - Feb 2018 · 2 yrs

 **Technical Recruiter**
Insight Global
Apr 2015 - Mar 2016 · 1 yr
Scottsdale, Arizona

Show all 7 experiences →

## Education

 **Arizona State University**
Bachelor of Science (B.S.)
Activities and societies: Delta Tau Delta Fraternity

## Skills

### Recruiting

 Endorsed by Marlo Needham who is highly skilled at this

 Endorsed by 3 colleagues at Binance.US

 10 endorsements

### Social Media

 Endorsed by Robert Kraemer who is highly skilled at this

 Endorsed by 3 colleagues at Insight Global

 11 endorsements

### Customer Service

 Endorsed by Robert Kraemer who is highly skilled at this

 Endorsed by 2 colleagues at Binance.US

 15 endorsements

Show all 24 skills →

## Recommendations

**Received**   Given

 **Ashley Leverenz** 🔗
People Navigator at Welbe Health
March 14, 2018, Ashley worked with Cayden on the same team

Cayden is everything you want in a recruiter; knowledgeable, driven, and adaptable.

Cayden was essential to Zenreach's growth across multiple organizations...

 **Debra Olshefski** 🔗
Director, Talent Acquisition at Welbe Health
March 2, 2018, Debra managed Cayden directly

I'm lucky to have had the opportunity to work with Cayden, he has a great combination of intuitiveness, great business sense, and intellectual curiosity. Cayden initially started as a high volume Sales Recruiter and did a phenomenal job attracting top talent to our company. He very seamlessly...

## Projects

ATS Migration

## Organizations

### Delta Tau Delta International Fraternity
Social Chair, Active member · Jan 2012 - Present

As social chair maintained a budget and coordinated events

### Interfraternity Council at Arizona State
Justice · Aug 2014 - Dec 2015

Served as a Justice of the Interfraternal Council overseeing sanctions handed down to 24 fraternities on campus.

## Interests

**Companies**    Groups    Schools

 **Consulting**
216,516 followers

+ Follow

 **JPMorgan Chase & Co.**
3,910,995 followers

+ Follow

Show all 15 companies →

Promoted    •••



Scale teams affordably
Find more talent with less overhead on Upwork. Post a job for free.

Learn more



We know vacation rentals
Earn extra $—list with us to benefit from 25+ years of data and expertise.

Learn more

## People you may know

 **Sam Waldon**
Chief Counsel, Division of Enforcement, Securities and Exchange Commission

Connect

 **Nicole Tatz**
Attorney, Division of Enforcement at U.S. Securities and Exchange Commission

Connect

 **Beth Collier Groves**
Assistant Director, Division of Enforcement, U.S. Securities and Exchange Commission

Connect

 **Thomas P. McCann**
Associate Director - Attorney, Division of Enforcement and Investigations

Connect

**Fuad Rana**

Assistant Director, Division of Enforcement at U.S. Securities and Exchange

&+ Connect

**in** LEARNING

Add new skills with these courses, free for 24 hours

 **Establishing Evening Routines to Optimize the Day Ahead**

 **QuickBooks Online Essential Training (2021)**

 **Managerial Finance Foundations**

See my recommendations

Promoted                                                    ···





Get help with a project              We know vacation
Find the experts you need             rentals
to scale your business             Earn extra $—list with us
affordably on Upwork.             to benefit from 25+ years
                                  of data and expertise.

Learn more                           Learn more