# EXHIBIT 9

# EXHIBIT QQ

| | |
|---|---|
| From: | Olaf Carlson-Wee [olaf@polychain.capital] |
| Sent: | 8/1/2018 5:31:40 AM |
| To: | Tekin Salimi [tekin@polychain.capital] |
| Subject: | Re: Polychain / Terra.Money SAFT |

Sent:

https://www.blockchain.com/btc/address/████████

On Tue, Jul 24, 2018 at 6:44 AM, Tekin Salimi <tekin@polychain.capital> wrote:
FYI - for Terra Money.

389.69 BTC out of Fund I to ████████

---------- Forwarded message ----------
From: **Tekin Salimi** <tekin@polychain.capital>
Date: Tue, Jul 24, 2018 at 6:40 AM
Subject: Fwd: Polychain / Terra.Money SAFT
To: Do Kwon <do@terra.money>, Terra Investor Relations <investment@terra.money>
Cc: Matt Perona <matt@polychain.capital>

Copying our CFO, Matt Perona.

**Name**: Polychain Fund I LP
**Place of Incorporation**: Delaware
**Registration Number**: *Matt, would you happen to know this?*
**Address**: 548 Market St Suite 64375 San Francisco 94104
**Email**: olaf@polychain.capital

We don't use fax :)

On Mon, Jul 23, 2018 at 8:57 AM, Do Kwon <do@terra.money> wrote:
Attaching the executed SAFT. Should also be in your inbox via dousign.

Just to keep our files consistent from KYC standpoint, please provide the following info by responding to the current email thread.

| **Particulars of Buyer** | Name:<br>Nationality / Place of Incorporation:<br>Identification Number / Company Registration Number:<br>Address:<br>Email:<br>Fax: |
|---|---|

In this case the particulars should have Olaf's information.

Best,

Do

On Jul 23, 2018, at 8:36 AM, Do Kwon <do@terra.money> wrote:

Will get this signed by us ASAP.

As for the BTC to wire, using the effective BTC <> USD exchange rate on coinmarketcap.com today = $7,698.43, the amount due is 3 mil USD / 7698.43 = 389.69 BTC.

Please transfer the amount to our wallet, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at your convenience.

-Do

<Screen Shot 2018-07-23 at 8.32.11 AM.png>

On Jul 23, 2018, at 8:23 AM, Tekin Salimi <tekin@polychain.capital> wrote:

Can you please calculate the BTC amount to be sent by Polychain?

--
Tekin Salimi
Polychain Capital
<Terra Money Signed.pdf>

--
Tekin Salimi
Polychain Capital

--
Tekin Salimi
Polychain Capital

--
Olaf Carlson-Wee
Founder, Polychain Capital

FOIA Confidential Treatment Requested by Polychain

POLY10040614