1  JOEL D. SIEGEL (SBN 155581)
   joel.siegel@dentons.com
2  ANDREW M. PENDEXTER (SBN 310752)
   andrew.pendexter@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, CA 90017-5704
   Telephone: 213.623.9300
5  Facsimile: 213.623.9924

6  DOUGLAS HENKIN (*Admitted Pro Hac Vice*)
   douglas.henkin@dentons.com
7  DENTONS US LLP
   1221 Avenue of the Americas
8  New York, NY 10020-1089
   Telephone: 212.768.6700
9  Facsimile: 212.768.6800

10 STEPHEN J. SENDEROWITZ (*Admitted Pro Hac Vice*)
   stephen.senderowitz@dentons.com
11 DENTONS US LLP
   233 S. Wacker Dr., Suite 5900
12 Chicago, IL 60606-6361
   Telephone: 312.876.8141
13 Facsimile: 312.876.7934

14 Attorneys for Defendant
   **TERRAFORM LABS, PTE. LTD.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**DEFENDANTS TFL AND KWON'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEFING IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES** |

CASE NO. 3:22-CV-03600 — ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

Pursuant to Northern District of California Local Rules 7-4(b) and 7-11, Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon, by and through their respective counsel, respectfully request leave to file reply briefing in excess of the 15-page limit imposed by Local Rule 7-4(b).

TFL and Mr. Kwon filed an omnibus motion to compel arbitration and/or motion to dismiss. (Dkt. 122.) The omnibus motion (1) seeks dismissal of the Amended Complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2); (2) seeks to strike the Second Amended Complaint's class allegations and compel Lead Plaintiff's claims to arbitration pursuant to the Federal Arbitration Act ("FAA") and the Court's inherent power in the event the Court should find personal jurisdiction; and (3) in the alternative, seeks to dismiss any remaining claims for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (*Id.*) The Court granted TFL and Mr. Kwon 47 total pages to file the combined motion. (Dkt. 121.)

TFL and Mr. Kwon's reply to their motion to compel arbitration and/or motion to dismiss is due on August 2, 2023. TFL and Mr. Kwon respectfully request that the Court grant them 30 total pages for that reply, which would be the same total number of pages for reply had TFL and Mr. Kwon filed a separate motion to compel and motion to dismiss (two 15-page reply briefs).

Pursuant to Local Rule 7-11(a), attached as Exhibit A is a declaration explaining why a stipulation is not being filed with this Motion. Although neither Defendant Jump Trading LLC nor Lead Plaintiff opposes this motion, because Lead Plaintiff "take[s] no position" on the motion, a stipulation could not be obtained.

WHEREFORE, Defendants Terraform Labs, Pte. Ltd. and Do Kwon, respectfully request that the Court grant TFL and Mr. Kwon leave to file a thirty-page reply in support of their omnibus motion to compel/dismiss, and for all other appropriate relief.

| | | |
|---|---|---|
| 1 | Dated: July 25, 2023 | DENTONS US LLP |
| 2 | | JOEL D. SIEGEL |
| | | ANDREW M. PENDEXTER |
| 3 | | DOUGLAS HENKIN |
| | | STEPHEN J. SENDEROWITZ |

By: /s/ Andrew M. Pendexter
       Andrew M. Pendexter

Attorneys for Defendants
TERRAFORM LABS, PTE. LTD. and
DO KWON

124374234

CASE NO. 3:22-CV-03600

- 3 -

ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEFING IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES