JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: 213.623.9300 / Fax: 213.623.9924

DOUGLAS HENKIN (Admitted *Pro Hac Vice*)
douglas.henkin@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Tel: 212.768.6700 / Fax: 212.768.6800

STEPHEN J. SENDEROWITZ (Admitted *Pro Hac Vice*)
stephen.senderowitz@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6361
Telephone: 312.876.8141

Attorneys for Defendants
TERRAFORM LABS, PTE. LTD. and
DO KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600<br><br>**DECLARATION OF DOUGLAS W. HENKIN IN SUPPORT OF TERRAFORM LABS, PTE. LTD. AND DO KWON'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEFING IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES** |

CASE NO. 3:22-CV-03600                 - 1 -                 D. HENKIN DECL. IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES

124375241\V-1

I, Douglas W. Henkin declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted *pro hac vice* to practice law before this Court and a partner with the law firm of Dentons US LLP, counsel for Defendants Terraform Labs Pte. Ltd ("TFL") and Do Kwon in the above-captioned action. I submit this Declaration in support of TFL's and Mr. Kwon's Administrative Motion for Leave to File a Reply Brief in Excess of the Page Limit Set Forth in the Local Rules.

2. On July 21, 2023, counsel for TFL and Mr. Kwon reached out to counsel for plaintiffs and requested that Lead Plaintiff stipulate to TFL and Mr. Kwon submitting a thirty-page reply in support of the omnibus motion to dismiss. Counsel for plaintiffs responded that same day, and stated that "Plaintiffs take no position on" TFL and Mr. Kwon's administrative motion.

3. On July 24, 2023, counsel for Jump Trading LLC confirmed that defendant Jump Trading has no opposition to TFL and Mr. Kwon's administrative motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on July 25, 2023 in New York, New York.

*/s/ Douglas W. Henkin*
Douglas W. Henkin
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212.768.6832
Facsimile: 212.768.6800
douglas.henkin@dentons.com

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

CASE NO. 3:22-CV-03600  - 2 -  D. HENKIN DECL. IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES

124375241\V-1