1  JOEL D. SIEGEL (SBN 155581)
   joel.siegel@dentons.com
2  ANDREW M. PENDEXTER (SBN 310752)
   andrew.pendexter@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, CA  90017-5704
   Telephone: 213.623.9300
5  Facsimile:  213.623.9924

6  DOUGLAS HENKIN (*Admitted Pro Hac Vice*)
   douglas.henkin@dentons.com
7  DENTONS US LLP
   1221 Avenue of the Americas
8  New York, NY 10020-1089
   Telephone: 212.768.6700
9  Facsimile:  212.768.6800

10 STEPHEN J. SENDEROWITZ (*Admitted Pro Hac Vice*)
   stephen.senderowitz@dentons.com
11 DENTONS US LLP
   233 S. Wacker Dr., Suite 5900
12 Chicago, IL 60606-6361
   Telephone: 312.876.8141
13 Facsimile:  312.876.7934

14 Attorneys for Defendant
   **TERRAFORM LABS, PTE. LTD.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600-TLT<br><br>**DENYING**<br>**[PROPOSED] ORDER GRANTING TFL AND KWON'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEFING IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES** |

This matter is before the Court on Defendants Terraform Labs, Pte. Ltd. ("TFL") and Do Kwon's motion to file a reply brief on their omnibus motion to compel arbitration/motion to dismiss in excess of the page limit imposed by Local Rule 7-4(b).

Being duly advised, the Court hereby **GRANTS** said motion. TFL and Mr. Kwon are granted leave to file a thirty-page reply brief in support of their omnibus motion to compel/dismiss.

**SO ORDERED**.

Date:  July 31, 2023

_____
THE HONORABLE TRINA L. THOMPSON
JUDGE, UNITED STATES DISTRICT COURT

**DENIED**
Judge Trina L. Thompson

124375737

CASE NO. 3:22-CV-03600

- 2 -

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEFING IN EXCESS OF PAGE LIMIT SET FORTH IN LOCAL RULES

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300