JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: 213.623.9300 . Fax: 213.623.9924

DOUGLAS W. HENKIN (Admitted *Pro Hac Vice*)
douglas.henkin@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Tel: 212.768.6700 / Fax: 212.768.6800

STEPHEN J. SENDEROWITZ (Admitted *Pro Hac Vice*)
stephen.senderowitz@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6361
Telephone: 312.876.8141

Attorneys for Defendants
TERRAFORM LABS, PTE. LTD. and DO KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP CRYPTO, JUMP TRADING LLC, REPUBLIC CAPITAL, REPUBLIC MAXIMAL LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, GSR/GSR MARKETS LIMITED, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, AND DO KWON,<br><br>Defendants. | Case No. 3:22-cv-03600<br><br>**DEFENDANTS TERRAFORM LABS, PTE. LTD. AND DO KWON'S REPLY ISO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO (I) DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2), (II) COMPEL ARBITRATION PURSUANT TO THE FEDERAL ARBITRATION ACT AND STRIKE THE CLASS ALLEGATIONS, AND (III) DISMISS ANY REMAINING CLAIMS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Date: September 19, 2023<br>Time: 2:00 p.m.<br>Dept.: Courtroom 9, 19th Floor<br>Judge: Hon. Trina L. Thompson<br><br>Action Filed: July 17, 2022<br>Trial Date: None Set |

Defendants Terraform Labs and Do Kwon respectfully submit this reply in support of their request that the Court take judicial notice of the materials attached as Exhibits A through V to the Declaration of Douglas W. Henkin ("Henkin Declaration") and Exhibit A to the Declaration of Arrash Chris Amani ("Amani Declaration"). *See* Dkt. 118 (the "RJN").

Lead Plaintiff's opposition to the RJN makes clear that Lead Plaintiff only partially objects to the RJN. Specifically, Lead Plaintiff does "not object to the Court's taking judicial notice of the existence of each of the Exhibits for what they say … .'" Dkt. 129 at 4. There is thus no disagreement with respect to the RJN: Defendants do not ask the Court to take judicial notice of the truth of the matters asserted in the exhibits, just that those statements were publicly available during the relevant time period, which Lead Plaintiff does not oppose. *Compare* Dkt. 129 at 3 ("[T]he Court may take judicial notice of the existence of a document, but not the truth of its contents ... .") *with* Dkt. 118 at 3 ("[C]ourts analyzing motions to dismiss relating to open source projects should review any public information about the project (a) to which a complaint refers *or* (b) that was also publicly available to a plaintiff." (emphasis in original)), *and id.* at 4 ("These exhibits are relevant to show information of which the market was aware during the relevant time period ... .").[1]

Defendants request that the Court take judicial notice of the exhibits to the Henkin declaration for purposes of establishing that the statements therein were in fact made during the relevant time period, and Lead Plaintiff concedes that that is proper. Thus, Defendants respectfully request that the Court grant the RJN and such other relief as may be appropriate.

---

[1] Lead Plaintiff makes no objection to the Court taking judicial notice of the Anchor Terms of Service, Exhibit A to the Amani Declaration. *See generally* Dkt. 129.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

| | |
|---|---|
| Dated: August 2, 2023 | Respectfully submitted, |

DENTONS US LLP

By:   */s/ Douglas W. Henkin*
      Douglas W. Henkin

JOEL D. SIEGEL (SBN 155581)
joel.siegel@dentons.com
ANDREW M. PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: 213.623.9300 / Fax: 213.623.9924

DOUGLAS W. HENKIN (Adm. *Pro Hac Vice*)
douglas.henkin@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Tel: 212.768.6700 / Fax: 212.768.6800

STEPHEN J. SENDEROWITZ (*Pro Hac Vice*)
stephen.senderowitz@dentons.com
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606-6361
Telephone: 312.876.8141

Attorneys for Defendants
TERRAFORM LABS, PTE. LTD. and
DO KWON

CASE NO. 3:22-CV-03600      - 3 -      REPLY ISO REQ. FOR JUD. NOT. IN SUPPORT OF MOTION TO COMPEL/DISMISS

124388555