**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Tel.: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>**LEAD PLAINTIFF'S STATEMENT OF RECENT DECISION**<br><br><u>CLASS ACTION</u> |

On July 31, 2023, after Lead Plaintiff filed his opposition papers to the pending motions but before Defendants filed their reply papers, the court in the companion SEC action dealing with the same facts and tokens that are at issue here, *SEC v. Terraform Labs Pte. Ltd. and Do Kwon*, 23-cv-01346-JSR, Dkt. No. 51 (S.D.N.Y. July 31, 2023), denied the defendants' motion to dismiss and found *inter alia* that, at the pleading stage, the court has personal jurisdiction over defendants and that defendants' tokens constitute securities under the *Howey* test. Because Defendants did not alert the Court of this decision, Lead Plaintiff provides a copy as Exhibit 1.

Dated: August 3, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Laurence M. Rosen*
Laurence M. Rosen, Esq. (SBN 219683)
Pronouns: he/him/his
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

and

Jacob A. Goldberg (*pro hac vice*)
Pronouns: he/him/his
Michael Cohen (*pro hac vice*)
Pronouns: he/him/his
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com
Email: mcohen@rosenlegal.com

*Counsel for Lead Plaintiff*

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On August 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel counsel of record.


*/s/ Laurence M. Rosen*
Laurence M. Rosen

LEAD PLAINTIFF'S STATEMENT OF RECENT DECISION
22-CV-03600-TLT