**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM LABS, PTE. LTD., JUMP TRADING LLC, TRIBE CAPITAL, DEFINANCE CAPITAL/DEFINANCE TECHNOLOGIES OY, THREE ARROWS CAPITAL PTE. LTD., NICHOLAS PLATIAS, and DO KWON,<br><br>Defendants. | Case No. 22-cv-03600-TLT<br><br>~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANTS IN FOREIGN COUNTRY<br><br><u>CLASS ACTION</u> |

~~[PROPOSED]~~ ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANTS IN FOREIGN COUNTRY
22-cv-03600-TLT

WHEREAS, on February 14, 2023, the Court extended the deadline to serve the Complaint to June 23, 2023, stating: "[s]hould additional time be required to serve the foreign defendants, lead plaintiff may file an administrative motion for a further extension to serve pursuant to Civil Local Rule 6" (Dkt. No. 101)

WHEREAS, following the Court's Order, Lead Plaintiff initiated service of process on Defendant Definance Capital/Definance Technologies OY pursuant to the Hague Service Convention, but has not been able to locate Defendant Platias

IT IS HEREBY ORDERED that Lead Plaintiff's Motion for an Extension of Time to Serve Defendants in Foreign Countries is GRANTED.  Lead Plaintiff's time to complete service upon Defendant Definance Capital/Definance Technologies OY and to find and serve Defendant Platias is extended until September 8, 2023.

**IT IS SO ORDERED**

Dated: August 14, 2023

THE HONORABLE TRINA L. THOMPSON

1

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANTS IN FOREIGN COUNTRY
22-CV-03600-TLT