# EXHIBIT 3

# CHART OF ALLEGED FALSE OR MISLEADING STATEMENTS AND OMISSIONS

## PATTERSON v. TERRAFORM LABS, PTE. LTD., ET AL., 22-cv-03600-PCP (N.D.C.A.)

| ¶No. | Materially False or Misleading Statements and Omissions | Speaker & Date | Reason For Claim of Falsity and Scienter |
|---|---|---|---|
| 274(a) | Defendants omitted the existence of the scheme to re-peg UST and their participation therein, including their trading large blocks of UST. In or around May 2021, to effectuate the scheme, Jump traded large blocks of UST. Specifically, Jump's "active" trading was categorized in bookstacker_UST. The Trading Firm's records from May 23, 2021, show UST being accumulated from "9:25 CDT to 10:01 [AM] CDT, after which time [the Trading Firm] pauses trading until [2]:30 CDT [PM]. From [2]:30 CDT to [10]:40 CDT [PM], bookstacker_UST accumulates another 6.7 million in UST. By the start of the day on May 24, bookstacker_UST held 19.5 million UST. From May 24 to May 25 6:03 CDT, the time that UST reached $0.99, bookstacker_UST purchased another 4.4 million UST, ending its position with a total of 24.0 million UST." SEC Action Defs.' SMJ Mem. at 37-38 n.30. In addition, as a result of their participation and control over the scheme to defraud—manipulating the value of UST to cause a re-peg through human intervention when the algorithm had failed—Defendants received a material pecuniary benefit of over $1 billion for their participation. Kwon, on behalf of TFL, agreed to remove the loan agreement conditions requiring Jump to achieve the requisite benchmarks to receive the loaned LUNA tokens. Instead, TFL agreed to deliver on specified dates, without conditions, specific amounts of the remaining 61,458,334 LUNA tokens to Jump under the agreements. Under the modified terms of | May 2021 | Defendants' trading in UST and its pecuniary benefit achieved therefrom rendered it legally bound to disclose its participation in the re-peg scheme and the reasons therefore. In the face of this duty, Defendants improperly omitted that their human intervention—trading UST—and not the algorithm, had caused the May 2021 re-peg of UST |

| | | | |
|---|---|---|---|
| | the agreements, the final LUNA delivery to Jump was to occur by September 1, 2025. *Id*. ¶158. On the day in question, May 23, 2021, a Jump executive told employees, "I spoke to Do [Kwon] and he's going to vest us." SMJ Order at 11, 56. | | |
| 274(b) | On June 9, 2021, TFL released a document that quoted Jump multiple times, linked to Jump's posts, and made false statements regarding the peg, stating "Understanding how various levers of the protocol and its ecosystem of apps interact at such a scale crystallizes during excessive volatility that spotlight points of pressure in the system. As the UST peg normalized, this was a function of the on-chain liquidity absorbing the volatility off-chain gradually, and as we said, it would not happen overnight. Two weeks later, the Terra protocol is humming along once again, with the UST market cap growing 6% MoM despite the massive contraction induced by the extreme market volatility." | June 9, 2021 Jump | This statement was false and misleading because it failed to disclose Jump's May 2021 intervention to re-peg UST to the U.S. dollar accomplished the re-peg when the algorithm had failed. |
| 274(c) | On August 9, 2021, TFL and Jump (through its Wormhole project) made statements that referred to UST as a "censorship-resistant, infinitely scalable, algo-pegged USD stablecoin." | Aug 9, 2021 Jump | This statement is false and misleading because the UST system was not "infinitely-scalable." Indeed, as the project got larger, more capital would be required to prevent the death spiral. Moreover, referring to UST as an "algo-pegged USD stablecoin" is false and misleading because it was not the UST/LUNA algorithm that kept the $1.00 peg. Instead, it was Jump's significant monetary intervention in May 2021 that kept UST pegged to $1.00. |
| 27(d) | On or around September 14, 2021, Defendants Jump and/or Kariya published a blog referring to "Terra's stability mechanism" as effective to "balance safety". | Sep 14, 2021 Jump Kariya | This statement was false and misleading because the stability mechanism did not balance safety. Instead, the stability mechanism had previously failed and the promoted "safety" was illusory. Instead, Defendants knew that Jump's May 2021 intervention to re-peg UST to the U.S. dollar accomplished the re-peg when the algorithm had failed. Jump's blog also omitted any |

