# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 5:22-cv-03600

Date case was first filed in U.S. District Court: 06/17/2022

Date of judgment or order you are appealing: 01/04/2024

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jump Trading, LLC

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

600 West Chicago Avenue, Suite 600

City: Chicago   State: IL   Zip Code: 60654

Prisoner Inmate or A Number (if applicable):

**Signature** Jonathan D. Cogan   **Date** 02/02/2024

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                              Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Jump Trading, LLC

Name(s) of counsel (if any):
Jonathan D. Cogan, Steven W. Perlstein
Kobre & Kim LLP

Address: 800 Third Avenue, New York, NY 10022
Telephone number(s): 212-488-1206
Email(s): jonathan.cogan@kobrekim.com, steven.perlstein@kobrekim.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Michael Tobias

Name(s) of counsel (if any):
Laurence M. Rosen, Jacob A. Goldberg, Michael Cohen
The Rosen Law Firm

Address: 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071
Telephone number(s): 213-785-2610
Email(s): lrosen@rosenlegal.com, jgoldberg@rosenlegal.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                     1                                    Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Jump Trading, LLC (cont.)

Name(s) of counsel (if any):

Daniel Zaheer
Kobre & Kim LLP

Address: 150 California Street, 19th Floor, San Francisco, California 94111

Telephone number(s): 415-582-4751

Email(s): daniel.zaheer@kobrekim.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Michael Tobias (cont.)

Name(s) of counsel (if any):

John T. Jasnoch, Sean T. Masson
Scott+Scott Attorneys at Law

Address: 600 W. Broadway, Suite 3300, San Diego, CA 92101

Telephone number(s): 619-233-4565

Email(s): jjasnoch@scott-scott.com, smasson@scott-scott.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*