UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PATTERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JUMP TRADING LLC, et al.,<br><br>    Defendants. | Case No. 22-cv-03600-PCP<br><br>**ORDER DENYING MOTION TO COMPEL ARBITRATION & GRANTING MOTION TO STAY**<br><br>Re: Dkt. No. 158 |

On January 4, 2024, the Court denied Jump's motion to compel arbitration and granted its motion to dismiss the second amended complaint with leave to amend. Dkt. No. 155. On January 25, 2024, the plaintiffs filed a third amended complaint. Dkt. No. 156. Thereafter, Jump timely appealed the Court's order denying its motion to compel arbitration. *See* Dkt. No. 157.

Now before the Court is Jump's motion to compel arbitration of all claims in the third amended complaint and Jump's unopposed motion to stay the proceedings pending appeal. Dkt. No. 158. For the same reasons identified in the order denying Jump's motion to compel arbitration of the claims in the second amended complaint, *see* Dkt. No. 155, Jump's motion to compel arbitration of the claims in the third amended complaint is denied. Jump's motion to stay proceedings pending resolution of its appeal is granted. *See Coinbase, Inc. v. Bielski*, 599 U.S. 736, 744 (2023) (holding that "the *Griggs* rule requires that a district court stay its proceedings while the interlocutory appeal on the question of arbitrability is ongoing"). Accordingly, these proceedings are stayed pending appeal. The parties shall notify the Court within 10 days of receipt of a decision from the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: April 9, 2024

_____

P. Casey Pitts
United States District Judge