# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

June 12, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Jump Trading, LLC
v. Nick Patterson, et al.
No. 24-1266
(Your No. 24-670, 24-2489)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 10, 2025 and placed on the docket June 12, 2025 as No. 24-1266.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst