| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | OCT 6 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NICK PATTERSON, Individually and on Behalf of All Others Similarly Situated and MICHAEL TOBIAS,

      Plaintiffs - Appellees,

 v.

JUMP TRADING, LLC,

      Defendant - Appellant.

No. 24-670

D.C. No. 5:22-cv-03600-PCP

Northern District of California, San Jose

MANDATE

MICHAEL TOBIAS,

      Plaintiff - Appellee,

 v.

JUMP TRADING, LLC,

      Defendant - Appellant.

No. 24-2489

D.C. No. 5:22-cv-03600-PCP

Northern District of California, San Jose

The judgment of this Court, entered January 16, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT