KOBRE & KIM LLP
Jonathan D. Cogan (admitted *pro hac vice*)
Steven W. Perlstein (admitted *pro hac vice*)
800 Third Avenue
New York, NY 10022
Tel.: +1 212 488 1200
jonathan.cogan@kobrekim.com
steven.perlstein@kobrekim.com

Daniel A. Zaheer (SBN 237118)
150 California Street, 19th Floor
San Francisco, CA 94111
Tel.: +1 415 582 4751
daniel.zaheer@kobrekim.com

Erika L. Berman (admitted *pro hac vice*)
1919 M Street NW
Washington, DC 20036
Tel.: +1 202 664 1965
erika.berman@kobrekim.com

*Attorneys for Defendant Jump Trading, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICK PATTERSON, Individually and on Behalf of All Others Similar Situated<br><br>Plaintiff,<br><br>vs.<br><br>JUMP TRADING LLC, KANAV KARIYA, and WILLIAM DISOMMA<br><br>Defendants. | Case No. 5:22-cv-03600-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO AMEND AND RESPOND TO COMPLAINT**<br><br>Honorable P. Casey Pitts |

Defendants Jump Trading LLC, Kanav Kariya, and William DiSomma ("Defendants") and Plaintiffs by and through their counsel in the above-captioned action, hereby stipulate:

WHEREAS, Plaintiffs filed their Third Amended Class Action Complaint ("TAC") on January 25, 2024;

WHEREAS, Defendant Jump Trading subsequently appealed the denial of its motion to compel arbitration, thereby staying these proceedings before the deadline for Defendants' responses to the TAC;

WHEREAS, the Ninth Circuit returned its mandate on the appeal on October 7, 2025;

WHEREAS, Defendant Jump Trading's response to the TAC is currently due October 21, 2025;

WHEREAS, Defendants Kariya and DiSomma's response to the TAC is currently due December 8, 2025;

WHEREAS, Plaintiffs intend to seek leave to file a Fourth Amended Complaint ("FAC");

WHEREAS, Defendants and Plaintiffs have agreed that Plaintiffs will provide Defendants with a copy of the proposed draft FAC by October 17, 2025 so that Defendants may inform Plaintiffs if they will consent to the amendment by October 24, 2025;

NOW THEREFORE, counsel for the parties stipulate and agree that:

1. Defendants have no obligation to respond to the TAC in this action except as set forth in the below schedule;

2. If Defendants consent to amendment of the TAC, Plaintiffs will file the FAC on or before October 31, 2025, and the motion to dismiss briefing schedule will be as follows:

   a. Defendants' motions to dismiss will be due by December 23, 2025;

   b. Plaintiffs' opposition to the motions to dismiss will be due by February 23, 2026;

   c. Defendants' reply in further support of the motions to dismiss will be due by March 25, 2026;

3. In the alternative, if Defendants oppose amendment of the TAC, Plaintiffs will move the Court for leave to amend by November 14, 2025; Defendants' opposition to the motion for leave

1  to amend will be due by December 15, 2025; and Plaintiffs' reply in further support of their motion
2  to amend will be due by January 6, 2026; and

3      4.    If Plaintiffs must move the Court for leave to amend, following the Court's ruling on
4  that motion, Defendants will have 30 days to move to dismiss the operative complaint; Plaintiffs
5  will have 45 days to oppose the motion(s) to dismiss; and Defendants will have 30 days to reply in
6  further support of their motion(s) to dismiss.

7      5.    The FAC that Plaintiffs file will not be materially different from the draft FAC
8  provided to Defendants on October 17, 2025. The parties agree that Plaintiffs may edit the draft
9  FAC for non-substantive "wordsmith" edits and add new information, if any, that arises between
10 October 17, 2025 and when the FAC is filed.

12     IT IS SO STIPULATED.
13 Dated:    October 17, 2025

Respectfully submitted,

| | |
|---|---|
| KOBRE & KIM LLP | THE ROSEN LAW FIRM, P.A. |
| /s/ Erika L. Berman | /s/ Jacob A. Goldberg |
| | |
| Jonathan D. Cogan (admitted *pro hac vice*) | Laurence M. Rosen, Esq. (Bar ID 219683) |
| Steven W. Perlstein (admitted *pro hac vice*) | 355 South Grand Avenue, Suite 2450 |
| 800 3rd Street | Los Angeles, CA 90071 |
| New York, NY 10022 | Tel.: 213 785 2610 |
| Tel.: +1 212 488 1206 | Fax: 213 226 4684 |
| Fax: +1 212 488 1231 | lrosen@rosenlegal.com |
| jonathan.cogan@kobrekim.com | |
| steven.perlstein@kobrekim.com | Jacob A. Goldberg (admitted *pro hac vice*) |
| | Michael Cohen |
| Daniel A. Zaheer (Bar ID 237118) | 275 Madison Avenue, 40th Floor |
| 150 California Street, 19th Floor | New York, NY 10016 |
| San Francisco, California 94111 | Tel.: 212 686 1060 |
| Tel.: +1 415 582 4751 | Fax: 212 202 3827 |
| Fax: +1 415 582 4811 | jgoldberg@rosenlegal.com |
| daniel.zaheer@kobrekim.com | mcohen@rosenlegal.com |
| | |
| Erika L. Berman (admitted *pro hac vice*) | *Attorneys for Lead Plaintiff* |
| 1919 M Street NW | |
| Washington, DC 20036 | |
| Tel.: +1 202 664 1965 | |
| Fax: +1 202 664 1920 | |
| erika.berman@kobrekim.com | |

*Attorneys for Defendant Jump Trading LLC*

KOBRE & KIM LLP

/s/ Daniel A. Zaheer

Daniel A. Zaheer (Bar ID 237118)
150 California Street, 19th Floor
San Francisco, California 94111
Tel.: +1 415 582 4751
Fax: +1 415 582 4811
daniel.zaheer@kobrekim.com

*Attorney for Defendants Kanav Kariya and William DiSomma*

---

JOINT STIPULATION & [PROPOSED] ORDER
CASE NUMBER: 5:22-CV-03600-PCP

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

By: /s/ Erika L. Berman
Erika L. Berman

1 **[PROPOSED] ORDER**

2  Pursuant to the Stipulation, IT IS SO ORDERED.

3

4  Dated:       October 20, 2025         _____
                                          HON. P. CASEY PITTS
5                                         United States District Judge