KOBRE & KIM LLP
Jonathan D. Cogan (admitted *pro hac vice*)
Steven W. Perlstein (admitted *pro hac vice*)
800 Third Avenue
New York, NY 10022
Tel.: +1 212 488 1200
jonathan.cogan@kobrekim.com
steven.perlstein@kobrekim.com

Daniel A. Zaheer (SBN 237118)
150 California Street, 19th Floor
San Francisco, CA 94111
Tel.: +1 415 582 4751
daniel.zaheer@kobrekim.com

Erika L. Berman (admitted *pro hac vice*)
1919 M Street NW
Washington, DC 20036
Tel.: +1 202 664 1965
erika.berman@kobrekim.com

*Attorneys for Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, and Tai Mo Shan Limited*

(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

NICK PATTERSON, Individually and on Behalf of All Others Similar Situated

Plaintiff,

vs.

JUMP TRADING LLC, JUMP CRYPTO HOLDINGS LLC, TAI MO SHAN LTD., KANAV KARIYA, and WILLIAM DISOMMA

Defendants.

Case No. 5:22-cv-03600-PCP

**JOINT STIPULATION REGARDING TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(A)**

Honorable P. Casey Pitts

Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, Tai Mo Shan Limited, Kanav Kariya, and William DiSomma ("Defendants") and Plaintiffs Michael Tobias and Nick Patterson ("Plaintiffs") by and through their counsel in the above-captioned action, hereby enter into this Stipulation pursuant to Civil Local Rule 6-1(a) as follows:

WHEREAS, Plaintiffs filed their Fourth Amended Complaint on October 31, 2025, Dkt. No. 176;

WHEREAS, Defendants filed their respective motions to dismiss the Fourth Amended Complaint on December 23, 2025, Dkt. Nos. 206, 207, and 208;

WHEREAS, on September 2, 2026, the Court entered an order granting in part and denying in part Defendants' respective Motions to Dismiss the Fourth Amended Complaint, Dkt. No. 222;

WHEREAS, absent an extension, under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' deadline to answer the Fourth Amended Complaint is September 16, 2026;

WHEREAS, the parties have met and conferred and Plaintiffs have agreed to extend Defendants' September 16, 2026, deadline to October 7, 2026;

WHEREAS, such an extension will not alter any event or deadline already fixed by Court order;

NOW THEREFORE, counsel for Defendants and Plaintiffs stipulate and agree that:

1. Defendants' answers to the Fourth Amended Complaint will be due by October 7, 2026.

IT IS SO STIPULATED.

Dated: September 8, 2026

Respectfully submitted,

KOBRE & KIM LLP

/s/ Erika L. Berman
Erika L. Berman

Jonathan D. Cogan (admitted *pro hac vice*)
Steven W. Perlstein (admitted *pro hac vice*)
Igor Margulyan (admitted *pro hac vice*)
800 3rd Avenue
New York, NY 10022
Tel.: +1 212 488 1206
Fax: +1 212 488 1231
jonathan.cogan@kobrekim.com
steven.perlstein@kobrekim.com
igor.margulyan@kobrekim.com

Daniel A. Zaheer (Bar ID 237118)
150 California Street, 19th Floor
San Francisco, California 94111
Tel.: +1 415 582 4751
Fax: +1 415 582 4811
daniel.zaheer@kobrekim.com

Erika L. Berman (admitted *pro hac vice*)
1919 M Street NW
Washington, DC 20036
Tel.: +1 202 664 1965
Fax: +1 202 664 1920
erika.berman@kobrekim.com

*Attorneys for Defendants Jump Trading, LLC, Jump Crypto Holdings LLC and Tai Mo Shan Ltd.*

/s/ Paul Krieger
Paul Krieger (admitted *pro hac vice*)
Jonathan Bolz (admitted *pro hac vice*)
Benjamin Perotin (admitted *pro hac vice*)
KKL LLP
350 5th Avenue, 77th Floor
New York, NY 10118
Tel.: 212-390-9552
paul.krieger@kklllp.com
jonathan.bolz@kklllp.com
ben.perotin@kklllp.com

THE ROSEN LAW FIRM, P.A.

/s/ Jacob A. Goldberg
Jacob A. Goldberg

Laurence M. Rosen, Esq. (Bar ID 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: 213 785 2610
Fax: 213 226 4684
lrosen@rosenlegal.com

Jacob A. Goldberg (admitted *pro hac vice*)
Michael Cohen (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel.: 212 686 1060
Fax: 212 202 3827
jgoldberg@rosenlegal.com
mcohen@rosenlegal.com

*Attorneys for Lead Plaintiff*

SCOTT+SCOTT ATTORNEYS AT LAW LLP

John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565

and

Sean T. Masson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
smasson@scott-scott.com

*Additional Counsel for Plaintiffs*

Daniel A. Zaheer (Bar ID 237118)
Kobre & Kim LLP
150 California Street, 19th Floor
San Francisco, California 94111
Tel.: +1 415 582 4751
Fax: +1 415 582 4811
daniel.zaheer@kobrekim.com

*Attorneys for Defendant William DiSomma*

*/s/ Aitan D. Goelman*

Aitan D. Goelman (admitted *pro hac vice*)
R. Miles Clark (admitted *pro hac vice*)
Christopher R. MacColl (admitted *pro hac vice*)
J. Benjamin Jernigan (admitted *pro hac vice*)
Zuckerman Spaeder LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel.: 202-778-1849
agoelman@zuckerman.com
mclark@zuckerman.com
cmaccoll@zuckerman.com
bjernigan@zuckerman.com

Daniel A. Zaheer (Bar ID 237118)
Kobre & Kim LLP
150 California Street, 19th Floor
San Francisco, California 94111
Tel.: +1 415 582 4751
Fax: +1 415 582 4811
daniel.zaheer@kobrekim.com

*Attorneys for Defendant Kanav Kariya*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

By: */s/ Erika L. Berman*
Erika L. Berman