2

| | | | |
|---|---|---|---|
| | | | description of the loans Jump received from TFL such that it was highly incentivized to promote investment in Terra Tokens. |
| 274(e) | On October 11, 2021, in a now-deleted blog, Jump stated, "We believe there will be several winners in the stablecoin space, as there is a spectrum of users who put more or less value on the elements of decentralization, stability, capital efficiency, and integration with regulatory regimes. We are particularly excited about Terra and their dollar stablecoin UST, which we believe is the most elegant solution for creating a highly scalable and more decentralized stablecoin." | Oct 11, 2021 Jump | This statement is false and misleading because the purported UST/LUNA algorithm is referred to as an "elegant solution" even though Jump knew that it had already failed to keep its $1.00 peg, but secretly spent tens of millions of dollars in May 2021 to restore the peg. Indeed, Defendants omitted facts that undermined their opinion about the stability of UST. Defendants knew that Jump's May 2021 intervention to re-peg UST to the U.S. dollar accomplished the re-peg when the algorithm had failed. Moreover, referring to UST as a "decentralized stablecoin" is misleading because UST was not decentralized, it was highly centralized and subject to the whims of TFL, Kwon, and Jump. Moreover, UST was not even a "stablecoin" because the UST/LUNA algorithm could not realistically keep UST's peg to $1.00 without significant monetary intervention. The blog also created the false impression that Jump was organically excited about TFL and UST, in contrast to the reality that Jump was highly incentivized to promote TFL due to the LUNA token loans it had received from TFL. Indeed, the blog omitted any description of the loans Jump received from TFL such that it was highly incentivized to promote investment in Terra Tokens. |
| 274(f) | On or around January 19, 2022, at the behest of Defendants, the Luna Foundation Guard issued a press release that falsely stated that "UST weathered a massive, reflexive drawdown in the LUNA price in May – learning important lessons and improving upon its design and adoption strategy." | Jan 19, 2022 Jump Kariya | This statement was false and misleading because Defendants were duty bound to disclose but omitted that UST did not weather a massive reflexive draw down in May. Instead, UST's peg to $1.00 was the result of Jump's undisclosed financial intervention to the tune of tens of millions of dollars. |

3

| | | | |
|---|---|---|---|
| 274(g) | Luna Foundation Guard's website stated, at the behest of Defendants, that, "Unlike other stablecoins that are backed by fixed deposits of the pegged fiat currency or over-collateralized in another DeFi asset, the value of Terra's family of stablecoins is maintained through a system of arbitrage incentives, open market operations, and dynamic protocol levers that maintain robust peg stability and scalability of its supply without the centralized control or capital-inefficient designs of incumbents. This is primarily accomplished by the Terra protocol design, which, through its native staking, governance, and reserve asset, LUNA, delivers permissionless arbitrage incentives and counter-cyclical monetary policy levers to maintain the peg during periods of both contractionary and expansionary demand cycles of its stablecoins." | Jan 21, 2022 Jump Kariya | This statement was false and misleading because the "Terra protocol design" did not "maintain the peg". Instead, UST's peg to $1.00 was the result of Jump's undisclosed financial intervention to the tune of tens of millions of dollars. |
| 274(h) | On January 28, 2022, Defendant Kariya, posted a thread on Twitter discussing the "confusion and panic" concerning MIM and UST tokens and the possibility that the Anchor yield could be impacted if a depegging event occurred. Kariya falsely stated that, "It's difficult to imagine a sustained mass exodus to UST given the circumstances." | Jan 28, 2022 Kariya | This statement was false and misleading because Defendants knew that a "mass exodus" had already been secretly averted in the May 2021 $1.00 peg bailout. The statement gave investors false assurance about a big risk to the entire Terra ecosystem that Jump knew had already previously materialized. Kariya also omitted any description of the loans Jump received from TFL such that it was highly incentivized to promote investment in Terra Tokens. |
| 274(i) | On February 22, 2022, in an LFG press release, the Luna Foundation Guard announced the closing of a private sale of $1 billion in mostly Bitcoin to "provide a further layer of support using assets that are considered less correlated to the Terra ecosystem. . . . The Reserve assets can be utilized in instances where protracted market sell-offs deter buyers from restoring the UST peg's parity and | Feb 22, 2022 Jump Kariya | This statement was false and misleading because Defendants were duty bound to disclose but omitted that UST was not as "stable" as promoted, that the algorithm had not and could not maintain peg of UST/LUNA during periods of high volatility in the market; and that Anchor's staking rewards program was unstainable and could not be maintained with the |

4

| | | | |
|---|---|---|---|
| | deteriorate the Terra protocol's open market arbitrage incentives." | | either the Forex Reserve Fund or the Anchor Yield Reserve fund. |
| 274(j) | Also in the February 22, 2022, LFG press release, Kanav Kariya, President of Jump Crypto and member of the Luna Foundation Guard's Governing Council stated:<br><br>The UST Forex Reserve further strengthens confidence in the peg of the market's leading decentralized stablecoin UST. . . . It can be used to help protect the peg of the UST stablecoin in stressful conditions. This is similar to how many central banks hold reserves of foreign currencies to back monetary liabilities and protect against dynamic market conditions. | Feb 22, 2022<br>Kariya | This statement was false and misleading because Defendants were duty bound to disclose but omitted that UST was not nearly as "stable" as promoted given that it knew it had already had to bail out the peg and thus knew that the $1.00 peg of UST/LUNA would be unable to be maintained during periods of high volatility in the market. This statement was also false and misleading because the reserve was "not ready" and was nowhere near sufficient size to protect the peg. Furthermore, the LFG operated nothing like a governmental central bank as it was controlled by conflicted insiders like Jump and Kwon and was tasked with propping up the price of unregistered securities. This statement also omitted any description of the loans Jump received from TFL such that it was highly incentivized to promote investment in Terra Tokens. |
| 274(k) | On March 1, 2022, Jump published a podcast entitled the "Ship Show" to promote the Terra Tokens. Kariya retweeted the link to this podast. The podcast was hosted by Eden, a community manager at Jump Crypto. The first two guests on Ship Show were Kwon and Kariya, who promoted the stability and security of the UST and LUNA peg as Terra's two most "attractive" features. It was during this podcast published by Jump that Judge Rakoff found the "SEC's most direct evidence of a misstatement to investors". SMJ Order at 61. On this podcast that Jump published, Kwon discussed UST's de-peg in May 2021, falsely stating:<br><br>. . . [I]t took a few days for the slippage cost to naturally heal back to spot. So that's another | Mar 1, 2022<br>Jump<br>Kariya | This statement was false and misleading. In context, Defendants were duty bound to disclose but omitted the May 2021 bailout and failed to correct Kwon's misstatements. More, Despite the statements to the contrary, UST did not "automatically self-heal[]." UST's "[a]lgorithmic, calibrated adjustments of economic parameters" failed. In fact, UST's peg to the dollar was not restored until Jump intervened, purchasing UST in large amounts to restore UST's price to one dollar. While the statements above led investors to believe UST's peg was restored by the algorithm, in fact, it was only the deliberate actions of "human agents," including TFL, Kwon, and Jump, that ultimately led to the restoration of the peg. |

5

| | | | |
|---|---|---|---|
| | feature of the market module where when the exchange rate has deviated from the peg, the protocol automatically self-heals the exchange rate back to whatever the spot price is being quoted by the oracle. So that's why it took several days for the peg to recover. | | |
| 274(l) | On May 3, 2022, Kariya appeared on a podcast where he promoted the Terra ecosystem and its cross-chain capabilities. When asked about the potential for bad actors in the space to harm investors, Kariya gave investors false assurances that, "there is almost no possibility for one collusion across these landscapes, given the composition of the people in the network and the incentive structure, again, is obviously explicitly set up to discourage that." In discussing the potential for bad actors to harm investors, Kariya falsely stated that "there is almost no possibility for one collusion across these landscapes, given the composition of the people in the network and the incentive structure, again, is obviously explicitly set up to discourage that." | May 3, 2022 Kariya | This statement was false and misleading because Jump had colluded with TFL/Kwon to bail out the peg in May 2021. |
| 274(m) | During the May 3, 2022, podcast, Defendants, through Kariya also described Jump's compliance, stating that "all these phones are heavily, heavily regulated, you know, don't support about 20 years of its reputation and the giant business behind making a lot of this happen and we're definitely incentive aligned." | May 3, 2022 Defendants | This statement was false, misleading, and/or incomplete because Jump used the auto-deleting communications application Signal for its communications with TFL and Kwon, and did not otherwise have its incentives aligned with investors. |

6